| Name and address | |
|---|---|
| Jacob Gillick, Esq. (SBN: 312336)<br>Gillick Legal, APC<br>777 S. Alameda, 2nd Floor<br>Los Angeles, CA 90021<br>Phone: 858-250-0656<br>E-Mail: JGillick@GillickLegal.com | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-CR-00833-AH |
| v. | |
| JONATHAN RINDERKNECHT | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

HANEY, STEVEN ALAN  of  Haney Law Group, PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*  22815 Kelly Rd.
248-414-1470      248-414-1471    Eastpointe, MI 48021
*Telephone Number*   *Fax Number*
steve@haneygroup.net
*E-Mail Address*  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
JONATHAN RINDERKNECHT

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

GILLICK, JACOB A.   of  Gillick Legal, APC
*Designee's Name (Last Name, First Name & Middle Initial)*   777 S. Alameda, 2nd Floor
312336     858-250-0656     858-250-0656    Los Angeles, CA 90021
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jgillick@gillicklegal.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge