Name & Address:

Steven A. Haney (P63947) Pro Hac Vice
Haney Law Group, PLLC
22815 Kelly Road, Eastpointe, MI 48021
(248) 414-1470
steve@haneygroup.net

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-CR-00833-AH |
| v. | |
| JONATHAN RINDERKNECHT | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, |
| DEFENDANT. | (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☒ Magistrate Judge Rozella A. Oliver

on TUESDAY, NOVEMBER 18th at 11:00  ☒ a.m. ☐ p.m.

in courtroom 550, 5th Floor, 255 E. Temple St, Los Angeles, CA 90012

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☒ is not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

Clerk, U. S. District Court

| 11/10/2025 | Eddie Ramirez | 213-894-8978 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☒ Probation  ☐ Interpreter's Office  ☒ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)