# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:25-cr-00833-AH-1 | Title | USA v. Jonathan Rinderknecht |
|---|---|---|---|
| Judge | Hon. Rozella A. Oliver, United States Magistrate Judge | | |
| Dates of Trial or Hearing | 11/18/2025 | | |
| Court Reporters or Tape No. | CS 11/18/2025 | | |
| Deputy Clerks | Eddie Ramirez | | |

**FILED**
**CLERK, U.S. DISTRICT COURT**
**11/18/2025**
**CENTRAL DISTRICT OF CALIFORNIA**
BY: **ER** DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Laura Ashley Alexander | Steven Alan Haney |
| Matthew W. O'Brien | |
| Danbee C. Kim | |
| Mark A. Williams | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Joel Rinderknecht | Defense |
| | | | 1 | X | | Copy of Jonathan Rinderknecht's passport | Defense |
| | | | | | | Frank Chang | Plaintiff |
| 1 | X | | | | | Video: "Joel Reason for Travel" | Plaintiff |
| 2 | X | | | | | Video: "Leah States Dad Here to Help with Evictions" | Plaintiff |
| 3 | X | | | | | Video: Joel re Danger Presented by Defendant" | Plaintiff |
| 4 | X | | | | | Video: "Joel re Defendant Could Be Triggered" | Plaintiff |
| 5 | X | | | | | Video: "Joel re Concerns re Defendant's Mental Health" | Plaintiff |
| 6 | X | | | | | Video: "Leah States She Doesn't Know If Defendant Woul | Plaintiff |
| 7 | X | | | | | Video: "Leah States Defendant Could Shoot At Any Point" | Plaintiff |
| 8 | X | | | | | Video: "Joel States Reason for Travel" | Plaintiff |
| 9 | X | | | | | Video: "Leah States Karim Close to Being Physical" | Plaintiff |
| 10 | X | | | | | Video: "Leah re Defendant's Argument with Joel" | Plaintiff |
| 11 | X | | | | | Video:"Leah States Defendant Unstable & Yelling at Dad" | Plaintiff |
| 12 | X | | | | | Video:"Leah States Def Would Refuse Psych Services" | Plaintiff |
| 13 | X | | | | | Video: "Leah re Concerns re Defendant's Mental Health" | Plaintiff |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |