# DECLARATION OF MARK A. WILLIAMS

I, Mark A. Williams, declare as follows:

1.       I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am an attorney representing the government in this case.

2.       Attached as Exhibit A is a true and correct copy of defendant's expert disclosure that was provided to the government on February 4, 2026.

3.       Attached as Exhibit B is a true and correct copy of the government's letter to the defense regarding deficiencies in the first expert disclosure.

4.       Attached as Exhibit C is a true and correct copy of defendant's supplemental expert disclosure that was provided to the government on February 10, 2026.

5.       Attached as Exhibit D is a true and correct copy of Edward Nordskog's supplemental report that was provided to the government on February 18, 2026.

6.       Attached as Exhibit E is a true and correct copy of Thomas Guzman's supplemental report that was provided to the government on February 25, 2026

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 8, 2026.

                                            /s/
                                    Mark A. Williams
                                    Assistant United States Attorney