# Exhibit D

## SUPPLEMENTAL OPINION AND TESTIMONY OF ED NORDSKOG

I will offer Opinion and Testimony that based on my training and experience, fire officials' decision to leave and abandon a still smoldering Lachman burn scar was grossly negligent and allowed the entirely preventable Palisades Fire to occur.

A fire with the characteristics of the Lachman Fire would typically be monitored for four or more days following containment, with regular perimeter checks continuing for several days after the last grid search; Extreme or unusual impending weather conditions such as red flag fire forecasts, extreme winds, etc would increase fire detection and mitigation measures.  Numerous protocols should have been followed, including, but not limited to thermal imaging, cold trailing grid searches, perimeter checks, and the use of dozers or hand crews to "turn over" the hot spots within the burn scar. These protocols and others are required because the possibility of a rekindle is well known and easily prevented through basic firefighting/prevention techniques.

Basis and Reasons: LAFD and firefighting protocol and based on my training and experience (See Curriculum Vitae).

**SPECIFIC ISSUES TO BE ADDRESSED DURING TESTIMONY:**

**FAILURE TO ESTABLISH ANY MONITORING BETWEEN JANUARY 2 AND JANUARY 7**

- Between January 2 and January 7, 2025—a span of five full days—the LAFD established no fire patrol, posted no fire watch, and stationed no personnel at or near the Lachman Fire burn area. This is despite the following known facts:

- Firefighters had reported on January 2 that the ground was still smoldering and rocks were hot;

- A civilian reported smoke at the burn area on January 3;

- Federal investigators later confirmed that smoke was coming from the ground at the site between January 1 and January 7;

- Video recorded by a hiker on January 2 at the Skull Rock Trailhead showed smoke rising from the dirt, with the hiker stating on camera: "It's still smoldering";

- Hikers continued to access the burn area throughout the period, and the site was never closed to the public.

Any reasonable fire department, knowing that its personnel had reported persistent hot spots and that civilians were reporting smoke days later, would have established ongoing monitoring and mitigation of the fireground. The LAFD did nothing.

In the days leading up to January 7, 2025, the National Weather Service issued increasingly dire warnings about imminent catastrophic fire weather in the Los Angeles area, including the Pacific Palisades. On the morning of January 6, the NWS Los Angeles office posted publicly: "HEADS UP!!! A LIFE-THREATENING, DESTRUCTIVE" windstorm was coming. Wind gusts were forecast to reach 80 miles per hour. It had not rained significantly in months.

Under standard LAFD protocol, this level of fire weather threat triggers pre-deployment of engines and personnel to high-risk areas. The Pacific Palisades—a hillside community in the wildland-urban interface with a known, recent smoldering burn scar from the Lachman Fire—was among the highest-risk locations in the entire city.

The government's case against Jonathan Rinderknecht depends on establishing that the Palisades Fire was the natural and probable consequence of the Lachman Fire. **The evidence set forth above demonstrates that it was not.** The Palisades Fire was the consequence of the LAFD's extraordinary and documented negligence during the six-day period between the two fires. Between January 1 and January 7, 2025, the LAFD:

• Ordered firefighters to abandon a still-smoldering burn area over their objections;

• Refused to deploy thermal imaging technology designed specifically to prevent rekindle fires;

• Failed to establish any monitoring, patrol, or fire watch at the burn area;

• Ignored a civilian smoke report and provided misleading public statements about its response;

• Failed to pre-deploy a single engine or firefighter to the Palisades despite the most extreme fire weather warnings in years; and

• Systematically concealed these failures from the public and investigators.

Any one of these failures, if corrected, would have either extinguished the remaining combustion or positioned the LAFD to suppress the reignition before it could spread. The LAFD had six days, multiple warnings, and every tool at its disposal. It failed at every turn. The Palisades Fire was not inevitable. It was preventable. And the entity that failed to prevent it was the Los Angeles Fire Department.

Information relied upon for this Opinion and Testimony:
- August 9th, 2025 Origin and Cause Report
- Review of discovery
- Training and Experience (See Curriculum Vita)

_Ed Nordskog_
Ed Nordskog

2/16/2026
Date