Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net

Attorneys for Defendant

Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT<br><br>Defendants. | Case No. 2:25-cr-00833-AH<br><br>**DECLARATION OF STEVEN A. HANEY, SR. IN SUPPORT OF DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY**<br><br>Hearing Date: May 13, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 9C<br>Honorable Anne Hwang |

1

DECLARATION OF STEVE HANEY ISO OPPOSITION TO MIL RE EXPERT TESTIMONY

I, Steven A. Haney, Sr., declare as follows:

1.     I am an attorney duly admitted to practice before the State Bar of Michigan (P63947), and I am admitted pro hac vice before this Court. I am the principal of the Haney Law Group, PLLC, and I am one of the attorneys of record for Defendant Jonathan Rinderknecht in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2.     I make this declaration in support of Defendant's Opposition to the Government's Motion in Limine to Exclude Expert Testimony.

3.     On February 4, 2026, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and the Court's scheduling order (Dkt. 26), the defense served the Government with its initial expert disclosures for Edward Nordskog, Thomas D. Guzman, and Neil Broom.

4.     On February 10, 2026, and thereafter, the defense served supplemental expert disclosures for Mr. Nordskog and Mr. Guzman that set forth their opinions, the bases and reasons for those opinions, and the materials upon which they relied, consistent with Rule 16(b)(1)(C)(iii).

5.     Attached hereto as **Exhibit 1** is a true and correct copy of the Curriculum Vitae of Edward Nordskog, reflecting his twenty-two (22) years of service with the Los Angeles County Sheriff's Department Arson and Explosives Detail, his certifications as a Certified Fire Investigator (CFI) through the International Association of Arson Investigators, and his publications concerning wildland-fire investigation.

6.     Attached hereto as **Exhibit 2** is a true and correct copy of the Curriculum Vitae of Thomas D. Guzman, reflecting his twenty-seven (27) years of service with the California Department of Forestry and Fire Protection (CAL FIRE), his certifications as an IAAI-Certified Fire Investigator and NAFI-Certified Fire and Explosion Investigator, and his instruction of firefighters and

peace officers on wildland-fire origin-and-cause investigation.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the defense's February 10, 2026 Supplemental Expert Disclosure for Edward Nordskog, which sets forth his opinions regarding the origin and cause of the Lachman Fire, the deficiencies in the ATF's Origin-and-Cause Report, and the post-fire monitoring failures of the Los Angeles Fire Department.

8. Attached hereto as **Exhibit 4** is a true and correct copy of the defense's February 10, 2026 Supplemental Expert Disclosure for Thomas D. Guzman, which sets forth his opinions regarding the origin and cause of the Lachman Fire under NFPA 921 methodology, the inadequacy of the ATF cigarette-ignition testing, and the post-fire scene abandonment by the LAFD.

9. Attached hereto as **Exhibit 5** are true and correct excerpts of the deposition testimony of Firefighter Scott Pike, Captain Michael McIndoe, and California State Parks Ranger Christy Araujo, taken in the related civil matter Grigsby v. City of Los Angeles, upon which Mr. Nordskog and Mr. Guzman rely for their opinions regarding the abandonment of the Lachman burn scar during the period between January 2 and January 7, 2025.

10. With respect to the expert disclosure for Neil Broom, the defense has determined it will not call Mr. Broom at trial and withdraws his designation. Accordingly, Part II.B of the Government's motion is moot.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2026, at Eastpointe, Michigan.

Respectfully submitted,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney, Sr.
STEVEN A. HANEY, SR. (P52808)
Attorney for Defendant
JONATHAN RINDERKNECHT

3

# EXHIBIT 1

Curriculum Vitae
Edward Nordskog

**Curriculum Vitae**                                    **Edward Nordskog- Los Angeles**

**ednordskog@gmail.com**
**arsonprofiler.com**

**Current Position (Since 2019):**

**Consultant/Analyst/Profiler-**Expert in the field of Arson/Fire Investigations, Fire Death Scenes, Serial Arson Cases, Wildland Arsons; Case Analyst/Consultant to Prosecutors and other attorneys on all manner of Arson/Bomb cases; Case Consultant to Civil Attorneys on all Fire Death events.

**Case Analyst**- For *Cold Case Foundation (CCF)*- Analyst/Consultant/Instructor for CCF on any Cold Case, Unsolved, or Missing Persons case related to fire, fire death, or arson murder.

**Author/Lecturer-**Author of six books and numerous articles related to Arsonists, Serial Arsonists, Incendiary Devices, Wildland Arson, and Fire Death Investigation. Instructor/Lecturer on the same subjects for Arson, Homicide, Coroners, Prosecutors, and CSI personnel at the local, state, Federal, and international levels.

**Writer/Producer/Advisor**-For various media and entertainment projects to include story and series development for production companies, technical advisor, film/television, podcasts, etc; Expert and consultant for multiple other authors of both fiction and non-fiction.

**Relevant Work History:**

**1997-2019   Detective** – Los Angeles County Sheriff's Department Arson and Explosives Detail.  Full Time Arson/Bomb Investigator, Bomb Technician, Analyst/Profiler, Lead Arson Trainer, Technical Case Reviewer, SWAT Operator.

**Duties and Responsibilities at the Arson/Explosives Detail:**

Investigated fires of accidental, suspicious, undetermined, and incendiary origin. Conducted searches for, rendered safe, and/or removed suspected Improvised Explosive Devices, Explosives, Explosive Chemicals, Pyrotechnics, Military Ordnance, and Ammunition. Managed major arson, explosion, and bomb scenes. Conducted Post-Bomb Blast crime scene and fire scene investigations. Collected evidence. Provided Analysis/Expert Testimony in Criminal and Civil cases. Lectured and delivered training classes in the fields of Fire and Explosives Investigation. Provided Training and Technical review to all unit investigators on major investigations.  Supported SWAT operations.

Curriculum Vitae
Edward Nordskog

**Previous LASD Assignments:**

1994-1997   Undercover Detective, Narcotics Bureau; HQ Detective Division
1992-1994   Undercover Detective, Crime Impact Team (CIT), Century Region
1990-1992   Plain Clothes Detective, Lynwood/Firestone Stations; Burglary/Robbery,
            Auto Theft, Major Crimes, Vice Ops
1985-1990   Academy, jail deputy, and patrol deputy/Training Officer-Lynwood Station

**Arson/Explosives Investigative Experience:**

As of January 2025, I have conducted more than 2,100 investigations regarding the Origin and Cause of various accidental and incendiary fires. These included at least 1,052 structure fires, 582 automobile fires, and more than 240 brush/wildland fires. I have conducted 69 Fatal fire investigations, with 18 of those being arson/murder events. I have conducted 46 Serial Arson investigations involving hundreds of fire scenes.  I have arrested and interviewed more than 320 people for arson related crimes.  I have ignited 285 administrative fires for training purposes.

As of January 2025, I have responded to and rendered safe over 565 suspicious, hazardous, or explosive devices (bombs).

As of January 2025, I have conducted over 153 Bomb/Explosives sweeps, K-9 searches, and ship boarding operations related to Dignitary Protection, Port Security, Airport Security, and Major Event Security.  This includes working with the U.S. Secret Service for protection operations including POTUS, family members of the President, and other high-ranking officials from various nations including the Pope.

As of January 2025, I have conducted over 690 Post-Blast Explosion investigations.  I have also caused over 890 administrative explosions for training.

**Incendiary and Explosive Devices**:  As of January 2025, I have built and deployed more than 441 Molotov Cocktails during training and testing.  I have constructed, tested, and examined the effects of over 205 other Improvised Incendiary Devices (IID's) including during wildland training scenarios.  I have constructed, tested, and observed the results of over 325 Improvised Explosive Devices (IED's) of various sizes and types, up to and including large vehicle bombs.

**Arson/Explosives related Courtroom Experience**:

As of January 2025, I have testified in Municipal, Superior, Juvenile, and Federal courts, Depositions, and in front of the Grand Jury, as an **Expert** regarding the Origin and Cause of fires, Fire Death Issues, and Arson Analysis/Profiling on at least 110 occasions.

I have testified as an **Expert** in Explosive/Bomb related cases on 10 occasions.

2

Curriculum Vitae
Edward Nordskog


## Case Consultations/Profiles-Assist Other Agencies:

As of January 2025, I have consulted on or provided Arson/Bomb Profiling and
Investigative Analysis to outside agencies, including prosecutors and other attorneys,
from local, state, and Federal police and fire agencies on 222 cases.  These cases
include Fatal Fires, Arson Murders, Cold Case Reviews, Suicides, Serial Arson, Arson
for Profit Schemes, Bombings, and Bomb Threats. These consults included Federal
agencies such as the FBI, ATF, US Forest Service, US State Department, Bureau of
Land Management, and Bureau of Indian Affairs.

I have provided case consultations to public agencies in Canada, China, Greece,
Norway, South Africa, Mexico, Columbia, Australia, France, and Indonesia.

I have provided numerous case consultations to the media in several cities and to
multiple authors writing about historic crimes.

## Formal Education:

**Master of Science Degree** – Emergency Services Management, California State
University, Long Beach, June 2007.  Received citation for "Exceptional Academic
Achievement". Graduating GPA of 4.0 by Department Chair of Professional Studies,
Graduate Program CSULB

**Bachelor of Science Degree** – Criminal Justice, Bemidji State University (Minnesota),
June 1982. Dean's List Graduate.  Named "Outstanding Student in Criminal Justice".


## Military Experience:

Eleven years of service in the United States Marine Corps, both Active and Reserve
Units.  From 1980-1991.  Honorably Discharged at the rank of Captain.

## Military Specialties:

Field Artillery: Three years active duty.  Schools:  Marine Officers Basic School, Field
Artillery Officer's School (Distinguished Graduate), Nuclear Weapons Assembly School,
Nuclear Weapons Security School, Nuclear Weapons Delivery and Sealed
Authentication School.

Intelligence/Counter Terrorism: Eight years of Active and Reserve duty.  Duties as
Nuclear, Biological, and Chemical Weapons officer and Inspector, as well as Intelligence
and Training officer and Executive Officer of a Counter-Terrorism Training and
Evaluation Unit.

Curriculum Vitae
Edward Nordskog


**Certificates:**

Oct 1998–2017 Certified Hazardous Devices (Bomb) Technician– By U.S. Army and FBI

Jan 2001–Certified Fire Investigator (CFI) Levels 1 and 2, by California State Fire Marshal (Current).

Aug 2001–Certified Fire Investigator (CFI) by California Conference of Arson Investigators, IAAI Chapter (Current).

Oct 2001–Licensed Tactical Blaster/SWAT Explosive Breacher – By California Department of Consumer Affairs

Mar 2017-Master Certified Fire Investigator (MCFI) by California Conference of Arson Investigators, IAAI Chapter (Current).  I was among the first group of 10 investigators ever to earn this award.

May 2021-Certificate in Investigative Psychology by John Jay School of Criminal Justice, City University New York.

Jun 2021-Certified FI-210 Wildland Origin and Cause Investigator, NWCG/BLM


**Law Enforcement Awards and Recognition**:

Jun 1986–Named **Honor Cadet – Class 230** Los Angeles Sheriff's Department Training Academy

1994-2004–Received four special Detective Division Chief's Commendations for Major Criminal Investigations

Jan 2000, 2001, 2002, 2003, 2006, 2007, 2009, 2010, 2011, 2014, 2015 – Selected as member of the Rose Parade/Rose Bowl Pasadena Special Bomb Squad

Feb 2002–Selected by U.S. Secret Service as a member of the Federal Bomb Squad for the 2002 Salt Lake City Olympic Games

Apr 2004–Named **Investigator of the Year** by the International Association of Arson Investigators (IAAI) for a major Serial Arson case.

Jun 2004–Named **Law Enforcement Officer of the Year** by the International Association of Special Investigations Units for a major Serial/Arson for Profit investigation.

Jun 2004–Received **Sheriff's Citation** for major serial arson investigation.

4

Curriculum Vitae
Edward Nordskog

Jan 2005–Received **Exemplary Service Award** –Arson Investigations – by the Association of Los Angeles Deputy Sheriffs

Dec 2006–Received Emergency Operations Bureau (LASD) "Unit Commendation" award for a major arson investigation.

Mar 2008–Received LASD **Medal for Exemplary Service** for a major arson investigation.

Jul 2009–Received special **Chief's Commendation for Quality Service** for a major arson investigation.

Jan 2012-Received **Proclamation of Commendation** for being Lead Investigator on the L.A. Serial Arson Task Force-by the West Hollywood City Council

Mar 2012-Received L.A. Peace Officers Association **Task Force of the Year** award for being Co-Lead Investigator of the L.A. Serial Arson Task Force

Apr 2012–Received **Excellence in Instruction** award from California State POST ICI Education Program (Instructor of the Year)

Oct 2014-Received **Excellence in Training** award from California State POST

Aug 2015-Received LASD **Medal for Exemplary Service** (2nd time awarded) for major arson investigations.

