# EXHIBIT C

1

**EXHIBIT A**

**Methodology Appendix**

*Applied Framework for Behavioral Analysis and Opinion Formation*
The methodology reflects accepted forensic practice and is consistent with the analytical
framework used in behavioral assessments of deliberate firesetting and █████████████
████████████ using the Structured Professional Judgment (SPJ) model.

**A1. Purpose of the Methodology Appendix**
This appendix describes the structured, evidence-based methodology used to form the
professional opinions in this matter. The procedures outlined below reflect established forensic
practice, rely on peer-reviewed scientific literature, and conform to the reliability requirements of
Federal Rule of Evidence 702 and the principles articulated in Daubert v. Merrell Dow
Pharmaceuticals (1993), General Electric v. Joiner (1997), and Kumho Tire v. Carmichael
(1999).

**A2. Overview of Methodological Approach**
The expert employed a Structured Professional Judgment (SPJ) model integrating:

1. Comprehensive data collection
2. Cross-domain behavioral analysis
3. Motivational assessment (expressive and instrumental)
4. Application of peer-reviewed behavioral science
5. Transparent, reproducible reasoning

This approach is widely accepted in forensic psychology, threat assessment, and behavioral
analysis (Borum, 2014[1]; Bowden et al., 2024[2]; Meloy, 2017).

**A3. Purpose of the Review**
The expert was retained:

"to review the government's theory of the offense to provide an opinion about the relevant
offense behavior and the probable motivation for the fire."

Additionally, the expert was asked:

"to review the interviews and discuss the behaviors described █████████████
████████████████████."

**A4. Materials Reviewed**

---

[1] Borum, R. (2015). Assessing risk for terrorism involvement. *Journal of Threat Assessment and Management*, *2*(2),
63. http://dx.doi.org/10.1037/tam0000043    **Note:** Only references not used in original analysis cited here.
[2] Bowden, J., Logan, C., Robinson, L., Carey, J., McDonald, J., McDonald, R., ... & Leonard, S. (2024). Clinicians'
use of the structured professional judgement approach for adult secure psychiatric service admission assessments: a
systematic review. PloS one, 19(9), https://doi.org/10.1371/journal.pone.0308598.

USA_00000810

2

The expert relied exclusively on:

- ATF ROI 137 (Interview of **Victim 1**)
- ATF ROI 379 (Interview of **Victim 2**)
- ATF ROI 380 (Interview of **Victim 3**
- ATF, LAFD, and LAPD investigative materials
- Cell-phone data, surveillance footage, and timeline analysis
- Defendant's digital communications, including AI prompts
- Witness accounts describing interpersonal behavior, emotional instability, and prior incidents
- Digital electronic evidence corroborating witness statements

This multi-source review is consistent with best practices in forensic assessment, emphasizing corroboration and contextual analysis (Ackley, 2017[3]; APA, 2013[4]; Douglas et al., 2013[5]; Meloy & Hoffman, 2021[6]).

## A5. Analytical Framework – Structured Professional Judgment

### SPJ Steps Applied in This Case

1. Identify relevant behavioral domains (███████████ retaliatory aggression, firesetting)
2. Extract empirically supported indicators (emotional dysregulation, grievance-driven cognition, entitlement, dominance-seeking)
3. Evaluate consistency across time and contexts (cross-domain behavioral coherence)
4. Assess motivational mechanisms (expressive vs. instrumental aggression; grievance-based retaliation)
5. Apply relevant scientific literature and frameworks
6. Integrate findings into a structured, reproducible opinion

### A5.1.1 Structured Review of Intimate Partner Witness Interviews
The expert examined the behavioral patterns described by ████████████ ████████████████████████████████ These accounts were evaluated for pattern consistency, cross-domain relevance, and alignment with known behavioral constructs.

### A5.1.2 Structured Review of Investigative Reports

---

[3] Ackley, C. (2017). Criminal investigative analysis: A move toward a scientific, multidisciplinary model. In *Handbook of Behavioral Criminology. In Vincent B. Van Hasselt and Michael L. Bourke (Eds.)* (pp. 215–236). Springer.
[4] American Psychological Association. (2013). Specialty guidelines for forensic psychology. American Psychologist, 68(1), 7–19. https://doi.org/10.1037/a0029889
[5] Douglas, K. S., Hart, S. D., Webster, C. D., & Belfrage, H. (2013). HCR-20V3: Assessing risk for violence – User guide. Mental Health, Law, and Policy Institute.
[6] Meloy, J. R., & Hoffmann, J. (Eds.). (2021). International handbook of threat assessment (2nd ed.). Oxford University Press.

3

The expert examined the behavioral patterns described within investigative reports describing arson pre- and post-offense behavior:

**A5.2 Extract Empirically Supported Indicators**

**A5.2.1** ███████████████████ **Retaliatory Aggression**



**A5.2.2 Retaliatory Aggression, Firesetting**

- Antecedent stressors
  - Relationships
  - Lifestyle and finances
  - Social issues
  - Frustration, anger, and power
- Behavioral indicators
- Post-offense behavior

**A5.3 Cross-Domain Behavioral Consistency Analysis**

A central component of the methodology involved determining whether the defendant's behaviors across different contexts reflected:

- Shared emotional drivers
- Stable personality-based traits
- Recurrent interpersonal strategies
- Consistent motivational patterns

Cross-domain consistency analysis is a standard forensic method for identifying underlying psychological mechanisms (Meloy, 2006; Andrews & Bonta, 2016).