Apr 2017-Received IAAI **Guy "Sandy" Burnette Outstanding Accomplishment Award** for being the Lead Investigator for Los Angeles Serial Arson Task Force

Mar 2019-Received LASD **Medal for Distinguished Service**-Investigations

Apr 2022-Received IAAI **Guy "Sandy" Burnette Outstanding Accomplishment Award** (2nd time awarded) for being profiler/analyst on the Maricopa County (AZ) Serial Arson/Homicide Task Force

1985-2019-LASD Detective Division; Received more than 90 written commendations from citizens, civic groups, prosecutors, victims, and law enforcement units for various law enforcement duties and criminal investigations

## **Major Investigations:**

Profiler/Consultant on Priscilla Aguilar Serial Arson Case, Ukiah, CA. 2009-2023

5

Curriculum Vitae
Edward Nordskog


Analyst/Profiler/Court Expert on Jerald Hart Cold Case Arson Murder; Los Angeles 2023

Consultant/Court Expert on "Holy Jim" Wildfire Case; Orange County, CA  2023

Consultant/Profiler on Ira Tobolowsky Cold Case Arson Murder-Dallas, TX  2022

Analyst/Profiler/Expert-Justin Caruso Serial Arson/Homicide; Mesa, AZ 2021

Analyst/Court Expert-Arson/Murder Case review from 1993-Chicago, IL 2023

Analyst/Profiler-Arson/Murder Body Dump, Pinal County, AZ. 2019

Analyst/Consultant- "Ghost Ship" Mass Fire Fatality Case, 2019

Analyst/Court Expert-Banning Pass Arson Series/Mass Casualty Arson/Murder (2006)-2024

Analyst/Reviewer-Gang Related Arson/Murder-LAPD-2019

Analyst/Court Expert-Jesse Aguilar Cold Case (2006) Arson/Murder-2018

Consultant/Profiler-Janet Dixon Arson/Murder (1980)-2018

Consultant/Profiler/Court Expert-Jill Sampson Cold Case (1991) Arson Murder-LAPD-2017

Profiler/Analyst/Court Expert-(1989) Joann Parks Triple Murder/Arson-Habeus Corpus Petition by California Innocence Project-2016

Investigator/Court Expert-Arson/Triple Murder (Cheque Tires) Firebombing-El Monte, CA- 2015

Profiler/Consultant/Technical Reviewer for Death Penalty Panel (Samurai Sword Case) Five Victim Mass Murder/Arson-by L.A. District Attorney 2015

Profiler/Co-Investigator/Technical Reviewer for Death Penalty Panel Corey King, Serial Killer/Serial Arsonist – by L.A.D.A. 2014

Lead Investigator- Eli Swifteagle Serial Arson Case 2013

Lead Investigator – Jesse James Ellison Serial Arson Case 2012

Co-Lead Investigator – Marijuana Shop Arson Series – 2009-2012

6

Curriculum Vitae
Edward Nordskog

Co-Lead Investigator– St. John Vianney Catholic Church Arson, 2011

Co-Lead Investigator-Hollywood Fire Devil Serial Arson Case 2012

Co-Lead Investigator-Charles Kritz Serial Arson Case 2012

Co-Investigator – Station Fire (Wildland) Arson/Double Murder Line of Duty Deaths of Firefighters – 2009

Technical Reviewer/Expert for Death Penalty Review Panel Acedo Family Double Murder/Arson Case – for L.A.D.A. (Not Recommended for Death Penalty) 2007

Co-Investigator- Ricky Jimenez Wildland Serial Arson Case 2007

Lead Investigator – $80 Million Universal Studios Fire – 2006

Lead Investigator/Court Expert – Gary Glazier Serial Arson Case 2005

Lead Investigator/Court Expert – "Operation Firebug" Series of 80 Arsons-for Profit–1999-2003

Co-Lead Investigator – Skinhead Hate Crimes Bombings/Arson 2001

Lead Investigator-118 Freeway Arsonist Series. 1999

Co-Investigator- Sandi Nieves Arson/Mass Murder Case 1998


**Published Documents:**

Published Book Reviewer of *Scientific Protocols for Fire Investigation* by John Lentini (2006).  Conducted Peer Review of this text as requested by the LASD Crime Lab. Review published in the November 2008 "Journal of Forensic Science" Vol. 53, No. 6

Course Developer/Instructor: *Arson and Explosives Investigative Course* by Institute of Criminal Investigation/California State POST. 2010

Book Author: *Torchered Minds: Case Histories of Notorious Serial Arsonists* by Ed Nordskog; Xlibris Corporation; December 2011

Expert contributor to Serial Arson study – *Random-Urban Arson Investigation Communication Strategies* by Katie Fowden, Director of Media and Corporate Communications, Northern Territory Police, Fire, and Emergency Services. Australia. April 2011

Curriculum Vitae
Edward Nordskog


Course Contributor/Subject Matter Expert – Advanced Attorney Training through Loyola Law School and the National Institute of Trial Advocacy (NITA): – *Flinders vs. Mismo-9TH Edition* 2012

Article Author: *The John Orr Effect on Arson Investigations* by Ed Nordskog.  Published in <u>California Fire/Arson Investigator</u>– January 2013

Book Author: *Fireraisers, Freaks, and Fiends-Obsessive Arsonists in the California Foothills* by Ed Nordskog; Create Space Corporation; October 2013

Article Author: *SWAT Operations and Fire-What Really Happened* by Ed Nordskog. Published in <u>The Tactical Edge-Winter 2014</u>

Book Author: *The Arsonist Profiles: Analyzing Arson Motives and Behavior* by Ed Nordskog; Create Space Corporation, August 2016

Book Contributor/Forward Writer: *The Bombs, Bombers, and Bombings of Los Angeles* by Michael Digby; BookLocker.com.  January 2017

Book Author: *Incendiary Devices-Investigation and Analysis* by Ed Nordskog; BookLocker.com.  January 2019

Book Author: *Fire Death Scene Investigation* by Joseph Konefal and Edward Nordskog; Baker and Taylor Publishing.  March 2019

Book Contributor/Expert Witness: *Burned* by Edward Humes. Dutton Publishing. 2019

Book Author: *Arson Investigation in the Wildlands* by Ed Nordskog and Joe Konefal: Baker and Taylor Publishing.  October 2020

Article Author: *The Wildland Arsonist* by Joe Konefal and Ed Nordskog; Published in <u>Wildfire Today.</u> Feb 23, 2021; https://wildfiretoday.com/2021/02/23/the-wildland-arsonist-one-of-the-most-dangerous-criminals/

Book Contributor/Profiler: *Maniac-The Bath School Disaster and the Birth of the Modern Mass Killer* by Harold Schechter; Little A Publishing. 2021

Book Contributor/Expert: *The Profiler Diaries* by Dr. Gerard Labuschagne. 2021

Book Contributor/Profiler: *Solving for X: Tracking the DC Serial Arsonist* by Robert Luckett. Salt Water Media. 2021

Course Developer/Profiler/Lecturer: *FI-310 Wildland Fire Investigation-Serial Arson Case Development*; Online Learning Portal.  NWCG  2022 Re-write.

8

Curriculum Vitae
Edward Nordskog

Book Contributor/Expert: *Malibu Burning*. Fiction by Lee Goldberg. Thomas and Mercer, 2023

Book Contributor/Expert: *Wildfire Arson Prevention Guide* by Richard Woods.  Australia. CRC Press, 2023

Cited Expert: *Wildfire Investigation Project Report* by Rhodri Jones and the Forestry Commission of UK, April 2023

Course Contributor/Cited Expert: *FI-210 Wildland Fire Origin and Cause Investigation*. NWCG 2023 Re-write.

Article Author:  *The Hike-In Arsonist*. Published on 11-28-23 in *SWAIT Newsletter*

Book Contributor/Expert: *Ashes Never Lie*. Fiction by Lee Goldberg. Thomas and Mercer, 2024

Article Author: *The Deliveryman Arsonist*. Published on 1-2-24 in *SWAIT Newsletter*

Article Author: *Moreno Valley Flats Arsonist*. Published on 5-20-24 in *SWAIT Newsletter*

Expert Cadre Member/Developer: *Fire Investigator-Certification Training Standards Guide (2022)*. California State Fire Training-SFM. Published August 2024

Article Author: *Murder, Arson, and Case Linkage in the Wildlands*. Published on 11-8-24 in *SWAIT Newsletter*

Book Contributor/Cited Expert: *Guide to Wildland Fire Origin and Cause Investigation-PMS 412;* National Wildfire Coordinating Group. Published March 2025

Book Contributor/Expert: *Hidden in Smoke*. Fiction by Lee Goldberg. Thomas and Mercer, 2025

Course Contributor/Cited Expert: *Fatal Fires-Investigation*.  CFITrainer.net, IAAI.   2025

Course Contributor/Cited Expert: *Fire Death Investigation*. Legal and Liability Risk Management Institute. 2025

**Professional Associations**:

California Conference of Arson Investigators (CCAI) – Member since 1997; Instructor/Training Committee 2012-Current

9

Curriculum Vitae
Edward Nordskog

International Association of Bomb Technicians and Investigators (IABTI) – Member from 1998-2011

International Association of Arson Investigators (IAAI) – Member/Instructor since 1998

California Homicide Investigator's Association (CHIA) – Past Member and Instructor

California Narcotics Officers Association (CNOA)- I have been a member of this organization since 1987; was an instructor for five years (Booby Traps and Marijuana Fields), and have been awarded Life Membership

Orange County Homicide Investigators Association (OCHIA)- Member since 2020

Serial Wildland Arson Investigation Training group (SWAIT): I am the Creator, Instructor, and Training Coordinator for this organization based in Reno, NV- Since 2012

Cold Case Foundation (CCF)-Member, Expert, and Instructor since 2019, Based in Utah

International Association of Coroners and Medical Examiners (IACME)-Instructor and Member since 2023


**Expert Contributor for the Media:**

Cited in Online Blog- *Joint Commission Resources Regarding Fire Fighter Arsonists.* 11/18/2010 by Beatrice C. Yorker. HTTP://www.crinc.com/blog/2010/11/18/The-Danger-of-Rogue-Health-Care-Workers/

Case work featured on television show *Prime Time Live-Diane Sawyer* 1994 – Regarding Credit Card Fraud Ring

Case work featured on television show *American Detective* 1994 – Regarding a Murder Investigation

Case work featured on television show– *L.A. Detectives* 1999 – Regarding a Fire Death Investigation

Case work featured on television show – *L.A. Detectives* 2000 – Regarding an Arson/Mass Murder Investigation

Case work featured on television show -*North Mission Road, Episode NM-128, Signed in Ink,* Vantage Point Productions, 2005

Case work featured in weekly newspaper-*Los Angeles City Beat Vol. 4, No. 19.* May 4, 2006

10

Curriculum Vitae
Edward Nordskog

Expert Contributor to Special Investigative Report-*Arson in America-The Alarming Reality* by Thomas Hargrove, Scripps-Howard News Service; November 2013

Expert Contributor to Special Investigative Report- *Minnesota Fire Chief-Serial Arsonist* by *ABC News, Good Morning America and 20/20 TV shows 2013*

Expert Contributor (Wildland Arsonists) *L.A. Times* podcast; Host Patt Morrison Sep. 2016

Expert Contributor to CFI Trainer.net *Fire Investigation Profiles: Ed Nordskog.* Stonehouse Media and IAAI. Posted on YouTube. 2020

Expert Contributor to *Wildland Arsonist-Flame Front Media* podcast. Host John McDermott. May 2020

Expert Contributor (Fire Death) to *Forensics Talks* podcast.  Host Eugene Licisio; Mar 2021

Expert Contributor (Serial Arson) to *Firebug* podcast. Host Kary Antholis; Feb 2021

Expert Contributor (Serial Arson) to *San Francsico Experience* podcast. Host Jim Herlihy; Oct 2021

Expert Contributor (Serial Arson) to *Arson* podcast. Host Kara McGuirk, IAAI; Jan 2022

Expert Contributor to *CSI On Fire* podcast. Host Mike Moulden, Sep 2024

Case work featured in television show-*Women of Death Row, pilot episode*. January 2024

Expert Contributor (Fire Death) to *Into the Fire* podcast. Host Jason White, Dec 2024

Expert Contributor (Wildland Fire) to *Dan Abrams tv show*, <u>*NewsNation.*</u> January 11, 2025

Expert Contributor (Wildland Fire) to *CNN Newsroom tv show*, Host Jim Acosta. January 13, 2025

Expert Contributor (Wildland Fire) to *Elizabeth Vargas Reports* tv show, <u>*NewsNation*</u>. January 13, 2025

Expert Contributor (Wildland Fire) to *Punto de Reunion* podcast. Host Alonso Cantero, January 15, 2025

11

Curriculum Vitae
Edward Nordskog

Expert Contributor (Wildland Fire) to *LA Times Today* tv show.  Host Lisa McRee; January 16, 2025

Expert Contributor (Arson Profiling) to *Profiler Africa* podcast. May 2025

Expert Contributor (Serial Arson/Murder) to *Profiler Africa* podcast. Aug 2025

Expert Contributor (Arson Profiling) to *True Crime Tonight* radio show.  Oct 2025

# Related Vocational Training and Education:

**Formal Courses Attended Related to Fire/Arson and Death Investigations**:

Sep 1991–Homicide Investigators Course, 40 hours – San Jose State University (included 8 hours training on Fire/Explosion Effects on Humans)

Nov 1997–Basic Arson/Explosives Investigators Course, 40 Hours – California State POST/ICI

Dec 1997–Assigned to LASD Arson/Explosives Detail; Began a 1-year formal training program with an experienced training officer

Jun 1998–Basic Arson Investigators Course #1A, 40 Hours-California State Fire Marshal

Nov 1998–Arson Investigators Course #1B, 40 Hours- California State Fire Marshal

Jan 1999–Arson Investigation Seminar: Serial Arson Investigations/John Orr Case, 24 Hours- California Conference of Arson Investigators (CCAI) SLO