**A5.4 Motivational Assessment: Expressive and Instrumental Dynamics**

The expert distinguished between:

- Expressive motivations (emotion-driven, retaliatory, grievance-based)
- Instrumental motivations (goal-directed, controlling, dominance-seeking)

USA_00000812

4

Current aggression research recognizes that these categories often co-occur and reinforce one another (Bushman & Anderson, 2001[7]). This dual-pathway model was applied to:

- ████████████████
- ████████████
- retaliatory aggression
- firesetting behavior

The defendant's conduct was evaluated for emotional triggers, strategic intent, and grievance-based themes consistent with the literature (Gannon & Pina, 2010; Stark, 2007).

### A5.5(a) Use of Peer-Reviewed Scientific Literature
The following bodies of research informed the analysis:

**A5.5.1** ████████████████████



### A5.5.2 Aggression Theory and Motivational Models

- Andrews & Bonta (2016)[8]
- Bushman & Anderson (2001)

### A5.5.3 Firesetting and Arson Motivation

- Canter & Fritzon (1998)

---

[7] Bushman, B. J., & Anderson, C. A. (2001). Is it time to pull the plug on hostile versus instrumental aggression dichotomy?. *Psychological review, 108*(1), 273. http://dx.doi.org/10.1037//0033-295X
[8] Bonta, J., & Andrews, D. A. (2024). The psychology of criminal conduct. Routledge.

USA_00000813

5

- Doley (2003)
- Douglas et al. (2013)
- Gannon & Pina (2012)
- Gannon et al. (2012)
- Icove & Estepp (1987)
- Inciardi (1970)
- Lewis & Yarnell (1951)
- Rider (1980)
- Sapp et al. (1995)
- Sapp et al. (1994)
- Tyler & Gannon (2017)

### A5.5.4 Threat Assessment and Behavioral Analysis

- Borum (2014)
- Douglas et al. (2013)
- Meloy (2006, 2017)

These sources are peer-reviewed, widely cited, and accepted within the relevant scientific communities.

### A5.5(b) Application of ███████████████ Framework
The expert used the ██████ framework described in the text:



### A5.5.6. Application of Arson-Motivation Typologies
The expert applied the FBI Arson Motivational Typology, as justified in the text:

"I will use the FBI model for this analysis because it is a rationally developed construct… easily understood and provides a common framework."

The expert also incorporated:

### A5.5.6.1 Instrumental vs. Expressive Motivation Analysis
The expert defined:

- Instrumental motives: goal-directed, rational, planned
- Expressive motives: emotional, impulsive, symbolic, grievance-driven

USA_00000814

6

The expert evaluated the Lachman Fire using these distinctions.

### A5.5.6.2 Antecedent–Offense–Post-Offense Behavioral Analysis

The expert examined:

- Antecedent stressors
- Offense characteristics
- Post-offense behavior

This included:

"increasing frustration and anger," "veiled warnings about 'doing something bad,'" "agitated, ranting" behavior on Dec. 31, 2024, and "lingering, watching, or returning to observe the fire."

### A6 Structured Reproducible Opinion

Expert opinion reports were submitted on 1-3-2026 and 3-23-2026.

### A7. Reliability and Daubert Factors

The methodology satisfies the four Daubert reliability criteria:

### A7.1. Testability

SPJ-based behavioral analysis follows a transparent, stepwise process that can be independently reviewed and replicated.

### A7.2. Peer Review and Publication

All theoretical frameworks applied here are grounded in peer-reviewed literature.

### A7.3. Known or Potential Error Rate

SPJ frameworks have documented reliability metrics and error-rate analyses in the domains under A8.4.

### A7.4. General Acceptance

#### A7.4.1 Violence Risk Assessment (VRA)

SPJ originated and is most extensively used in violence risk assessment. It structures the evaluation of future violence risk in settings such as parole decisions, release from forensic hospitals, civil commitment, and workplace-violence concerns.

#### A7.4.2 Criminal Justice & Forensic Mental Health

SPJ is widely applied in criminal justice contexts, including offender evaluation, correctional decision-making, and forensic mental health assessments. It blends structured tools with practitioner expertise to evaluate behavioral history, situational factors, and risk management needs.

USA_00000815

7

### A7.4.3 Threat Assessment (TA)

Threat assessment teams—especially in government, corporate security, and protective intelligence—use SPJ to evaluate targeted violence risk, stalking, domestic violence threats, and grievance-driven behavior. SPJ provides a structured, evidence-based framework for identifying risk factors and planning interventions.

### A7.4.4 Insider-Threat and Personnel Security Programs

Counter-Insider Threat (C-InT) programs increasingly rely on SPJ to assess risks related to workplace violence, sabotage, or insider misuse. SPJ tools help analysts evaluate behavioral indicators, contextual factors, and risk-management strategies.

### A7.4.5 General Risk & Threat Management Across Professions

SPJ is used in a range of professional settings—criminal justice, mental health, security, and organizational risk management—to structure decisions about individuals who may pose risks to others or to institutions. The expert submitted an article for publication, currently in peer review, advocating the SPJ model in fire investigations[9]

## A8. Limitations and Professional Standards

Consistent with forensic-science best practices:

- No single data point was relied upon in isolation.
- All conclusions were based on converging evidence.
- Behavioral inferences were limited to empirically supported constructs.
- No conclusions were made unless supported by data and methodology.

These limitations reflect standard professional safeguards to ensure reliability and objectivity.

## A9. Summary Statement

The methodology applied in this case is:

- Empirically grounded
- Peer-reviewed
- Transparent and reproducible
- Consistent with Rule 702
- Consistent with Daubert (1993), Joiner (1997), and Kumho Tire (1999)
- Widely accepted in forensic behavioral science

---

[9] Kelm, K. L. (2026). *Structured professional judgment in fire investigation*. Arson & Bombing Behavioral Analysis, LLC. [Manuscript submitted for publication].

USA_00000816