Apr 1999–Arson Investigators Course #2A, 40 Hours, California State Fire Marshal

Jul 1999–Arson Investigators Course #2B, 40 Hours, California State Fire Marshal

Feb 2000–Advanced Fire Investigation Course-Fire Dynamics, 32 Hours – Dr. John DeHaan/Ventura County Fire Department

Jun 2000–Vehicle Fire Investigations, 8 Hours – Steve Mackaig/CCAI

Aug 2000-Fire/Arson Investigation Course, 80 Hours- National Fire Academy, Maryland

Jan 2001–Fire/Arson Investigation, 22 Hours, CCAI SLO

Aug 2002–Fire Death Investigation, 8 Hours-Jim Allen/CCAI

12

Curriculum Vitae
Edward Nordskog

Aug 2002–Violent Crime Analysis: Serial Arson/Serial Bomber, 32 Hours – FBI/ATF Behavior Analysis Unit (BAU)

Apr 2003–Wildland Fire Investigation, 28 Hours – International Association of Arson Investigators (IAAI) ITC. Reno

Jan 2004-Fire Deaths, Reconstruction, Fire Patterns, 20 Hours-DeHaan/CCAI-Seaside

Apr 2004–Fire Death Investigation, 4 Hours – IAAI ITC; St. Louis, MO
Aug 2004–Serial Arson/Profiling Seminar, 8 Hours- Dr. Dian Williams/CCAI-San Diego

Jun 2005–Advanced Arson Investigation/Courtroom Techniques, 80 Hours, ATF/FLETC-Glynco, Georgia

Sep 2005–Electrical Fire Investigation Seminar, 8 Hours; CCAI/ATF Lab

Oct 2006–Advanced Arson/Serial Arson Seminar, 32 Hours, IAAI-Nevada

Feb 2007–Neon Sign/Electrical Fires, 4 Hours; CCAI

Mar 2007–Fire/Arson Investigation Conference, 24 Hours, CCAI SLO

Nov 2007–Advanced Fire Investigation, Fire Death Seminar, 22 Hours – IAAI Nevada

Feb 2008–Homicide Investigators Seminar, Serial Offenders, 20 Hours, CHIA

May 2008–Arson/Murder Mass Casualty Case History, 8 Hours-ATF

Mar 2009–*D.C. Serial Arsonist* Case History, 8 Hours-ATF

Oct 2009–Incendiary Devices; ALF/ELF Extremism Seminar, 4 Hours- CCAI/FBI

Jun 2010–Forensic Fire Death Investigation, 40 Hours, SLO Sheriff/Coroner, Dr. Elayne Pope; Dr. John DeHaan, SLOFIST

Sep 2011–ATF Lab and National Response Team Seminar, 4 Hours-ATF/CCAI

Nov 2011–*East Texas Church Arson Series* Case History, 8 Hours-ATF

Mar 2012–Fire Reconstruction Seminar, 24 Hours- CCAI SLO

Apr 2012–Fire Behavior Analysis, 16 Hours, IAAI ITC, Dover, DE

Jul 2012–Electrical Fire Investigation, 16 Hours- ATF/AZ IAAI, Prescott, AZ

13

Curriculum Vitae
Edward Nordskog

Jul 2012-Coroner Investigations, 8 Hours- LA County Coroner

Oct 2012-Advanced Fire Investigation, 20 Hours- CCAI SLO

May 2013-Serial Arson Investigations Conference, 40 Hours- NV IAAI/LA HIDTA

Nov 2013-Advanced Fire Investigation, 20 Hours- CCAI SLO

Nov 2014-Advanced and Wildland Fire Investigation, 20 Hours- CCAI SLO

Jan 2015-Profiling the Arsonist, 8 Hours- Dr. Dian Williams/LAHIDTA

Feb 2015-Serial/Wildland Arson Investigations Seminar (SWAIT), 24 Hours- NV IAAI

Mar 2015-Death/Coroner's Investigations, 20 Hours- PATC

Sep 2015-Fresh Look at Fire Dynamics, 7 HOURS- ATF/CCAI San Diego

Nov 2015-Fire Dynamics, 20 Hours- CCAI SLO

Feb 2016- Major Arson Investigations Conference, 28 Hours- NV IAAI

Feb 2017-Serial/Wildland Arson Investigations (SWAIT), 24 Hours- NV IAAI

Mar 2017-Fire Related Death Investigations,16 Hours- UT IAAI

Mar 2017-Arc Mapping/Fire Dynamics, 20 Hours- CCAI SLO

Aug 2017-Wildland Fire Investigation, 4 Hours-South Bay Arson TF, Los Angeles

Oct 2017-Murder Scene Reconstruction, 8 Hours- AZHIA

Nov 2017-Advanced Arson Scene Investigations, 20 Hours-CCAI SLO

Feb 2018-Serial/Wildland Arson Investigations (SWAIT), 24 Hours-NV IAAI

Sep 2018-Fire Death Investigation, 20 Hours-CCAI SLO

Nov 2018-Public Utility/Powerline Attacks, 8 Hours-JRIC

Feb 2019- Fire Dynamics, 20 Hours-CCAI SLO

Feb 2019-Youth Fire setting; Arson/Murder, 8 Hour-KS IAAI

Feb 2019-Serial/Wildland Arson Investigation (SWAIT), 24 Hours-NV IAAI

14

Curriculum Vitae
Edward Nordskog

Apr 2019-Fire Death Scene Evidence, 8 Hours- CSDIAI, San Francisco

Apr 2019-Arson/Murder Case histories, 8 Hours-IAAI ITC FLA

Jun 2019-Cold Case Homicide Investigations, 16 Hours- CA State POST

Sep 2019-Electrical Fires; Wildland Fires; Extremist Fires, 28 Hours-CCAI SLO

Feb 2020-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Aug 2020-Forensic Pathology/Murder, 4 Hours- CA State POST/San Diego M.E.

Feb 2021-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Apr 2021-Investigative Psychology- 50 Hours- John Jay School of Criminal Justice, NY

May 2021-Homicide Symposium, 8 Hours- Orange Co. Homicide Investigators Assoc

May 2021-Seminar in Serial Crimes Case Linkage, 4 Hours-John Jay School of CJ, NY

Jun 2021-FI-210 Wildland Fire Investigation, 36 Hours- BLM/NWCG

Feb 2022-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

May 2022-FI-310 Serial Wildland Arson Case Development, 40 Hours- BLM/NWCG

Nov 2022-FI-110 and National Wildlife Investigators Workshop, 24 Hours- FIAA/IAAI Alberta, Canada

Feb 2023-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Oct 2023-Fire Dynamics, 24 Hours- CCAI SLO

Feb 2024-Serial Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Apr 2024-Serial Arson Behavior Analysis, 8 Hours- IAAI ITC Las Vegas

Nov 2024-Homicide Autopsies, 4 Hours-OCHIA, Santa Ana

Feb 2025-Death Investigation, 16 Hours-CA State POST

Feb 2025-Serial Wildland Arson Investigation (SWAIT), 24 Hours-NV IAAI

Jun 2025-Appliance Fires, 8 Hours-CCAI/Verdugo Task Force

15

Curriculum Vitae
Edward Nordskog


Jul 2025-Human Behavior/Firesetting, 8 Hours-AZ IAAI, Dr. Jeff Thomas

Aug 2025-Fire Death Investigation, 2 Hours-LLRMI, Inv. Scott Campau

Oct 2025- Cold Case Crime Analysis, 2 Hours, Gap Science LLC, Hilary Rodela



**<u>Formal Courses Attended Related to Explosives and Bombing Investigations</u>**:

May 1995–Tactical Marijuana Field Operations, 56 Hours–US Army Special Forces, and
US Navy Seals (Explosives and Booby Traps)

Aug 1996–SWAT/Mountain Warfare/Marijuana Field Ops, 80 Hours–US Marine Corps
Mountain Warfare Training Center; LASD/LAPD SWAT (Booby Traps/Explosives)

Jun 1997–Basic Post-Blast Investigators Course, 24 Hours–FBI/LASD Arson/Explosives
Detail

Jan 1998–Chemical/Biological Weapons Protective Clothing Class, 8 Hours- FBI/USMC

May 1998–Advanced Post-Blast Investigators Course/Large Vehicle Bombs, 40 Hours-
FBI/US NAVY EOD; China Lake, CA

Sep 1998–Hazardous Devices Technician School, 160 Hours–US Army/FBI; Redstone

Mar 1999–Special Render Safe Training for WMD, 16 Hours- USAF/FBI; Edward AFB

Jul 1999–Weapons of Mass Destruction (WMD) Bomb Investigator/Technician Course, 40
Hours- US Army/FBI; Redstone Arsenal

Sep 1999–Seminar on Terrorism/Explosives, 24 Hours- FAA/ATF

Dec 1999–Seminar on Terrorist Bombings, 8 Hours-CIA

Oct 2001–Tactical Explosives/SWAT Breaching Course, 100 Hours; US Navy
Seals/LASD/LAPD SWAT

Jun 2002–Hazardous Device Technician Re-Certification Course, 32 Hours-US
Army/FBI; Redstone Arsenal

Jul 2002–Bomb Technician Robot Course, 40 Hours-US Army/FBI, Redstone Arsenal

16

Curriculum Vitae
Edward Nordskog


Mar 2006–Advanced IED/Large Vehicle Bomb Threat Assessment/Booby Trap Course, 40 Hours–US Dept. of Homeland Security (DHS)/British Army Bomb Squad

May 2006–Hazardous Device Technician Re-Cert Course, 40 Hours-US Army/FBI; Redstone Arsenal

Aug 2006–Advanced IED Disruption Course, 40 Hours- British Army Bomb Squad

Sep 2006–Lifesaver/Trauma Injury Course for Bomb Tech, 8 Hours– LASD ESD Tactical Paramedics (Refresher Course in October 2008)

JAN 2007–SWAT/Bomb High Threat Entry/Disruption, Booby Traps, and Electronics Course, 80 Hours, British Army/SAS Bomb Squad

Jan 2009–Electronic Counter Measures Course (ECM) for Bomb Techs, 80 Hours-FBI Redstone Arsenal

May 2009–Aviation/Hazardous Device Advanced Training, 16 Hours-Federal Air Marshal/FAA; Burbank and San Diego Airports

Jan 2010–Advanced Bomb Squad Techniques, 80 Hours–Israeli National Police Bomb Squad; Tel Aviv, Israel

Apr 2010–Hazardous Devices Tech Re-Cert Course, 40 Hours- FBI Redstone

Mar 2012–Advanced Bomb Squad Operators Course II, Large Vehicle IED, 40 Hours British Army Bomb Squad

May 2012–Advanced Explosives Recognition/Post-Blast, 8 Hours- Tulare Bomb Squad

Oct 2012–Advanced Bomb Squad Operators Course III; WMD/SWAT Support Tactics, 40 Hours- British Army Bomb Squad

OCT 2013-Advanced Bomb Squad Operators Course IV, 40 Hours- British Army Bomb Squad

Mar 2014-Advanced High Threat Disablement Course, 16 Hours- US Navy Bomb Squad/FBI

Mar 2014-Hazardous Devices Tech Re-Cert Course, 40 Hours- FBI Redstone Arsenal

Apr 2014-Bombs, Bombers, and Bombings Conference, 36 Hours

Oct 2014-Advanced High Threat Disablement Course, 36 Hours- EWS

17

Curriculum Vitae
Edward Nordskog

Jan 2015-Advanced C-IED Search and Management, 40 Hours- EWS

Dec 2015-SWAT/Bomb Operators Course, 80 Hours- LASD SEB

Nov 2016-Advanced Render Safe/Incendiaries,16 Hours- EWS

Dec 2018-Targeting, Sabotage of Public Utilities, Extremism, 8 Hours- FEMA

***LASD Bomb Squad conducted ongoing bi-monthly formal training on Advanced Render Safe Operations of Vehicle Bombs, Weapons of Mass Destruction (WMD), Booby Traps and Electronic Countermeasures (ECM)

**Instructor Credentials**:

Nov 2001–Certified as "Instructor" by the Robert Pressly Institute of Criminal Investigation (ICI) and California State POST

May 2013-2016- Instructor for California Standards and Training for Corrections (STC); Arson/Bomb Courses (Multiple classes each year)

May 2016-2018- Instructor for California Specialized Training Institute (CSTI); Bomb/Explosives (Multiple classes each year)

Jun 2008–Present- Course Developer/Instructor for *Fire Death Issues/Homicide Investigation,* LASD Homicide Investigators Course/State POST/ICI; (at least three classes per year)

Feb 2010–Present- Course Developer/Instructor for *Arson/Explosives Investigation;* 40 Hour Course for California State POST/ICI; (at least two classes per year)

Jun 2019-Present- Instructor for *Fire Death Issues/Homicide Investigation*, San Diego Homicide Investigators Course State POST/ICI; Ongoing teaching at least three classes per year

2013-Present- Lead Instructor/Developer for *Serial Wildland Arson Investigation Training (SWAIT)*- 24 Hour course each year.  NV IAAI, Reno

2023-Present- Instructor for *Fire Deaths/Arson Murders*; Cold Case Foundation/Bureau of Indian Affairs; Both Online and Live classes in various locations

2023-Present-Instructor/Developer for *FI-310-Serial/Wildland Arson Case Development Course*-40 hours; BLM/USFS/NFA

**Bomb/Explosion Instruction Provided:**

18

Curriculum Vitae
Edward Nordskog

Dec 1997– 2019:  Post-Blast Investigators Course for FBI Agents, 40 Hours – LASD
Arson/Explosives Detail/FBI; (I have been an instructor and proctor at 3 classes per
year and have trained over 800 FBI Agents and local investigators regarding
Explosions, Blast Investigations, Tactics, Motives and Profiles of Bombers

Mar 1998 – 2002:  Course Developer/Lead Instructor for Explosives and Booby Traps
Course for investigators/SWAT Operators; LASD Arson/Explosives Detail; Trained over
750 Detectives, Firefighters, Federal Agents, SWAT Operators, and Crime Scene Techs
(CSI) Regarding Booby Trap and Explosives Recognition

Dec 2009-Explosives/Bombings, 8 hours-w/FBI; Philippines Nat'l Police

May 2011-Explosives/Bombings, 8 hours-w/FBI; Indonesian Nat'l Police

May 2013-Criminal Bombings, Motives, and Tactics, 8 Hours-CVAI Tulare, CA

Jun 2013-Bombs and Arson, 8 Hours-State Probation Agencies, Sacramento

Jan 2014-Criminal Bombings, Motives, and Tactics, 8 Hours- LAVA, Cal State LA

Apr 2014-Criminal Bombings, Motives/Tactics, 4 Hours-Bombs/Bombers Conference

Oct 2015-Explosives and Booby Traps for CSI Techs, 4 Hours- Cal State LA

Apr 2017-Domestic Terror Bombs/Incendiaries, 4 Hours- Bombs/Bombers Conference

May 2017-Explosives and Active Shooters, 8 Hours- CVAI, Tulare, CA

Feb 2018-2020: Domestic Terror and Bombings, 8 Hours-CSTI State OES; Course
taught 3 times annually to CHP and other state employees

Sep 2021-Explosive Injuries/Post Blast Analysis, 4 Hours- CCAI, SLO

**Arson/Fire Related Instruction Provided:**

Mar 2007–Major Case Arson Investigations/Fraud-CCAI SLO

May 2007–Major Case Arson Investigations/Fraud–CCAI Roundtable 9

Nov 2007–Major Case Arson Investigations/Fraud- NV IAAI

Feb 2010–Major Case Arson/Fraud Investigations– Cal Dept of Insurance (DOI)

Jun 2010–Fire Death Scene Issues – SLOFIST/Forensic Fire Death Inv. Course

19

Curriculum Vitae
Edward Nordskog


Oct 2010-Arson for 1ST Responders- LA HIDTA

Oct 2010-Arson Murders- LASD/LAPD/Crime Lab

Jan 2011-Arson Murders/Fire Deaths- Ontario PD (CA)

Feb 2011-Arson Murders/Fire Deaths- National City PD (CA)

Apr 2011- Arson for 1st Responders- Kern County FD (CA)

May 2011- Major Arson Investigations- LA HIDTA

May 2011-Arson Murders/Major Arson; 2-day class- Fremont FD (CA)

Aug 2011-Arson Murders/Major Arson; 2-day class-Solano Co DA (CA)

Sep 2011-Major Arson Investigations- Palm Springs PD

Oct 2011-Arson Murders- LA HIDTA

Nov 2011-Serial Arsonist Profiles- ATF Los Angeles

Jan 2012- Serial Arsonist Profiles- LAVA-Cal State LA

Feb 2012-Arson Homicides-Riverside PD/LA HIDTA

Mar 2012-Serial Arson Investigations- Fremont FD

Mar 2012-Arson Murders/Serial Arson- Sac-Sierra Arson Task Force (CA)

May 2012-Serial Arson Investigations- CFED West Conference; Palm Springs

May 2012-Arson Murders-Burbank PD/HIDTA

May 2012-Serial Arsonist Profiles- Thriller Writer's School, Ventura, CA

Jun 2012- Serial Arson Investigations- Anaheim PD (CA)

Aug 2012-Arson Murders- LAHIDTA, Seal Beach PD (CA)

Aug 2012-Serial Arson Investigations-Carlsbad PD (CA)

Aug 2012-Basic Arson Invest for CSI Techs/Criminalists-Torrance PD (CA)

20

Curriculum Vitae
Edward Nordskog


Oct 2012-Complex Arson Investigations-CCAI/SLO

Oct 2012-Arson Murders- LA HIDTA, San Bernardino PD (CA)

Nov 2012-Arson Murders/Serial Arson-Boise, ID PD/FD

Nov 2012-Serial Arson Investigations- LA HIDTA, Montclair PD (CA)

Nov 2012-Arson Murders-Central Valley Arson Investigators (CVAI) Kingsburg, CA

Dec 2012-Profiling Serial Arsonists/Fire Deaths, 2-days- Marin/Sonoma Arson TF; Petaluma, CA

Jan 2013-Arson Murders- LAVA Cal State LA

Jan 2013-Arson Murders/Fire Death- CCAI Roundtable 9

Mar 2013-Fire Death Investigation/Arson Profiling, 80 Hours- South African Police Service (SAPS); Live Burns; Johannesburg, SA

Mar 2013-Serial Arsonists/Complex Arsons; MN IAAI, St. Cloud, MN

Apr 2013-Arson Motives/Serial Arson; SoCal Assoc of Fingerprint Officer; L.A.

May 2013-Serial Arson Investigations; NV IAAI

Aug 2013-Serial Arson Cases; FBI/BAU Violent Crime Analysis-UCLA

Aug 2013-Serial Arson/Complex Arson Investigations; Tenn IAAI

Aug 2013-Major Arson/Explosion Investigations, 24 Hours; Natl Forensic Academy. Beijing, Peoples Republic of China

Sep 2013-Arson/Murder Investigations; SoCal Fingerprint Officers; Anaheim, CA

Sep 2013-Arson/Murders/Serial Arson (2-days); NM IAAI, Ruidoso, NM

Jan 2014-Complex Arson Investigations; Sac-Sierra Arson Task Force

Jan 2014-Advanced Arson Investigations (3-days); Vancouver, CAN

Feb 2014-Arson Homicides; LAHIDTA/Cypress PD (CA)

Mar 2014-Complex Arson Investigations; Marin/Sonoma Arson TF-Petaluma, CA

21

Curriculum Vitae
Edward Nordskog

Apr 2014-Arson for Profit Schemes; Cal Anti-Fraud Conference, Monterey, CA

May 2014-Arson Motives; LADA Investigators

Jun 2014-Fire Death Investigations (2-days); Arizona IAAI

Jul 2014-Major Arson Investigations; LAPD Major Crimes Unit

Sep 2014-Complex Arson Investigations; ND IAAI, Jamestown, North Dakota

Oct 2014-Advanced Arson Investigations (3-days); Ottawa, CAN

Jan 2015-Complex/Serial Arson Investigations; LAVA Cal State LA

Feb 2015-Profiling Wildland Serial Arsonists; SWAIT NV IAAI, Reno

May 2015-Church Arson Investigations; Cal Assoc of Criminalists, L.A.

May 2015-Arson for Profit Investigations; Western States Auto Theft Invest (WSATI)

Aug 2015-Serial Arson/Serial Killer; FBI/BAU Violent Crime Seminar, UCLA

Dec 2015-Arson for Prosecutors; Cal Assoc of District Attorneys (CADA)

Jan 2016-Making a Serial Killer/Arsonist; Cal State LA

Feb 2016-Profiling Arson Murders; Major Arson Inv Conf- NV IAAI, Las Vegas

Apr 2016-Profiling Fire Death; IAAI ITC, Orlando, FL

Jun 2016-Profiling Serial Arson; ID IAAI

Aug 2016-Arson Homicides; LA HIDTA Training Group

Sep 2016-Major Case Arson/Serial Arson; SC IAAI; Columbia, SC

Sep 2016-Fire Death Profiling; OR IAAI; Bend, OR

Sep 2016-Arson Scene Profiling; CCAI/San Diego MAST

Oct 2016-Profiling Fire Death Scenes; Ventura Co FD; Ventura, CA

Oct 2016-Arson Insurance Fraud/Auto Theft; WSATI, San Diego, CA

Oct 2016-Arson Scene Profiling; Orange County Fire Authority (CA)

22

Curriculum Vitae
Edward Nordskog


Nov 2016-Arson Scene Profiling; Central Valley Arson Investigators TF; Tulare, CA

Jan 2017-Serial Arson Investigations/Profiling; KS IAAI; Topeka, KS

Feb 2017-Body Dumps and Suicides; SWAIT Wildland Arson Course; NV IAAI, Reno

Feb 2017-Fire Death Scene Investigation; UT IAAI; Wendover, UT

Mar 2017-Profiling the Arson Scene; CCAI SLO

Mar 2017-Serial/Complex Arson Investigation; MN IAAI, St. Cloud, MN

Apr 2017-Profiling Arson/Fire Death, 40 Hours; South African Police Svc (SAPS), SA

Jun 2017-Advanced Fire Death; Intl Crime Scene Investigators Assoc-Phoenix, AZ

Aug 2017-Serial Arson Profiling; FBI/BAU Violent Crime Seminar-UCLA

Oct 2017-Arson Homicides/Body Dumps; AZ Homicide Invest Assoc (AZHIA), Phoenix

Oct 2017-Fire Death Scene Profiling (2-days); SC/NC IAAI; Myrtle Beach, SC

Nov 2017-Arson Crime Scenes/Live Burns; CCAI SLO

Feb 2018-Serial Arson Pattern Analysis/Profiling; SWAIT NV IAAI, Reno

Mar 2018-Arson Crime Scene Investigation; CVAI; Kingsburg, CA

Apr 2018-Advanced Fire Death Course (3-days); VA IAAI, Waynesboro

Jul 2018-Advanced Fire Death Investigation- AZ IAAI; Prescott, AZ

Sep 2018-Fire Death Scenes: Cold Cases/Body Dumps; CCAI SLO

Jan 2019-Fire Death Scenes; AZ Fire Institute; Chandler, AZ

Jan 2019-Cold Case Arson Murders; LA Crime Lab

Feb 2019-Advanced Arson Investigation/Courtroom; KS IAAI Topeka, KS

Feb 2019-Incendiary Devices; SWAIT NV IAAI, Reno

Feb 2019-Arson Evidence/Incendiary Devices; CCAI SLO

23

Curriculum Vitae
Edward Nordskog

Mar 2019-Arson Motives/Analysis/Profiling; NJ IAAI; Atlantic City, NJ

Mar 2019-Arson Homicides; AZHIA; Chandler, AZ

Apr 2019-Fire Death Scenes; Cal Div Intl Assoc of Identification (IAI) San Francisco

Apr 2019-Advanced Fire Death; IAAI ITC; Jacksonville, FL

May 2019-Fire Death Scene Inv; Kansas State Fire Marshal (KSFM), Manhattan, KS

May 2019-Fire Death Scene Inv; CCAI/San Bernardino Arson TF

Jul 2019-Fire Death Scene Inv; Monterey Co Arson TF (CA)

Sep 2019-Incendiary Devices/Extremist Arsons; CCAI SLO

Oct 2019-Advanced Arson Investigations; Edmonton Fire/Police/RCMP, Alberta, CAN

Oct 2019-Arsonist Profiles-Langley Fire/Police/RCMP; BC CAN

Nov 2019-The John Orr Effect on Arson Cases; NY Office of Fire Prevention, Syracuse

Nov 2019-Arson Case Building; Cal Fire Training Officers Seminar, Fresno, CA

Dec 2019-Fire Death Investigation; LA IAAI, Baton Rouge, LA

Dec 2019- Serial Arson/Profiling; Cent. Texas Fire Investigators Assoc, Bexar Co, TX

Jan 2020-Fire Death Investigation; NC SFM/IAAI, Charlotte, NC FD/PD

Feb 2020-Incendiary/Explosive Devices; Santa Clara Co Arson TF, CA

Sep 2020-Arson Case Building: CCAI SLO

Nov 2020-Arson Investigations in the Wildlands; BLM, Reno, NV

Jan 2021-Wildland Arson Investigations; Tri-County Arson TF, Hollister, CA

Feb 2021-Wildland Arson Profiling; SWAIT/NV IAAI, Reno

May 2021-Arson Profiling/Serial Arson; Denver FD, CO

May 2021-Serial Arson/Juvy Arson; Shasta Arson TF, Redding, CA

May 2021-Wildland Arson; Central Valley Arson Investigators (CVAI), Kingsburg, CA

24

Curriculum Vitae
Edward Nordskog


Jun 2021-Case Linkage on Serial Cases; Canadian Society of Forensic Science, online

Mar 2022-Fire Death Investigation (2-days); NM IAAI, Albuquerque, NM

Mar 2022-Wildland Arson Investigations; SC IAAI, Columbia, SC

Feb 2022-Major Case Arson Inv; NC Arson Task Force, Charlotte, NC

Mar 2022-Fire Death Investigation; NJ IAAI, Atlantic City, NJ

Mar 2022-Serial Arson Case Linkage; SWAIT/ NV IAAI, Reno

May 2022-FI-310 Serial Wildland Arson Case Development, 40 Hours; BLM/USFS, Reno

May 2022-Advanced Fire Death Investigation; AZHIA, Chandler, AZ

May 2022-Fire Death Investigation (3-days); Edmonton Police/Fire/RCMP, CAN

May 2022-Behavior Analysis; NWCG Wildland Serial Arson Training Course, online

Jun 2022-Serial Arson Investigation; WI IAAI, Stevens Point, WI

Aug 2022-Serial Arson Investigations; IN IAAI, Avon, IN

Oct 2022-Serial Arson/Expert Witnesses; Natl District Attorneys; Chandler, AZ

Oct 2022-Advanced Fire Death (2-days); CO IAAI, Vail, CO

Nov 2022-Wildland Arson Profiling/Incendiary Devices; FIAA, Edmonton, CAN

Mar 2023-Arson Case Building; NC Conference of District Attorneys, Blowing Rock, NC

Mar 2023-Fire Death Investigation (2-days); KY IAAI, Louisville, KY

Apr 2023-Fire Death Investigation (2-days); MS IAAI, Biloxi, MS

May 2023-FI-310 Serial Wildland Arson Case Development, 40 Hours; BLM/USFS Santa Ynez, CA

May 2023-Fire Death for Coroners; WACME; Vancouver, WA

May 2023-Advanced Arson Invest (4-days); Can/West; FT Saskatchewan, AB, CAN

25

Curriculum Vitae
Edward Nordskog

May 2023-Arson Case Building (2-days); KS SFM; Hays, KS

May 2023-Fire Death Scene Processing, Online; Cold Case Foundation

Jun 2023-Forensics at Fire Death Scenes; PN IAI; Spokane, WA

Jul 2023-Cold Case Arson Murders; CCF/Bureau of Indian Affairs BIA; Rapid City, SD

Aug 2023-Cold Case Arson Murders; CCF/BIA; Eureka, CA

Sep 2023-Fire Death Investigation (3-days); LA SFM; Baton Rouge, LA

Jan 2024-Fraud Related Arson Investigation; CCAI/Chino Valley TF, CA

Feb 2024-Wildland Origin and Cause Courtroom; SWAIT/NV IAAI, Reno

Feb 2024-FI-310 Serial/Wildland Case Development (40 Hours); BLM/USFS, Santa Ynez, CA

Mar 2024-Arson Murders/Fire Death; KS SFM, Overland Park FD, KS

Apr 2024-Wildland Arson Investigation (3 days) BLM Natl Summit, Reno, NV

Jun 2024-Fraud/Serial Arson (2 days); Georgia Ins Commission Fire Safety Symposium

Aug 2024-Arson Homicides, Instruq Homicide School, Los Angeles

Aug 2024-Fraud Arsons, 8 hrs; Santa Clara Arson Task Force

Sep 2024-Arson Murders/Fire Death; (2 days) Ill IAAI; Peoria, IL

Oct 2024-Arson Murders/Fire Death; (2 days) VA IAAI; Norfolk, VA

Jan 2025-Fire Death Investigation; (2 days) IL Coroners/Med Examiners; Mt. Vernon, IL

Feb 2025- FI-310 Serial/Wildland Arson Case Development (40 Hours); BLM/USFS/NFA, Santa Ynez, CA

May 2025-Fire Death Investigation; (2.5 days) Tenn Advisory Comm on Arson (TACA)

Jul 2025-Serial Arson Analysis; 4 hours, AZ IAAI

Aug 2025-Serial Arson Investigation; 12 hours, Georgia Fire Invest. Assn

Sep 2025-Fire Death Investigation; (2 days) No Dak IAAI; Mandan, ND

Curriculum Vitae
Edward Nordskog


Oct 2025-Arson and Forensics; 4 hours, SoCal Assn of Fingerprint Officers

Oct 2025-Fire Death Investigation; (2 days) IL Coroners/Med Exams; Starved Rock, IL

2010-18–Basic Arson Investigation – Los Angeles County FD Lifeguard (annually)

2005-18- Lead Fire/Arson Training Officer within LASD Arson/Explosives Detail;
Provided regular arson/fire training to all new unit members; six regularly assigned
trainees during that period



**Related Field/Street Experience**:

**Search Warrants**: 1990-2019- I personally drafted and served more than 350 search
warrants re: Narcotics, Stolen Property/Vehicles, Weapons, Street Gangs, Fraud,
Murder, Arson, and Assaults.  I have further been an assisting investigator on an
additional 400 search warrants and raids.

**Tactical Operations:** 1990-2019- Lead or Assisting Investigator in over 250 Street
Operations to include Stings, Reverse Stings, Buy/Bust Operations, Clandestine drug
and weapons buys, Murder for Hire, Arson for Hire, Vice, other Criminal Conspiracies,
and Insurance Fraud Operations while acting in an Undercover role.

**SWAT Operations:** 2012-2019- SWAT Operator or Bomb Tech on SWAT calls including
Barricaded Suspects, Booby Trap locations, and High-Risk Search Warrants on 17
occasions.

**Surveillances:** 1990-2019- Lead or Assisting Investigator on over 2,000 surveillances
of persons, vehicles, locations, and marijuana fields; regarding all manner of criminal
activity.

# EXHIBIT 2

# Thomas D. Guzman

Cedar City, UT 84720 ● Mobile: 818-747-1769 ● tguzmanfed@gmail.com

A versatile consultant with an established record in wildland firefighting and investigation, performing both independently and on interagency teams, with a proven ability as a public speaker, presenter, and team-builder.

---

## PROFESSIONAL EXPERIENCE

**Wildfire Consultant,** 03/15/2023 – Present                                    2 yrs. 11 mos.
Independent Contractor, Property Guardian – Remote / Onsite
Provide research, analysis, opinions, and other consulting services on a variety of matters pertaining to wildland fires, particularly in the wildland-urban interface.
- Assessed properties totaling more than three billion dollars of insured value
- Provided services in CA, NM, FL, TX, AK, CO, WY, ID, MT, UT, AZ, WA, HI, AB, and BC
- Provided firefighting training to the Los Angeles County Justice Care and Opportunities Dept

**Fire Prevention Specialist,** 02/26/2023 – 12/31/2025                          2 yrs. 10 mos.
United States Forest Service – Dixie National Forest, UT
- Coordinated fire prevention education programs
- Investigated the origin and cause of wildland fires on National Forest System lands
- Provided instruction and training to district and regional firefighters

**Prevention Battalion Chief,** 04/10/2022 – 08/27/2022                          0 yrs. 4 mos.
United States Forest Service – Angeles National Forest, CA
- Managed the district fire prevention program, providing guidance in completing fire investigation reports and ensuring compliance with time and quality standards
- Served as Incident Commander Type 4, determining tactics, assigning resources, conducting risk analyses, and declaring containment, control, and extinguishment of fires
- Provided forest protection services, making enforcement contacts, investigating violations, issuing warning notices, and completing various reports

**Fire Prevention Captain,** 12/23/2018 – 02/25/2023                             3 yrs. 11 mos.
United States Forest Service – Angeles National Forest, CA
- Investigated the origin and cause of wildland fires involving the use of an approved methodology, witness interviews, written reports, evidence collection, fire pattern indicator interpretation, and cause determination
- Functioned as an initial attack firefighting module, providing structure protection, supervision, training, incident command, task force supervision, and basic and advanced firefighting tasks
- Served as chair for the CA Regional Fire Prevention, Mitigation, and Education Committee
- Provided fire prevention and mitigation services, including structure assessments, plan development, community groups engagement, fire cause data analysis, and fire detection

**Fire Patrol Captain,** 08/03/2008 – 12/22/2018                                10 yrs. 5 mos.
United States Forest Service – Angeles National Forest, CA
- Investigated the origin and cause of wildland fires, individually and on interagency teams
- Functioned as an initial attack resource, as Incident Commander Type 4, Crew Boss, Engine Boss, and Field Observer, gathering data for commanders, including weather observations
- Functioned as a fire patrol, confirming the extinguishment of fires and detecting new fires

- Provided training on firefighting and fire investigation to district, forest, and regional personnel
- Provided fire prevention services, including compliance inspections, public education programs, special events, fire cause data input and analysis, and issuing permits

**Fire Engine Operator,** 04/27/2008 – 08/02/2008        0 yrs. 3 mos.
United States Forest Service – Angeles National Forest, CA
- Assisted in fire station management and reviewed personnel work products
- Engine Boss: Supervised and trained fire engine crews and Engine Boss trainees
- Basic and advanced firefighting tasks, and fire engine operations

**Assistant Fire Engine Operator,** 07/13/2003 – 11/10/2007        4 yrs. 4 mos.
United States Forest Service – Angeles National Forest, CA
- Crew Boss: Supervised and trained 20-person crews in basic and advanced firefighting tasks; trained and evaluated Crew Boss trainees
- Basic and advanced firefighting tasks; fire engine operations
- Assigned to an Interagency Hotshot Crew: working in complex terrain, calling in aerial water drops, advanced firing and holding operations, and transported by helicopters (6/2004 – 9/2005)

**Firefighter,** 06/18/2000 – 07/13/2003        3 yrs. 1 mos.
United States Forest Service – Angeles National Forest, CA
- Basic and advanced firefighting tasks: Served as lookout, took weather readings, trained crew members, and performed quality control
- Fire engine operations: Hose-lays, pumping set-ups, and emergency driving

**Emergency Firefighter,** 05/15/1999 – 06/18/2000        1 yr. 1 mo.
United States Forest Service – Angeles National Forest, CA
- Fire Basic firefighting tasks: Use of hand tools to cut fire breaks, mop-up / digging out hotspots; initial/extended attack, patrolling fire-line, firing and holding operations

## FIRE INVESTIGATION HIGHLIGHTS

- **Qualified Wildland Fire Investigator** (2011 – 2025)
- Certified Forest Protection Officer (2011 – 2025)
- Qualified Security Specialist Level 2 (2012 – 2025)
- Qualified Prevention Technician (2014 – 2024)
- Appointed Voluntary Fire Warden, CA Department of Forestry and Fire Protection (2014 – 2022)
- **Deposed in a federal civil case following the 2017 Creek Fire investigation (2024)**
- **Recognized by U.S. Attorney's Office for investigation and deposition in the Powerhouse Fire (2016)**
- **Testified in federal district court following the Kare Fire criminal investigation (2012)**
- Investigator on the southwest region Wildland Fire Investigation Response Strike Team (2017 – 2022)
- Assigned as the lead origin and cause investigator on an interagency task force (2017)
- Evaluator of fire investigators, verifying competency for certification (2011-2022)
- Instructor of fire investigation at the regional Wildland Fire Apprenticeship Program for (2015, 2017)
- **Unit and Field instructor for NWCG FI-210 Wildland Fire Origin and Cause Determination** (2019, 2025)
- Provided district and forest-wide training in Fire Investigation FI-110 (multiple years)

## FIREFIGHTING ACCOMPLISHMENTS

- **Qualified Incident Commander Type 4** (2015 – 2024), Type 5 (2005 – 2024)
- Qualified Engine Boss (2007 – 2024), Crew Boss (2006 – 2024)
- Qualified Firefighter Type 1 (2003 – 2024), Type 2 (1999 – 2024)
- Qualified Engine Operator (2002 – 2023), Water Tender Operator (2002 – 2007)
- Evaluator of trainees in the positions above, verifying competency for certification (2006 – 2023)
- Majority of experience is in a High Complexity Unit with wildland-urban interface (in and around Los Angeles), extreme fire behavior (Santa Ana winds), and southwestern chaparral
- Additional firefighting experience in climates and vegetation types located in Oregon, Washington, Nevada, Idaho, Montana, Utah, Arizona, Colorado, Wyoming, Kentucky, and Georgia
- Trained district and forest personnel in extreme fire behavior and firefighter survival (multiple years)
- Received **Certificate of Valor Award – Los Angeles County Fire Department** (2023)
- Received **Emergency Responder of the Year** – Regional Forester's Honor Award (2021)

## PROFESSIONAL DEVELOPMENT SUMMARY

- Fire Investigation 1A, Los Angeles Fire Department Frank Hotchkin Memorial Training Center (2000)
- S-290 Intermediate Wildland Fire Behavior, Vandenberg Interagency Training Center (2003)
- S-390 Introduction to Wildland Fire Behavior Calculations, Vandenberg ITC (2006)
- **FI-210 Wildland Fire Origin and Cause Determination**, Danny Rhynes Training Center (2009)
- Forest Protection Officer Training, Danny Rhynes Training Center (2011)
- Forest Protection Officer Training Annual Recertification, (2012 – 2024)
- Serial Wildland Arson Investigation Conference, Reno, Nevada (2015)
- FI-210 Fire Investigator Refresher, Angeles Training Center (2015)
- **FI-310 Wildland Fire Investigation: Case Development**, Sierra Blanca Wildfire Academy (2019)

- Basic Wildland Firefighter, Los Angeles Valley College (1999)
- Fire Operations in the Urban Interface, Don Biedebach Regional Training Center (2000)
- Advanced Firefighter, Los Angeles Valley College (2001)
- Crew Boss, Single Resource, L.A. County Fire Department North County Training Ctr. (2003)
- Ignition Operations, Vandenberg Interagency Training Center (2004)
- Engine Boss, Single Resource, L.A. County Fire Department North County Training Ctr. (2004)
- Tactical Decision Making in Wildland Fire, Vandenberg Interagency Training Center (2006)
- M410 Facilitative Instructor, L.A. County Fire Department North County Training Ctr. (2009)
- L-380 Fireline Leadership, Danny Rhynes Training Center (2009)
- Advanced Incident Command System, Danny Rhynes Training Center (2014)
- S-234 Field Observer, L.A. County Fire Department Del Valle Regional Training Center (2017)
- Task Force Strike Team Leader, Angeles Training Center (2017)
- L-381 Incident Leadership, Angeles Training Center (2017)

## EDUCATION

**Associate of Science, Wildland Fire Technology Operations -** Los Angeles Valley College, 2002

**Associate in Risk Management (ARM) -** The Institutes Knowledge Group, 2026

# EXHIBIT 3

## Expert Disclosure of Fire Prevention Specialist Thomas D. Guzman

The defense intends to introduce the testimony of Fire Prevention Specialist Thomas D. Guzman as an expert witness in the Origins and Causes of fire investigations, including wildfire arson investigations. Further information regarding Mr. Guzman's training, experience and qualifications is set forth in his attached curriculum vitae ("C.V.")

This document is not a final report. This summary is based on material reviewed as of January 31, 2026. The findings, opinions, and conclusions expressed herein are subject to change or supplementation as additional material is discovered or reviewed in accordance with the standards of the National Fire Protection Association. These opinions are based on the following:

- Training and experience as a forest protection officer and wildland fire investigator
- Training and experience in wildland fire prevention, education, and mitigation
- Training and experience as a wildland firefighter
- Personal observations and weather readings taken on December 17, 2025, near the Temescal Ridge Trail
- Personal observations made on January 25, 2025, within the Palisades Fire area
- Palisades Fire Origin and Cause Report USAO_00032316 (herein, the August 9 Report)
- LAFD Follow Up Investigation USAO_00032781
- Criminal Complaint, dated October 2, 2025
- Firefighter radio transmissions on January 7-9, 2025
- National Fire Protection Association's *Guide for Fire and Explosive Investigations*, NFPA 921 2024 Edition (herein, NFPA 921)
- National Wildfire Coordinating Group's Guide to Wildland Fire Origin and Cause Determination 2025, PMS 412 (herein, NWCG)
- National Wildfire Coordinating Group S-290 Intermediate Wildland Fire Behavior
- NWCG Task Book for the position of wildland fire investigator
- News Report, November 13, 2025, ABC7 - "Wildfire investigators say signs were there indicating Lachman Fire burn scar needed to be watched"
- University of Utah, MesoWest weather data from December 16 and 17
- USDA Report: Burning by Prescription in Chaparral, May 1981

### Statement of Opinions

**Opinion 1: The hypothesized specific origin area (SOA) for the Palisades Fire identified in USAO_00032501 (Figure 100) is not supported by sufficient empirical data to elevate the hypothesis above a mere possibility.**
- Basis and Reasons: 1) Witness statements and photograph/video images taking near the time of fire discovery do not identify the location of the SOA within the general origin; fire pattern indicators are generally used to identify the location of the SOA, but none are presented for review in the August 9 Report. 2) The fire pattern indicators shown in Figures 84 and 91 in the August 9 Report contradict the hypothesized SOA. 3) On December 17, 2025, I visited the general origin and SOA of the Palisades Fire, as described in the August 9 Report. I observed fire effects in the area and identified fire pattern indicators and fire pattern

indicator vectors that suggested the actual fire origin was located further east. 4) The investigator's process of identifying the general origin deviated from the recommended methodology, appearing to result in an overrun of the hypothesized SOA. In my experience and training, this occurrence greatly increases the likelihood that the SOA will be misidentified within the general origin.

- Data Considered: Personal observations made on December 17, 2025; training and experience as a wildland fire investigator; NFPA 921; NWCG; the August 9 Report

**Opinion 2: The prolonged underground burning identified by investigators and referenced in USAO_00032511 (414) is consistent with fire cause hypotheses that may involve smoldering, such as campfires, recreational, ceremonial, incendiary, smoking, fireworks, and lightning.**

- Basis and Reasons: 1) NFPA 921 and NWCG indicate that campfires can cause wildfires due to underground root systems, which may burn or smolder underground for prolonged periods of time. 2) Based on my training and experience, the fire causes listed above will often smolder for long periods of time before transitioning to an open flame, which can provide the opportunity for the fire to spread underground undetected.
- Data Considered: Training and experience as a forest protection officer and wildland fire investigator; training and experience in wildland fire prevention, education, and mitigation; NFPA 921; NWCG; the August 9 Report.

**Opinion 3: The long-duration burning described in USAO_00032502-32515 (401, 402, 404-408, 414, 426, and 428) was a common occurrence during the January 7, 2025, Palisades Fire.**

- Basis and Reasons: 1) The August 9 Report indicates the fire burned unabated for nine days from January 7 to January 16; based on my training and experience, a fire burning in wildland fuels during severe fire weather in late fall or winter in Southern California will normally smolder for many days if allowed, burning into the ground slowly after the surface fuels have been consumed. 2) I observed a news report that showed smoldering vegetation occurring hours after the Lachman Fire had been suppressed, which, based on my training, experience, and observation, is the same fuel type present in the Palisades Fire, and is consistent with the conditions required to produce underground burning. 3) One week after the Palisades Fire was discovered, investigators discovered a smoldering fire near the Temescal Ridge Trail, demonstrating the occurrence of long-duration burning in an area other than the long-duration burning discovered in the SOA.
- Data Considered: ABC7 news report from November 13, 2025; training and experience as a wildland fire investigator; training and experience as a wildland firefighter; personal observations made on January 5, 2025, and December 17, 2025; August 9 Report.

**Opinion 4: The rapid growth of the January 1, 2025, Lachman Fire, as described in USAO_00032457 (287), was consistent with a smoldering fire that ignited in the minutes, hours, or days before the discovery of the fire.**

- Basis and Reasons: 1) The rapid development of the Lachman Fire captured by UCSD cameras, coupled with Rinderknecht's statements, can be explained by a fire behavior principle described in NFPA 921 5.7.4.1.7.3. The transition from smoldering to flaming combustion may be slow, but once the first flame appears, the fire's growth can be faster than if the initial ignition came from an open-flame device. 2) In my experience as a wildland firefighter, I have observed many wildland vegetation ignitions from firing devices, including butane lighters, flares, and drip torches, and unintended ignitions from flaming firebrands and flaming rolling debris. I have also observed many smoldering fires transition to flaming combustion during firefighting operations. In most cases, the fire behavior following a smoldering fire's transition to

flaming combustion is much more intense due to the preheating of vegetation during the smoldering process. 3) Another principle of fire science that results in rapid fire growth is called "concurrent flame spread", described in NFPA 921 5.8.1.2. Concurrent flame spread is a principle I have taught many times in the course, S-290 Intermediate Wildland Fire Behavior. Additionally, S-290 lists Chaparral (the vegetation present at the Lachman and Palisades sites) as a "volatile" fuel type.

- Data Considered: S-290 Intermediate Wildland Fire Behavior; NFPA 921; training and experience as a wildland fire investigator; training and experience as a wildland firefighter; the August 9 Report.

**Opinion 5: With a probable degree of certainty, the relative humidity (RH) near the Lachman Fire origin at or immediately before the time of discovery was less than 23%.**

- Basis and Reasons: On December 17, 2025, I visited the Hidden Buddha Feature to take weather readings to compare with the three weather sites referenced in the August 9 Report, as described in the NWCG methodology, and discovered the weather data from the Malibu Hills site most closely matched the data from the Lachman site. Inductive reasoning suggests the Lachman site weather conditions near the time of the fire discovery were best represented by the Malibu Hills site. On December 17, 2025, the Malibu Hills site recorded RHs of 39% and 25%, and the Lachman site recorded 34% and 28% (5 percentage points lower, and 3 percentage points higher, respectively). The RH at the Malibu Hills site, 16 minutes before the discovery of the Lachman Fire, was 19%. Subtracting and adding the percentage points to replicate the differences observed on December 17 provides a range of 14% to 22% RH at the Lachman site near the time of discovery. Similar reasoning suggests a temperature of 63°F. On December 17, 2025, the Pacific Palisades experienced an offshore wind event comparable to the one on January 1, 2025.
- Data Considered: MesoWest weather data; training and experience as a wildland fire investigator; training and experience as a wildland firefighter; training and experience in wildland fire prevention, education, and mitigation; the August 9 Report.

**Opinion 6: The relative humidity near the Lachman Fire origin at or immediately before the time of discovery supported fire ignition from smoking, campfires, recreational, ceremonial, incendiary, fireworks, and lightning.**

- Basis and Reasons: 1) Based on Opinion 5, the RH near the Lachman Fire origin was likely between 14% to 22%. In my training and experience, an RH below 25% supports a wide range of potential fire causes, given the sensitivity of wildland fuels and fire behavior to changes in RH below 30%. When the RH falls below 30% during a prescribed fire, ignition increases dramatically. When RH drops to 25% during firefighting operations, this is a common threshold at which firebrand ignitions become problematic. A relative humidity below 20% further increases the risk of fire ignition. The effect of relative humidity below 30% on fire ignition is well established and documented by the USDA as early as 1981, in the technical report "Burning by Prescription in Chaparral."
- Data Considered: MesoWest weather data; NWCG IRPG; training and experience as a wildland fire investigator; training and experience as a wildland firefighter; training and experience in wildland fire prevention, education, and mitigation; the August 9 Report.

**Opinion 7: The inability to locate the ignition area of the Lachman Fire prevented proper testing of fire cause hypotheses, such as lightning, smoking, fireworks, campfires, recreation, and ceremonies.**

- Basis and Reasons: Locating the ignition area is a primary goal of wildland fire investigations, because critical data is often found at the site. Without this data, hypothesis testing may be severely limited. Whether from a misidentified SOA, or an ignition area that could not be identified for other reasons, investigative

efforts cannot be focused on where they are most needed, disrupting the gathering of data critical to the scientific process.

- Data Considered: Training and experience as a forest protection officer and wildland fire investigator; NFPA 921; NWCG; the August 9 Report.

**Opinion 8: The unsecured Lachman Fire origin, combined with the unrestricted entry by the public, and disturbance of the site by fire suppression activities, impeded adequate testing of fire cause hypotheses.**

- Basis and Reasons: NFPA 921 17.3.1 – "Every attempt should be made to protect and preserve the fire scene, because evidence could be easily destroyed or lost in an improperly preserved fire scene." Evidence that is lost or destroyed is data that cannot be used to test the validity of proposed fire causes. The August 9 Report describes the disturbance of the fire scene, and the challenges faced when attempting to search for evidence.
- Data Considered: Training and experience as a forest protection officer and wildland fire investigator; NFPA 921; NWCG; the August 9 Report.

**Opinion 9: Rinderknecht's behavior in the early hours of January 1, 2025, was not suspicious and was consistent with a resident or other stakeholder.**

- Basis and Reasons: In the moments after Rinderknecht discovered the Lachman Fire, he called "911" multiple times from near the scene. There is nothing to suggest he was just standing around watching the fire. After being unable to connect with "911", he went down the hill to his vehicle and drove until he located firefighters. This behavior is common by reporting parties when they need to obtain better phone service and they attempt to verify the fire department response out of a sense of urgency. Rinderknecht offered to help the firefighters, which is not unusual, particularly during the early chaotic stages of a fire when bystanders feel compelled to act.
- Data Considered: Criminal Complaint, dated October 2, 2025; the August 9 Report; training and experience as a forest protection officer and wildland fire investigator; training and experience as a wildland firefighter.

**Opinion 10: From an investigative standpoint, there is substantial evidence to obligate the inclusion of fireworks as a possible cause of the Lachman Fire in the August 9 Report.**

- Basis and Reasons: 1) Holiday celebrations were ongoing, and fireworks were being used in the greater area. 2) The area near the Temescal Ridge Trail sees frequent visitor use. 3) Multiple witnesses describe hearing fireworks in the Lachman Fire area. 4) A fire was discovered shortly after fireworks were heard. 5) Many fireworks are designed to produce sound rather than visual effects, both ground and aerial. Aerial fireworks can drop hot debris along their flight path. 6) The hypothesized origin area was disturbed. 7) The fire captain who responded to the Lachman Fire on January 1, 2025 concluded the fire was caused by fireworks.
- Data Considered: The August 9 Report; training and experience as a forest protection officer and wildland fire investigator; training and experience as a wildland fire investigator; NFPA 921; NWCG.

**Opinion 11: The cause of the January 1, 2025, Lachman Fire should be Undetermined.**

- Basis and Reasons: 1) Fireworks are a possible cause of the Lachman Fire (Opinion 10).
  2) The testing of fire cause hypotheses including smoking, campfires, recreational, ceremonial, incendiary, fireworks, and lightning, was not vigorous (Opinions 4 and 6). 3) Testing of fire cause hypotheses was hindered by a damaged origin site or an inability to locate it (Opinions 7 and 8) 4) There is no physical evidence suggesting incendiary, and there is no pattern of unsolved ignitions in the area. 5) The most likely cause of the fire is fireworks, however, a lack of physical evidence prevents this cause category from being

elevated to the level of "probable", considering the possibility of other causes such as smoking. 6) In the event that no cause hypothesis rises to the level of "probable", and with multiple "possible" fire causes, the cause of the Lachman Fire should be designated "undetermined".

- Data Considered: The August 9 Report; training and experience as a forest protection officer and wildland fire investigator; training and experience as a wildland fire investigator; training and experience in wildland fire prevention, education, and mitigation; my personal observations; NFPA 921; NWCG.

**Opinion 12: After performing a technical review of the August 9 Report and associated investigative activities, the Palisades general origin was accessible and safe to enter within 48 hours of the Palisades Fires discovery.**

- Basis and Reasons: I have extensive experience with fire residency in Chaparral, the access problems faced during wildland urban interface fires, and the dangers posed by Santa Ana wind-driven fires. I have been responsible for evaluating burned areas as a possible safe area for my crew and me, and I have evaluated many fire scenes for safety during severe conditions.
- Data Considered: Firefighter radio transmissions on January 7-9 2025; training and experience as a wildland fire investigator; training and experience as a wildland firefighter; LAFD Follow Up Investigation USAO_00032781; my personal observations; the August 9 Report.

**Opinion 13: After performing a technical review of the August 9 Report and associated investigative activities, Lightning, Smoking, Fireworks, and Recreation and Ceremonies, were improperly excluded as possible causes of the Palisades Fire.**

- Basis and Reasons: Lightning was not even addressed in the Cause Determination section of the August 9 Report. Inaccurate data analysis was used as the basis for excluding these fire causes (Opinions 2 and 3).
- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; NFPA 921; NWCG; the August 9 Report.

**Opinion 14: After performing a technical review of the August 9 Report and associated investigative activities, Lightning, Smoking, Fireworks, and Recreation and Ceremonies, were improperly excluded as possible causes of the Lachman Fire.**

- Basis and Reasons: A search for evidence of lightning strikes was not performed. Inaccurate data analysis was used as the basis for excluding these fire causes (Opinions 4, 5 and 6).
- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; NFPA 921; NWCG; the August 9 Report.

**Opinion 15: After performing a technical review of the August 9 Report and associated investigative activities, a range of deviations from the methodology identified in NFPA 921 Chapter 4 and the NWCG Guide to Wildland Fire Origin and Cause Determination demonstrates an inconsistent application of the scientific method, which undermines the reliability of investigative conclusions.**

- Basis and Reasons: The following are examples of deviations that are either substantive on their own or critical when considering their role in the formulation of conclusions. They can be found at nearly every step of the investigative process, suggesting they are neither isolated nor incidental. The methodology described in Chapter 4 of NFPA 921 was used to organize this sampling of discrepancies.

4.3.1 Recognize the Need – I have not seen any evidence to suggest that investigators saw a need to conduct a systematic investigation of the Lachman Fire using a science-based methodology, until nine full days had passed after the fire's discovery.

4.3.2 Define the Problem – As a result of failing to recognize the need, the Lachman Fire was not protected from the public for more than six days after discovery. Investigators did not begin an examination of the scene until two weeks after discovery. The NWCG guide describes the importance of scene protection in this way: "The protective measures described in the guide should result in the preservation of evidence to ensure effective and fair administrative, civil, or criminal proceedings".

4.3.3 Collect Data – I have not seen any evidence to suggest that investigators obtained onsite weather data from either the Lachman or Palisades Fires. Lightning data was not documented in the days and weeks preceding the discovery of the Lachman Fire, which is a standard practice because lightning caused fires can holdover for many weeks.

4.3.4 Analyze the Data – The weather data obtained from the three RAWS sites was insufficiently analyzed. The data from the FRL burner tests and the fire behavior of the Lachman Fire were improperly analyzed due to a misapplication of fire science. Investigators did not hypothesize an estimated time of ignition, which becomes critical in hypothesis development and testing.

4.3.5 Develop Hypotheses – No attempt was made to develop the hypothesis that the Lachman Fire was caused by a recreational fire (campfire) or ceremonial fire (burning incense).

4.3.6 Test the Hypotheses – Investigators' premise that prolonged underground burning does not support any of the hypotheses that would involve human interaction is a false premise, but was used to cognitively test and exclude several possible fire causes.

4.3.7 Select Final Hypothesis – The final hypothesis is built on the flawed process described above, and cannot be justified based on the totality of the circumstances. Investigators did not indicate their level of certainty in their final hypothesis, which is a standard inclusion.

4.3.8, 4.3.9, 4.3.9 Presumption and Bias – There are many examples where the data was analyzed in a way that showed presumption or bias, such as the description of Rinderknecht's offer to help firefighters as suspicious, or the quick exclusion of potential fire causes of the Palisades Fire, or when on January 14, 2025, an investigator entered the fire area before the general origin area of the Palisades Fire had been identified, in order to document long duration smoldering. In analyzing the weather data, investigators relied on the closest weather site, although the methodology explicitly cautions against this and recommends that onsite weather data be collected to determine the most reliable source of weather readings. The oversight of this rudimentary investigative technique led to the exclusion of a smoldering fire and cigarettes as a possible cause, which became a critical basis for the final cause determination.

In addition to serving as a fire investigator, I have taught specific investigative techniques, processes, and overall investigative methodology in the FI-210 fire investigation class. In this role, I have evaluated students to ensure compliance with the scientific method and systematic methodology. Beyond my role as an instructor, I have served as a trainer, evaluating investigator trainees' performance during actual fire investigations to ensure

compliance with investigative standards, signing off on specific elements, and providing a written evaluation and, where appropriate, recommendations for certification.

- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; NFPA 921; NWCG; the August 9 Report; NWCG Task Book for the position of wildland fire investigator; LAFD Follow Up Investigation USAO_00032781; Criminal Complaint, dated October 2, 2025.

**Opinion 16: With a four-person fire engine crew, a perimeter check of a fire with the characteristics of the Lachman Fire would typically take 30 to 60 minutes to complete.**
- Basis and Reasons: I have performed perimeter checks and grid searches alone, and when supervising fire engine crews, 20-person hand crews, and squads of firefighters in a variety of fuel types and terrain, and I have been responsible for assessing the scene and accurately determining the length of time required to complete these tasks. Inadequate completion of these tasks could result in an escaped fire.
- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; the August 9 Report.

**Opinion 17: With a four-person fire engine crew, a standard grid search for hotspots on a fire with the characteristics of the Lachman Fire would take between several hours and a full day.**
- Basis and Reasons: I have performed perimeter checks and grid searches alone, and when supervising fire engine crews, 20-person hand crews, and squads of firefighters in a variety of fuel types and terrain, and I have been responsible for assessing the scene and accurately determining the length of time required to complete these tasks. Inadequate completion of these tasks could result in an escaped fire.
- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; the August 9 Report.

**Opinion 18: A fire with the characteristics of the Lachman Fire would typically be grid searched for four or more days following containment, with regular perimeter checks continuing for several days after the last grid search; red flag fire forecasts would increase fire detection measures.**
- Basis and Reasons: I have trained engine bosses (fire engine supervisors), crew bosses (20-person hand crew supervisors), and incident commander Type 4 and 5s, in the extinguishment measures required in the Chaparral fuel type in Los Angeles County. Grid searches and perimeter checks of this duration are required because the possibility of a rekindle is well known and easily prevented through basic firefighting techniques.
- Data Considered: Training and experience as a wildland fire investigator; training and experience as a wildland firefighter; my personal observations; the August 9 Report.

**Qualifications:** Mr. Guzman's qualifications are further set forth in more detail in the attached C.V.

**Publications:** The Attached C.V. sets forth Mr. Guzman's publications.

**Prior Testimony:** The attached C.V. sets forth Mr. Guzman's prior testimony in either civil or criminal matters in both State and Federal Court.

Thomas D. Guzman, ARM
Wildfire Consultant, Fire Prevention Specialist

Date: 2/9/2026

# EXHIBIT 4

## SUPPLEMENTAL OPINION AND TESTIMONY OF ED NORDSKOG

I will offer Opinion and Testimony that based on my training and experience, fire officials' decision to leave and abandon a still smoldering Lachman burn scar was grossly negligent and allowed the entirely preventable Palisades Fire to occur.

A fire with the characteristics of the Lachman Fire would typically be monitored for four or more days following containment, with regular perimeter checks continuing for several days after the last grid search; Extreme or unusual impending weather conditions such as red flag fire forecasts, extreme winds, etc would increase fire detection and mitigation measures.  Numerous protocols should have been followed, including, but not limited to thermal imaging, cold trailing grid searches, perimeter checks, and the use of dozers or hand crews to "turn over" the hot spots within the burn scar. These protocols and others are required because the possibility of a rekindle is well known and easily prevented through basic firefighting/prevention techniques.

Basis and Reasons: LAFD and firefighting protocol and based on my training and experience (See Curriculum Vitae).

**SPECIFIC ISSUES TO BE ADDRESSED DURING TESTIMONY:**

**FAILURE TO ESTABLISH ANY MONITORING BETWEEN JANUARY 2 AND JANUARY 7**

- Between January 2 and January 7, 2025—a span of five full days—the LAFD established no fire patrol, posted no fire watch, and stationed no personnel at or near the Lachman Fire burn area. This is despite the following known facts:

- Firefighters had reported on January 2 that the ground was still smoldering and rocks were hot;

- A civilian reported smoke at the burn area on January 3;

- Federal investigators later confirmed that smoke was coming from the ground at the site between January 1 and January 7;

- Video recorded by a hiker on January 2 at the Skull Rock Trailhead showed smoke rising from the dirt, with the hiker stating on camera: "It's still smoldering";

- Hikers continued to access the burn area throughout the period, and the site was never closed to the public.

Any reasonable fire department, knowing that its personnel had reported persistent hot spots and that civilians were reporting smoke days later, would have established ongoing monitoring and mitigation of the fireground. The LAFD did nothing.

In the days leading up to January 7, 2025, the National Weather Service issued increasingly dire warnings about imminent catastrophic fire weather in the Los Angeles area, including the Pacific Palisades. On the morning of January 6, the NWS Los Angeles office posted publicly: "HEADS UP!!! A LIFE-THREATENING, DESTRUCTIVE" windstorm was coming. Wind gusts were forecast to reach 80 miles per hour. It had not rained significantly in months.

Under standard LAFD protocol, this level of fire weather threat triggers pre-deployment of engines and personnel to high-risk areas. The Pacific Palisades—a hillside community in the wildland-urban interface with a known, recent smoldering burn scar from the Lachman Fire—was among the highest-risk locations in the entire city.

The government's case against Jonathan Rinderknecht depends on establishing that the Palisades Fire was the natural and probable consequence of the Lachman Fire. **The evidence set forth above demonstrates that it was not.** The Palisades Fire was the consequence of the LAFD's extraordinary and documented negligence during the six-day period between the two fires. Between January 1 and January 7, 2025, the LAFD:

• Ordered firefighters to abandon a still-smoldering burn area over their objections;

• Refused to deploy thermal imaging technology designed specifically to prevent rekindle fires;

• Failed to establish any monitoring, patrol, or fire watch at the burn area;

• Ignored a civilian smoke report and provided misleading public statements about its response;

• Failed to pre-deploy a single engine or firefighter to the Palisades despite the most extreme fire weather warnings in years; and

• Systematically concealed these failures from the public and investigators.

Any one of these failures, if corrected, would have either extinguished the remaining combustion or positioned the LAFD to suppress the reignition before it could spread. The LAFD had six days, multiple warnings, and every tool at its disposal. It failed at every turn. The Palisades Fire was not inevitable. It was preventable. And the entity that failed to prevent it was the Los Angeles Fire Department.

Information relied upon for this Opinion and Testimony:
- August 9th, 2025 Origin and Cause Report
- Review of discovery
- Training and Experience (See Curriculum Vita)

_____
Ed Nordskog

_____
Date

# EXHIBIT 5

So that's -- were my only major observations of smokers and ash pits would have been in that immediate area. Yeah.

Q. Okay. And you were concerned to see smokers in that area, in that number; right?

A. Correct.

Q. Okay. So in light of your concerns seeing that many smokers in that area on January 2 at 8:45 in the morning, what did you do?

A. So to go back to where we -- we were the first companies up there picking up hose. So at that moment, I looked around there were no other firefighters. Nobody. I was the only one.

And I knew I was good, because I had my radio if I needed to communicate. But I feel I have enough experience to know what needs to be done.

So I remember one ash pit, and that's the only one I would say vividly remember because I could feel the heat coming off of it. And I didn't even want to use my gloved hand because it was hot.

So I just kicked it with my boot to kind of expose it, and there was, like, red hot, like, coals what I believed to be the base of a bush or branches that was still smoldering. And I even heard crackling.

So what I did, just to get started, is the way

SCOTT PIKE - LAFD
JANUARY 30, 2026                    CONFIDENTIAL                    JOB NO. 2346200

A.    Correct.

Q.    Yeah.  All right.  So how long did you spend with that -- interacting with those couple of firefighters that you first showed the smokers to?

A.    It was very brief because I didn't get any buy-in on it.  So then I just kind of went back to, like, all right, I guess I'll keep picking up hose.

And then to get to where we're going because I'm sure you want to list -- there was a captain that ended up coming up.  And I didn't know who he was with either.

I just said, "Hey, Cap, that area over there, I -- I've seen some -- an ash pit and some smokers. Hey, maybe -- maybe we should do a little more overhaul. And we should just be charging these things instead of whatever."

And he paused.  I remember him just kind of looking around, like, not at the actual smoker.  Just listening to what I'm saying.

And I don't remember who he was.  I don't know him.  But he mentioned, I believe it was from Engine 69. And he said, "Yeah, you know what, if that's the case maybe we should get some -- at least get some hand tools up here."

And he mentioned having a backpack on the

So probably around 8:00 a.m. the captain held a brief lineup and said, "We've been tasked with being placed CAV, and we're going to go pick up hose." So there -- there was a captain on duty that day who was instructing us.

Q.   Do you remember the name of the captain?

A.   I think it's -- is it Scott Sander, with no S?

Q.   Yes.

A.   I think he's retired by now.  That's -- I've worked around him before.

Q.   Yeah.  That's who's listed on --

A.   Yeah.  It was him.

Q.   Duty rosters for Fire Station 23.

A.   Uh-huh.

Q.   Okay.  Okay.

How long did the 8:00 a.m. briefing last?

A.   Less than ten minutes.

Q.   Okay.  So you -- you understand you're going to be -- is it CAV is the acronym?

A.   Yeah.  Conditionally available.

Q.   Okay.  And then you're going to be having a hose pick up party?

A.   Correct.

Q.   Okay.  Any other details you remember during the ten-minute briefing that -- that referenced the size

Just conditions, actions and needs. Just what would I need to do as a worker to -- to help complete mop up or get rid of these ash pits.

Q. So we're now at 8:45 in the morning on January the 2nd. And can -- would it be accurate to say that when you saw smokers, there were approximately five of them?

A. Yeah. But I'm talking just in my, like, immediate area. And I -- and the reason why I know there was -- I would say a handful but I know you probably want a number, so that's why I'll say --

Q. Or range.

A. Five. Yeah. I only -- in the way it chronologically went down is that's all I needed to see for me to know that if I were, say, in charge or I wanted to put my name on this, I would have investigated the whole burn scar area.

But I'm just going off of my initial actions where I went and found the end of the line. And it may make more sense when I continue to tell you what my findings were.

The way we work in the fire department is that's a decent burn scar. So it's not my job to handle the whole burn scar. I was just at the end of the line where I was going to picking up hose.

So that's -- were my only major observations of smokers and ash pits would have been in that immediate area.  Yeah.

Q.   Okay.  And you were concerned to see smokers in that area, in that number; right?

A.   Correct.

Q.   Okay.  So in light of your concerns seeing that many smokers in that area on January 2 at 8:45 in the morning, what did you do?

A.   So to go back to where we -- we were the first companies up there picking up hose.  So at that moment, I looked around there were no other firefighters.  Nobody.  I was the only one.

And I knew I was good, because I had my radio if I needed to communicate.  But I feel I have enough experience to know what needs to be done.

So I remember one ash pit, and that's the only one I would say vividly remember because I could feel the heat coming off of it.  And I didn't even want to use my gloved hand because it was hot.

So I just kicked it with my boot to kind of expose it, and there was, like, red hot, like, coals what I believed to be the base of a bush or branches that was still smoldering.  And I even heard crackling.

So what I did, just to get started, is the way

A.    Correct.

Q.    Yeah.  All right.  So how long did you spend with that -- interacting with those couple of firefighters that you first showed the smokers to?

A.    It was very brief because I didn't get any buy-in on it.  So then I just kind of went back to, like, all right, I guess I'll keep picking up hose.

And then to get to where we're going because I'm sure you want to list -- there was a captain that ended up coming up.  And I didn't know who he was with either.

I just said, "Hey, Cap, that area over there, I -- I've seen some -- an ash pit and some smokers. Hey, maybe -- maybe we should do a little more overhaul. And we should just be charging these things instead of whatever."

And he paused.  I remember him just kind of looking around, like, not at the actual smoker.  Just listening to what I'm saying.

And I don't remember who he was.  I don't know him.  But he mentioned, I believe it was from Engine 69. And he said, "Yeah, you know what, if that's the case maybe we should get some -- at least get some hand tools up here."

And he mentioned having a backpack on the

MICHAEL MCINDOE - LAFD
JANUARY 21, 2026                    CONFIDENTIAL-AEO                    JOB NO. 2353639

A    Right.  So I briefly told the EIT that I thought it wasn't a good idea to pick up the hose this day.

Q    And what was your reasoning behind that, if you will, statement?  Opinion?

A    In my opinion, just based on the weather, I had wed -- read the National Weather Service.

Q    Bulletin?

A    It wasn't a bulletin.  I read their text product.

Q    Oh.

A    And it's just, like, they just kind of write it all out.

Q    Right.

A    What the weather is going to be doing.

Q    And you talk about temperature, humidity, wind speed, direction, and --

A    Yes.  Yes.

Q    -- there's some other thing.  Ambient temperature?  Something like that.

A    Yeah.  Generally, it -- I mean, it gets in -- like, a little bit more into the weeds as far as like high pressure moving over the four corners.

Q    Right.

A    And, you know, northeast winds, and blah,

MICHAEL MCINDOE - LAFD
JANUARY 21, 2026

CONFIDENTIAL-AEO

JOB NO. 2353639

blah, blah; so it kind of had all that stuff. And mostly, I think what I keyed in on was just the weather that day was a little bit warmer.

Q     Okay.

A     So I thought it would have been beneficial to leave the hose on the hill, so I told the EIT that I didn't think it was a good idea.

Q     Okay. In other -- and when you say "beneficial," you mean more prudent; right?

MR. DAVIS-DENNY: Objection. Vague.

But go ahead.

BY MR. MCNULTY:

Q     Okay. Then, I can -- we'll make Grant a little bit happier.

How would you define the word that you used -- beneficial?

A     It would assist us -- if there was a smoke or -- or smoldering, something up there, it might assist us with having the hose in place.

Q     'Cause you wouldn't have to go get another engine, unroll the hose, hitch it all up to the engine. You'd have it ready, willing, and able to perform its function which is to spray water; right?

A     Well, not necessarily.

So we could have -- we could still accomplish,

MICHAEL MCINDOE - LAFD
JANUARY 21, 2026          CONFIDENTIAL-AEO          JOB NO. 2353639

THE WITNESS:  I haven't seen that.

BY MR. MCNULTY:

Q    You haven't seen that at all?

A    Not that I'm aware of.

Q    Okay.  So let's go back in time.

You get the information from the EIT you are going to be assigned to the Lachman Fire site.  You after -- you had familiarized yourself before with the weather report and the information that you told us about.  You told him you didn't think it was a good idea that the hoses should be rolled today, January 2nd; right?

A    Correct.

Q    Okay.  And then what happens next?  Do you have more dialogue with him?

A    He said talk to the battalion chief.

Q    Okay.  And who was the battalion chief that day?

A    Chief Mario Garcia.

Q    Okay.  And did you talk to Chief Garcia?

A    Yes, sir.

Q    And was that on the phone or in person?

A    On the phone.

Q    Okay.  And what did you tell Chief Garcia?

A    Something along the lines of I didn't think it

MICHAEL MCINDOE - LAFD
JANUARY 21, 2026          CONFIDENTIAL-AEO          JOB NO. 2353639

was a good idea to pick up the hose today.

Q    Did you tell him anything about -- that you had read about the weather?  Anything else like that?

A    I can't remember exactly what I -- I think I definitely referenced the weather.

Q    Right.

A    But I don't remember exactly what I said as far as that goes.

Q    What was the gist of what you were trying to communicate to Chief Garcia?

A    The gist was that I didn't think it was a good idea to pick up the hose that day.

Q    And leave them out there?

A    Just to leave it out there, yeah.

Q    Okay.

A    For just in case.

Q    Did he have any response to that?

A    He said something along the lines of, okay. Let me go check it out, and then I'll get back to you.

Q    Okay.  So do you know what he was going to do to check it out?

A    No.  I assumed, but I didn't know exactly what he was going to do to check it out.

Q    What was the assumption that you made?

A    That he was going to go check out the burn

SERGEANT CHRISTY ARAUJO - VOL. 1
DECEMBER 11, 2025

JOB NO. 2238861
JOB NO. 2238861

**Page 30**

Q   Did you see any firefighters doing what you believed to be mop-up by the time you got there?

A   No, I did not.

Q   Were all the firefighters off the hill at that time?

MR. DAVIS-DENNY:  Objection.  Foundation.

MR. LAKE:  Calls for speculation.

Go ahead.

BY MR. ROBERTSON:

Q   Did you see any firefighters up on the hill at the time you arrived about 8:15 in the morning?

A   No, I didn't.

Q   Were there any fire engines still parked down on the streets?

MR. DAVIS-DENNY:  Objection.  Foundation.

THE WITNESS:  Am I supposed to answer?

MR. LAKE:  Yes, you can answer.

BY MR. ROBERTSON:

Q   Let me ask, did you see any fire vehicles still parked on the streets?

A   I don't remember.

Q   I'm sorry?

A   I don't remember.

Q   Okay.  But you did see some hoses still around?

**Page 31**

A   Yes, I did.

Q   Okay.  From the incident command post at Station 23, could you see the fire?

A   No.

Q   So this would have been your first time to put eyes on the fire or the location of the fire, correct?

A   For this incident, yes.

Q   And then once you got there, what did you do?

A   I parked my vehicle, got out, walked up the hill, took a couple of photos and left.

Q   And what was the purpose of you taking the photos?

MR. LAKE:  Object.  Asked and answered. But go ahead.

THE WITNESS:  To attach to my report.

BY MR. ROBERTSON:

Q   Was there any criteria that you used to pick where you're going to take a photo to attach to your report?

A   No.

Q   Just trying to get sort of an overall perspective of the fire, is that it?

A   Yes.

Q   Okay.  In other words, you're not looking to

**Page 32**

document any specific condition in those photos?

A   Correct.

Q   Do you recall where you walked up to take the photos, where you were on the burn scar?

A   I know it was behind a residence, and there was a section that was paved.  And the hill was burned and wet, so I didn't go very far.  I just got -- I think I went to the top of the first hill where I had a better vantage point and took a photo.

Q   And you just took one photo, correct?

A   No, I took a few.

Q   Okay.  Were those all attached to your report?

A   I attached two to my report.

Q   Okay.  How many total photographs do you recall taking?

A   Three or four.  I just picked the best two for the report.

Q   Do you still have the other photos?

A   Yes.

Q   Where would those be located?

A   In my work cell phone.

Q   Have you provided those to your attorney?

A   Yes, I have.

MR. ROBERTSON:  Ken, can we get an agreement

**Page 33**

to produce those?

MR. LAKE:  Yeah.  Just to be clear, they weren't responsive to the particular requests, but irrespective, we will produce them.  If you can send me an email at some point just to remind me, that would be great.

MR. ROBERTSON:  Sure.

BY MR. ROBERTSON:

Q   When you hiked up the hill to take the photos, did you see smoke still coming up from the ground?  Any smoldering, any evidence that the fire may still be smoldering?

A   Yes.  Wildfires tend to smolder for long periods of time.

Q   And that's based on your experience at other fires?

A   Correct.

Q   Tell us a little bit about that.  What is your experience with prior wildfires?

A   Working in the Santa Monica Mountains for the last 24 years.  The Spring Fire, the Woolsey Fire. I responded to over a dozen fires.

Q   And during those responses, you had the opportunity to observe those fires continue to smolder for some time?

SERGEANT CHRISTY ARAUJO - VOL. 1
DECEMBER 11, 2025

Page 34

A   Correct.

Q   Up to how long? Based on what you observed, how long did you observe those fires continue to smolder?

A   Days.

Q   Okay.

A   Three, four.

Q   So on this particular fire, the Lachman Fire, when you drove up to see the area and to take photographs, you saw some smoldering. Describe for us the best you can what that smoldering looked like to you.

A   I don't recall any large trees or brush on the hillside, so it would have been very close to the ground. Mostly I remember the hoses.

Q   You remember the what?

A   Mostly I remember the hoses.

Q   But you did see smoke coming up from the ground? Is that how you determined it was still smoldering?

A   I would say, yeah, smoldering.

Q   Do you think there was visible --

A   No flame.

Q   Right. But visible smoke, correct?

A   Yes.

Page 35

Q   Okay. And there was no firefighters around when you saw this visible smoke, correct?

A   Correct.

MR. LAKE: Well, just overbroad as to -- it's just vague as to the term "around." It calls for speculation.

Go ahead.

MR. DAVIS-DENNY: Objection. Foundation.

BY MR. ROBERTSON:

Q   So when you hiked up the hill, you saw this evidence of smoldering and took some photographs, there were no firefighters within your view at that time, correct?

A   Correct.

Q   Okay. How long did you stay up on the hill where the fire occurred?

A   Ten minutes or less.

Q   Okay. Took a couple photos, and then hiked back down to your truck?

A   Yes.

Q   Okay. What did you do then?

A   I went to Malibu sector and worked the rest of my shift.

Q   Okay. When did you write your report?

A   The report is time and date stamped, but I

Page 36

believe it was the same day.

Q   Okay. But you didn't write it while you were on scene? You did it sometime later after you left?

A   Correct.

Q   Okay. Is that standard practice for you?

A   Yes. We don't have any access to the system for report writing from our vehicles.

Q   Okay. Where did you have to go to write that report?

A   My office.

Q   Which is located where?

A   It was at Malibu Creek State Park.

Q   Let me turn your attention to the avoidance map marked as Exhibit 002.

Prior to the Lachman Fire, had you seen this map?

A   It doesn't look familiar.

Q   Okay. Do you have any -- and let me say that the version the map you may have seen may not have had all these black boxes on it. These are what we call redactions --

A   Okay.

Q   -- that the state made on the copy we received from them. So that may be a difference from the version of the map that you recall being in

Page 37

your binder.

Let me ask you, do you -- do you remember seeing any black boxes like this on this avoidance map?

MR. LAKE: Objection as to time.

BY MR. ROBERTSON:

Q   At any time prior to today.

A   Not that I remember.

Q   Do you have any understanding --

A   Oh, excuse me. Except yesterday.

Q   Okay. When you met with your attorney?

A   Yes.

Q   Okay. And for the purposes of my questioning, I don't want you to tell me about any conversations that you had with your attorney, okay?

A   Okay.

Q   So please just assume that in all of your answers. All right?

A   Yes.

Q   Okay. Do you have any understanding of the meaning of any of the red circles, the shaded areas on this avoidance map?

A   Only based on the key in the bottom left corner.

Q   And based on the key, what is your