# EXHIBIT E

## Expert Disclosure Regarding Certified Fire Investigator Ed Nordskog

The defense intends to introduce the testimony of Master Certified Fire Investigator Ed Nordskog as an expert witness in the Origins and Causes of fire investigations, including wildfire arson investigations and arson profiling. Further information regarding Mr. Nordskog's training, experience and qualifications is set forth in his attached curriculum vitae ("C.V.")

**Statement of Anticipated Opinions: See attached**

**Bases and Reasons: See attached**

**Qualifications:** Mr. Nordskog's qualifications are further set forth in more detail in the attached C.V.

**Publications:** The Attached C.V. sets forth Mr. Nordskog's publications.

**Prior Testimony:** The attached C.V. sets forth Mr. Nordskog's prior testimony in either civil or criminal matters in both State and Federal Court.

Ed Nordskog  2-6-26

Ed Nordskog
Certified Fire Investigator
February 6, 2026

## Ed Nordskog-Anticipated Testimony re: Lachman Fire

Ed Nordskog is one of the most decorated arson investigators in the world, with four major international awards, all for his work on arson/serial arson cases. He is a Case Analyst, Profiler, and Courtroom Expert who continues working in the field on a weekly basis and is focused on Cold Case Arson Murders. He is also an internationally known instructor and author in several unique fields within arson investigation.

The Lachman Fire is a 8-10 acre wildland fire that started just after midnight on 1-01-25 in the wildlands above Pacific Palisades. The fire was declared "knocked down" by LAFD by the afternoon of 1-01-25. However, investigators later determined that the fire smoldered for days and then re-kindled on 1-7-25, resulting in the catastrophic Palisades Fire.

## Testimony:

1. Wildland fire investigation is perhaps the most difficult and complex fire scene investigation of all. **Determining the Origin** of the fire requires, among other things, highly trained and certified experts with specific training in regard to reading and interpretating wildland fire movement **Indicators.** The only recognized course in the world that teaches investigators how to accurately locate and interpret wildland fire indicators is called the **FI-210 course created by the NWCG**. After taking this course, wildland experts are still not fully certified in this unique skill until they have completed extensive follow-on work on multiple wildfire scenes while working with a mentor.

2. Based on the ATF's report and scene photos, it appears unlikely that more 3-4 investigators at that scene were certified wildland fire experts with extensive training and experience. This is an inadequate number of experts for such a large, complex scene.

3. The Lachman/Palisades investigation encompassed a very large area, with two separate fires burning in two different directions a week apart. In my estimate, at least 15, and perhaps 30 or more highly experienced and certified Wildland Origin and Cause experts were required to process a scene of this magnitude.

4. Based on the fact that these fires were the single-most destructive fire event in Southern California's history, it was necessary to spend the funds or utilize "mutual aid" agreements to bring in an adequate amount of seasoned, certified wildland investigators from nearby state and Federal agencies, to include USFS, BLM, USFWS, NPS, and Cal FIRE. The reports in this case show only a couple ATF certified investigators, and a couple USFS (presumed to be certified) investigators were assigned to handle this massive, complex scene. That is insufficient in this case. Clearly, all available resources were not used in this case.

5. The Lachman/Palisades origin investigation was incredibly complex because of the following destructive events which occurred before a single qualified investigator visited the scene;

1

A. The first fire that burned on Jan 1st

B. FD suppression efforts by hose line, air drops of water/retardant, and at least three hand crews brought in for the first fire

C. No qualified fire investigators visited the scene before the second fire to examine fire pattern indicators on the remaining vegetation.

D. Hose lines left in the area for 2-3 days that washed significant materials downslope

E. The entire burn scar left unguarded for 5 days

F. Dozens if not hundreds of citizens visited the scene on foot or bicycle in the following days

G. Hurricane force winds hit the burn scar on Jan 7th

H. A second, massive fire was re-kindled by the winds, burning over the same Lachman Fire area, from a different direction

I. An intense amount of fire suppression efforts occurred again in the same area as the first fire, this time with the use of air drops, ground crews, and heavy equipment in the form of dozers.

J. After this second fire, another entire week went by with this fire scene again unguarded, before any qualified investigators arrived.

All of this turned the north portion of the Lachman burn scar into a "moonscape" with few reliable fire pattern indicators remaining. Added to this is that the reliability of any of the few remaining indicators is questionable in that the ATF acknowledges the scene was burned over twice by different fires.

Because of all of these circumstances beyond the control of the investigators, it would be nearly impossible to come up with an accurate origin for this fire based on the fire pattern indicators.

## Origin Analysis

### Lower Origin

In reviewing the scene photos and the work of the investigators for Lachman, it is clear that they focused on two points of interest. The first, I've designated here as the "lower origin", was an area low on Hidden Buddha hill, in a clump of vegetation/trees next to a curved, concrete culvert. ATF refers to this as "3" on their Figure 44, on page 100 of their O and C report.

This area is the closest burn scar area to the homes in the neighborhood and is half way up a steep slope leading to Hidden Buddha. It is also the area where the very first responding Fire Captain and his crew classified as the "seat" (origin) of the fire when they arrived.

2

In para 211 of the ATF's O and C report (pp 103) they describe this "3" as "advancing fire pattern indicators…were identified as originating" from this spot. In Figure 44 they show multiple clear red advancing arrows originating from that tree "3", up the steep slope, then as it neared the crest, turning right (southeast) in the direction the wind was taking it.

The investigators spent significant time at this "lower origin" and laid out a grid, used magnets/metal detectors, took hundreds of photos, measured, and collected nearby evidence, including a badly weathered cigarette lighter.

## Fire Dynamics

Wildfire is driven chiefly by two main factors, **slope and weather.** Most wildfires move and spread with these two factors as the main influences. Fire burns much faster uphill than it does on flat terrain or going downhill. In many cases, fire will burn uphill, into an opposite wind. That appears to be what occurred in this case. The "3" location is the furthest downhill. A fire originating there would quickly burn upslope, (north and east) and remain hidden from distant viewers by the terrain. Then, when it gets high enough up the hill, the slope lessens and the wind becomes the main influence, and in this case likely turned the fire to the south and west.

Based on the ATF's own documented fire pattern indicators, eyewitness accounts by first responding firefighters, fire dynamics on slope/wind driven fires, it is my opinion that the Lachman fire appears to originate at "3" and only becomes visible to eyewitnesses and distant cameras as it approaches the crest of Hidden Buddha hill and begins to run southwest. This gives anyone viewing from a distance a false location of where flames are first observed.

## Upper Origin

Despite credible eyewitness accounts, their own fire pattern indicators, wildfire dynamics and their statement that the movement patterns originated in a tree at "3", the investigators in their O and C report, on page 109, discount all this information and abruptly select an area approximately 150 feet to the east of "3" as their origin or "ignition area". (I have designated this as the Upper Origin)

They based this on statements from Defendant JR and on a reliance of a triangulation of distant cameras. They found no physical evidence in this area to support that theory.

Despite selecting this as their "ignition area", the investigators did not appear to lay out a grid, take measurements, or document the detailed line search and use of magnets/metal detectors that they did in the "lower origin" and at the nearby origin for the Palisades Fire. In is inexplicable how they arrived at this location for their ignition area and eliminated the "lower origin".

3

It should be noted that due to the severity of both fires, there are very few reliable items that remain in this "moonscape" area to obtain accurate data from.

## Vague area of Origin

I disagree with the finding of the upper origin as the ignition area, when there is more data to support the ignition area being at the lower origin.

I believe that the ATF has in fact defined accurately the General Origin Area. It basically is pictured in Figure 44 on page 100 between boxes "3" and "4". That area appears to be approximately 150 feet by 150 feet in size.

Based on the compromised scene conditions prior to the arrival of Federal investigators, I believe that it is impossible to narrow down the origin of the Lachman Fire any smaller than this. That is simply too large and too vague of an area, with too much damage for accurate determination.

## Fire Cause:

All modern fire investigation training manuals and classes are focused on conducting science-based inquiries into unknown fire events to determine their **Cause.** The Scientific Method is simple and clear. Collect all available data (information) on an event, analyze it, develop hypotheses or theories on what reasonably could have caused the fire, and then attempt to eliminate each hypothesis. If, at the end of this process, more than one hypothesis cannot be reasonably eliminated, then all modern investigators are mandated to classify the event as Undetermined, until further reliable data is learned.

The ATF investigators reasonably and systematically collected the available data and began eliminating potential causes. However, at the end of the day, they were left with two to three reasonable causes they could not eliminate.

**Cause 1- Deliberate ignition by a human.** Almost all wildland arsons are in fact caused by humans in various ways, with the exception only of lightning and volcanic activity (natural causes). Lachman is a human caused fire. Since equipment use and power lines were eliminated in this case, that leaves only the act of applying a heat/flame to the dry vegetation as a cause that cannot be eliminated. The investigators were not able to eliminate this possibility. I concur with them.

**Cause 2- Fireworks Ignition.** Within their report, the investigators state they eliminated fireworks based in part on the words of a potential suspect, and discounted interviews of neighbors and firefighters who "heard" fireworks but did not actually "see" fireworks just prior to the fire.

It is common knowledge that the two busiest days of the year for fires in Southern California are on 4th of July, and New Years Eve, due entirely to fireworks. Most fire agencies bring in

4

additional personnel on these two holidays. The busiest time period for these fireworks and resulting fires on NYE is in fact the hour around midnight.

There were credible reports of "fireworks" in the area of the fire from a dozen or more citizens, a security guard, as well as on-duty firefighters in the minutes preceding the Lachman Fire. The ATF relied on Defendant JR's statement that he didn't see or hear fireworks on the hill as credible information. This is not a reliable statement in that based on his other statements, JR was likely wearing ear buds, or something similar while listening to music on the hill. Additionally, ATF's own photos show vegetation from 6-10 feet high along the hiking trails and near the top of the hill, that at night would make it difficult to see anyone more than 20 feet away.

The time frame for the fire coincides exactly with midnight fireworks, and the "lower origin" is well within the launching/flight area for many types of fireworks, with the street and houses just 100 feet or so away.

While the investigators did not locate any debris associated with fireworks within the General Origin Area, this was to be expected. Fireworks debris is mainly light plastics, paper, and empty cardboard tubes. In this scenario, this fragile debris would easily be consumed by one or both fires, disbursed by aerial water drops, crushed by dozens of firefighters, swept out of the area by water from fire suppression, or blown miles away into the ocean by the hurricane force winds of January 7th. It is entirely reasonable to expect this evidence to never be located/recovered. **This alone makes it impossible to rule out fireworks in this case.**

At no time did investigators give the hypothesis of fireworks as an ignition source a serious examination. They did not appear to search nearby residents' yards, trash bins, backyards, etc for evidence of fireworks use or launching. (Fireworks leave significant evidence of their use from burn/scorch marks on concrete, and large amounts of plastic, paper and cardboard containers).

In the area between the upper and lower origins and near the crest of Hidden Buddha hill, there were at least a half dozen to a dozen glass bottles (similar to beer/soda bottles), many of which were intact. One of these items is exactly within the lower origin "3" in the photos.

These items are well known to be used to launch aerial fireworks such as Bottle Rockets, Mortars, Roman Candles, etc, or as a ground base for smaller items like sparklers, etc. The investigators noted the presence of these items, but did not collect any, nor did they send any to a lab for analysis of the remnants of energetic powders that would remain after launching. This was a major oversight.

Based on all the above information the investigators did not come close to eliminating fireworks as a "cause" for this fire, when in fact it is the **single most likely cause** for this event.

5

**Cause 3- Smoking** - There is evidence to believe that the Defendant was smoking cigarettes around the time of the Lachman Fire. While the ATF did significant tests to eliminate the act of smoking as a cause for this fire, they did all their testing on "ground fuels", basically debris lying on the ground. This is somewhat flawed testing in that most seasoned wildland investigators recognize that it is much easier to ignite wildland fires by cigarettes in "suspended fuels" (grasses, brush off the ground, arranged in a vertical fashion, where the smoldering cigarette gets suspended in the vegetation off the ground, with better air flow) than in ground litter. While cigarettes in this case remain a "possible cause", a more accurate test should have included numerous attempts to ignite suspended fuels.

## Undetermined Cause

Based on all the above, by all the training and guidelines of the fire/arson investigation field, two to three potential reasonable causes cannot be eliminated, arson, fireworks, and possibly smoking materials. Therefore, investigators are mandated to classify the cause of the Lachman Fire as **Undetermined.**

## No Evidence to support a Finding of Arson

The findings of the investigators were that this event was classified as "Arson". There is **not one shred of physical evidence that supports this finding**. While it is probable that this event was caused by "human activity", there is no evidence to apply intent or motive to this event.

In this case there exists the possibility that the fire was caused by **arson,** but there also exists the possibilities that the fire was caused by **either an accidental act or even a negligent act.** There is not sufficient data in this case to determine who started the fire, or why it was started, or even how to classify it. Again, this should be labeled an **Undetermined event.**

The LAFD certainly did not believe that Lachman was an arson fire as they did not even dispatch an arson investigator to the scene as would be their protocol. This major failure by the LAFD is the main reason why this entire case should be classified as Undetermined.

The Defendant in this case, JR, was certainly near the fire when it originated, but there is no information as to how "near" he was. His phone data places him possibly within 200 feet of the origin, but again the origin is poorly defined. The reports do not list how many other persons (via their cell phones) were also in the area of the Lachman Fire that night.

## Behavior Analysis

I am a long-time practitioner of Behavior Analysis (Profiling) as it applies to Arson, Arsonists, and Serial Arsonists. I've studied this seriously since about 2005, testified multiple times on related subjects in courtrooms, and have written about it in all 7 of my books on arson and arsonists, and continue to practice a form of it on a weekly basis while involved in hundreds of arson and Cold Case reviews.

6

In 2020 I received a formal Certificate from John Jay College (NY) in the niche specialty of **Investigative Psychology,** which is an updated, modern form of Behavioral Analysis. This specialty is what I have been practicing since about 2007. It typically examines **Crime Scene Behavior** in order to assist in identifying and classifying a suspect.

In 2019, I was asked by members of the National Wildfire Coordination Group to apply my skills as a writer, criminal investigator and behavior analyist, to modernize, update and re-write the Behavior Analysis portion of their highest-level Wildland Fire investigation course, the **FI-310 Serial Arson Case Development** program. That was completed in 2022, and I am now the chief presenter of this information at the FI-310 training classes for senior wildfire investigators.

One of the main changes made in the program was to rid the course of old, archaic profiling methods which sought to "get into the minds of the offender". This is recognized as Hollywood garbage by serious investigators.

Done correctly by experienced investigators, Behavior Analysis is a useful tool to help identify potential suspect, exclude suspects, connect a series of crimes, and assist with interviewing a suspect. Done incorrectly, as it has been many times, this analysis can be worse than a circus side show stunt with disastrous consequences.

Past problems within the field included investigators finding a potential "suspect" on a case and then attempting to find reasons for that person to be labeled an "arsonist", in lieu of actual forensic evidence. This includes taking normal traits of a person and vilifying them as something an arsonist might do, such as standing around a fire and taking photos. In the ancient past this was considered suspicious and something an arsonist would do for gratification. However, modern analysis has found that this is something that the majority of the population would do as well. So, it is generic, almost useless information without context.

In this case, ATF agents cited several items related to JR as being consistent with an arsonist. Calling 911 and reporting a fire is a trait that has been associated with several serial arsonists; however it is also something done by innocent people every single day. With more context, JR stayed at the scene and called 911 multiple times in minutes and made no attempt to hide his identity, distance himself from the incident or deceive authorities. This is not something that is typical for persons who intentionally lit the fire. The fact that he expressed a desire to assist responding firefighters is "interesting" but again is also something done by citizens on nearly every fire.

JR has no known history of the more unique traits associated with other "firesetters". He has no criminal history, no institutional history, no serious mental or emotional health history, no history of theft, no known interest in firefighting, no known desire to be a "hero", no online presence related to these issues, no known association to any extremist groups, arson, bombing, or serious anti-government or anti-society groups. He has no association with fireworks.

7

He is a smoker of cigarettes who carries a lighter with him, like all smokers. The fact that he filmed a fire he was near is fairly normal behavior. The fact that he had dystopian images on his cell phone from several months prior, seems like fairly normal young male behavior.

Many of the emotional issues cited in the ATF reports are from events that happened more than a year prior to Lachman, or in the months after he was confronted and accused by Federal agents. These are fairly typical things found in most single men in their 20's-30's these days.

Perhaps the most absurd entry in the ATF reports is an investigator, obviously relying on antiquated interrogation techniques commenting on JR's carotid artery pulsing as he's being questioned by Federal agents. That is a reaction that seems pretty normal for anyone who has never committed a crime, when confronted by the Feds…it's a reaction to an intimidating situation. I would likely have the same reaction. To comment on that in an arrest report is amateurish and shows how little real evidence of arson exists within this case.

A "profiler" was never consulted in this case until months after JR's arrest. The profiler simply offered generic behavioral information, written in an academic fashion. The information re JR is consistent with tens of thousands of young men in the modern world with normal stressors, emotional issues, relationship issues, medication use, and involved in non-stable "gig work". None of it indicates he is an arsonist.

### *Bonhomme Richard* Case

In 2020, the *Bonhomme Richard (BR)*, a Navy ship, burned in dry dock in San Diego, causing complete destruction of the warship. A Navy sailor, spotted near the fire in the ship was subsequently arrested and charged with arson. Some of the same investigators on the Lachman Fire were involved in the *BR* case with **ATF SA Matt Beals** being the Lead Investigator (or Co-Lead) for both cases.

Both cases had the exact same issues. In the *BR* trial, SA Beals conceded that there was no direct physical evidence linking the sailor to the fire, other than a lighter that was found later in his locker. Beals testified that the investigation spanned 8 months, and he couldn't conclude what the ignition source was, nor what the exact first item of fuel ignited was. Beals testified that he "reached his conclusion of a fire deliberately set by (the sailor) because of statements to investigators".

This is shockingly similar to the Lachman case where SA Beals is clearly leading the push to arrest/convict Defendant JR. In both cases, a large, catastrophic fire took place with each Defendant "in the area", and both possessing a cigarette lighter at a distant location. However, in both cases, the investigators were unable to determine an exact ignition source and the exact fuel first ignited. Nor was there a reasonable motive described in either case other than the lame "revenge against society". Instead, they relied on statements from each Defendant to reach their conclusion. In the *BR* case, former ATF agents, colleagues of SA Beals testified against his

8

investigation for the Defense. In the end, the military court rejected SA Beals investigation and testimony and acquitted the sailor after he spent two years in jail.

In the *BR* case, the Navy subsequently disciplined several officers for maintaining a shoddy ship and then attempting to vilify a sailor by charging him with arson. The Lachman case has so many similarities to the *BR* case that it is impossible to ignore. The same investigator, the same lack of physical evidence, the poor performance by the LAFD, and the appearance that JR's arrest is nothing more than an attempt to obscure the failures of the LAFD and pin the whole thing on a person who was in the area at the time of the event.

There is no evidence of arson within this case.

Edward Nordskog

2/6/2026

9

Curriculum Vitae
Edward Nordskog

**Curriculum Vitae**                    **Edward Nordskog- Los Angeles**

ednordskog@gmail.com
arsonprofiler.com

## Current Position (Since 2019):

**Consultant/Analyst/Profiler-**Expert in the field of Arson/Fire Investigations, Fire Death Scenes, Serial Arson Cases, Wildland Arsons; Case Analyst/Consultant to Prosecutors and other attorneys on all manner of Arson/Bomb cases; Case Consultant to Civil Attorneys on all Fire Death events.

**Case Analyst-** For *Cold Case Foundation (CCF)*- Analyst/Consultant/Instructor for CCF on any Cold Case, Unsolved, or Missing Persons case related to fire, fire death, or arson murder.

**Author/Lecturer-**Author of six books and numerous articles related to Arsonists, Serial Arsonists, Incendiary Devices, Wildland Arson, and Fire Death Investigation. Instructor/Lecturer on the same subjects for Arson, Homicide, Coroners, Prosecutors, and CSI personnel at the local, state, Federal, and international levels.

**Writer/Producer/Advisor-**For various media and entertainment projects to include story and series development for production companies, technical advisor, film/television, podcasts, etc; Expert and consultant for multiple other authors of both fiction and non-fiction.

## Relevant Work History:

**1997-2019   Detective** – Los Angeles County Sheriff's Department Arson and Explosives Detail.  Full Time Arson/Bomb Investigator, Bomb Technician, Analyst/Profiler, Lead Arson Trainer, Technical Case Reviewer, SWAT Operator.

## Duties and Responsibilities at the Arson/Explosives Detail:

Investigated fires of accidental, suspicious, undetermined, and incendiary origin. Conducted searches for, rendered safe, and/or removed suspected Improvised Explosive Devices, Explosives, Explosive Chemicals, Pyrotechnics, Military Ordnance, and Ammunition. Managed major arson, explosion, and bomb scenes. Conducted Post-Bomb Blast crime scene and fire scene investigations. Collected evidence. Provided Analysis/Expert Testimony in Criminal and Civil cases. Lectured and delivered training classes in the fields of Fire and Explosives Investigation. Provided Training and Technical review to all unit investigators on major investigations.  Supported SWAT operations.

1

Curriculum Vitae
Edward Nordskog

## Previous LASD Assignments:

1994-1997   Undercover Detective, Narcotics Bureau; HQ Detective Division
1992-1994   Undercover Detective, Crime Impact Team (CIT), Century Region
1990-1992   Plain Clothes Detective, Lynwood/Firestone Stations; Burglary/Robbery,
            Auto Theft, Major Crimes, Vice Ops
1985-1990   Academy, jail deputy, and patrol deputy/Training Officer-Lynwood Station

## Arson/Explosives Investigative Experience:

As of January 2025, I have conducted more than 2,100 investigations regarding the
Origin and Cause of various accidental and incendiary fires. These included at least
1,052 structure fires, 582 automobile fires, and more than 240 brush/wildland fires. I
have conducted 69 Fatal fire investigations, with 18 of those being arson/murder events.
I have conducted 46 Serial Arson investigations involving hundreds of fire scenes. I
have arrested and interviewed more than 320 people for arson related crimes. I have
ignited 285 administrative fires for training purposes.

As of January 2025, I have responded to and rendered safe over 565 suspicious,
hazardous, or explosive devices (bombs).

As of January 2025, I have conducted over 153 Bomb/Explosives sweeps, K-9
searches, and ship boarding operations related to Dignitary Protection, Port Security,
Airport Security, and Major Event Security.  This includes working with the U.S. Secret
Service for protection operations including POTUS, family members of the President,
and other high-ranking officials from various nations including the Pope.

As of January 2025, I have conducted over 690 Post-Blast Explosion investigations.  I
have also caused over 890 administrative explosions for training.

**Incendiary and Explosive Devices**:  As of January 2025, I have built and deployed
more than 441 Molotov Cocktails during training and testing.  I have constructed, tested,
and examined the effects of over 205 other Improvised Incendiary Devices (IID's)
including during wildland training scenarios.  I have constructed, tested, and observed
the results of over 325 Improvised Explosive Devices (IED's) of various sizes and types,
up to and including large vehicle bombs.

## Arson/Explosives related Courtroom Experience:

As of January 2025, I have testified in Municipal, Superior, Juvenile, and Federal courts,
Depositions, and in front of the Grand Jury, as an **Expert** regarding the Origin and
Cause of fires, Fire Death Issues, and Arson Analysis/Profiling on at least 110
occasions.

I have testified as an **Expert** in Explosive/Bomb related cases on 10 occasions.

2

Curriculum Vitae
Edward Nordskog

## Case Consultations/Profiles-Assist Other Agencies:

As of January 2025, I have consulted on or provided Arson/Bomb Profiling and Investigative Analysis to outside agencies, including prosecutors and other attorneys, from local, state, and Federal police and fire agencies on 222 cases. These cases include Fatal Fires, Arson Murders, Cold Case Reviews, Suicides, Serial Arson, Arson for Profit Schemes, Bombings, and Bomb Threats. These consults included Federal agencies such as the FBI, ATF, US Forest Service, US State Department, Bureau of Land Management, and Bureau of Indian Affairs.

I have provided case consultations to public agencies in Canada, China, Greece, Norway, South Africa, Mexico, Columbia, Australia, France, and Indonesia.

I have provided numerous case consultations to the media in several cities and to multiple authors writing about historic crimes.

## Formal Education:

**Master of Science Degree** – Emergency Services Management, California State University, Long Beach, June 2007.  Received citation for "Exceptional Academic Achievement". Graduating GPA of 4.0 by Department Chair of Professional Studies, Graduate Program CSULB

**Bachelor of Science Degree** – Criminal Justice, Bemidji State University (Minnesota), June 1982. Dean's List Graduate.  Named "Outstanding Student in Criminal Justice".

## Military Experience:

Eleven years of service in the United States Marine Corps, both Active and Reserve Units.  From 1980-1991.  Honorably Discharged at the rank of Captain.

## Military Specialties:

Field Artillery: Three years active duty.  Schools:  Marine Officers Basic School, Field Artillery Officer's School (Distinguished Graduate), Nuclear Weapons Assembly School, Nuclear Weapons Security School, Nuclear Weapons Delivery and Sealed Authentication School.

Intelligence/Counter Terrorism: Eight years of Active and Reserve duty.  Duties as Nuclear, Biological, and Chemical Weapons officer and Inspector, as well as Intelligence and Training officer and Executive Officer of a Counter-Terrorism Training and Evaluation Unit.

3

Curriculum Vitae
Edward Nordskog

## Certificates:

Oct 1998–2017 Certified Hazardous Devices (Bomb) Technician– By U.S. Army and FBI

Jan 2001–Certified Fire Investigator (CFI) Levels 1 and 2, by California State Fire Marshal (Current).

Aug 2001–Certified Fire Investigator (CFI) by California Conference of Arson Investigators, IAAI Chapter (Current).

Oct 2001–Licensed Tactical Blaster/SWAT Explosive Breacher – By California Department of Consumer Affairs

Mar 2017-Master Certified Fire Investigator (MCFI) by California Conference of Arson Investigators, IAAI Chapter (Current).  I was among the first group of 10 investigators ever to earn this award.

May 2021-Certificate in Investigative Psychology by John Jay School of Criminal Justice, City University New York.

Jun 2021-Certified FI-210 Wildland Origin and Cause Investigator, NWCG/BLM

## Law Enforcement Awards and Recognition:

Jun 1986–Named **Honor Cadet – Class 230** Los Angeles Sheriff's Department Training Academy

1994-2004–Received four special Detective Division Chief's Commendations for Major Criminal Investigations

Jan 2000, 2001, 2002, 2003, 2006, 2007, 2009, 2010, 2011, 2014, 2015 – Selected as member of the Rose Parade/Rose Bowl Pasadena Special Bomb Squad

Feb 2002–Selected by U.S. Secret Service as a member of the Federal Bomb Squad for the 2002 Salt Lake City Olympic Games

Apr 2004–Named **Investigator of the Year** by the International Association of Arson Investigators (IAAI) for a major Serial Arson case.

Jun 2004–Named **Law Enforcement Officer of the Year** by the International Association of Special Investigations Units for a major Serial/Arson for Profit investigation.

Jun 2004–Received **Sheriff's Citation** for major serial arson investigation.

4

Curriculum Vitae
Edward Nordskog

Jan 2005–Received **Exemplary Service Award** –Arson Investigations – by the Association of Los Angeles Deputy Sheriffs

Dec 2006–Received Emergency Operations Bureau (LASD) "Unit Commendation" award for a major arson investigation.

Mar 2008–Received LASD **Medal for Exemplary Service** for a major arson investigation.

Jul 2009–Received special **Chief's Commendation for Quality Service** for a major arson investigation.

Jan 2012-Received **Proclamation of Commendation** for being Lead Investigator on the L.A. Serial Arson Task Force-by the West Hollywood City Council

Mar 2012-Received L.A. Peace Officers Association **Task Force of the Year** award for being Co-Lead Investigator of the L.A. Serial Arson Task Force

Apr 2012–Received **Excellence in Instruction** award from California State POST ICI Education Program (Instructor of the Year)

Oct 2014-Received **Excellence in Training** award from California State POST

Aug 2015-Received LASD **Medal for Exemplary Service** (2nd time awarded) for major arson investigations.

Apr 2017-Received IAAI **Guy "Sandy" Burnette Outstanding Accomplishment Award** for being the Lead Investigator for Los Angeles Serial Arson Task Force

Mar 2019-Received LASD **Medal for Distinguished Service**-Investigations

Apr 2022-Received IAAI **Guy "Sandy" Burnette Outstanding Accomplishment Award** (2nd time awarded) for being profiler/analyst on the Maricopa County (AZ) Serial Arson/Homicide Task Force

1985-2019-LASD Detective Division; Received more than 90 written commendations from citizens, civic groups, prosecutors, victims, and law enforcement units for various law enforcement duties and criminal investigations

## Major Investigations:

Profiler/Consultant on Priscilla Aguilar Serial Arson Case, Ukiah, CA. 2009-2023

Curriculum Vitae
Edward Nordskog

Analyst/Profiler/Court Expert on Jerald Hart Cold Case Arson Murder; Los Angeles 2023

Consultant/Court Expert on "Holy Jim" Wildfire Case; Orange County, CA  2023

Consultant/Profiler on Ira Tobolowsky Cold Case Arson Murder-Dallas, TX  2022

Analyst/Profiler/Expert-Justin Caruso Serial Arson/Homicide; Mesa, AZ 2021

Analyst/Court Expert-Arson/Murder Case review from 1993-Chicago, IL 2023

Analyst/Profiler-Arson/Murder Body Dump, Pinal County, AZ. 2019

Analyst/Consultant- "Ghost Ship" Mass Fire Fatality Case, 2019

Analyst/Court Expert-Banning Pass Arson Series/Mass Casualty Arson/Murder (2006)-2024

Analyst/Reviewer-Gang Related Arson/Murder-LAPD-2019

Analyst/Court Expert-Jesse Aguilar Cold Case (2006) Arson/Murder-2018

Consultant/Profiler-Janet Dixon Arson/Murder (1980)-2018

Consultant/Profiler/Court Expert-Jill Sampson Cold Case (1991) Arson Murder-LAPD-2017

Profiler/Analyst/Court Expert-(1989) Joann Parks Triple Murder/Arson-Habeus Corpus Petition by California Innocence Project-2016

Investigator/Court Expert-Arson/Triple Murder (Cheque Tires) Firebombing-El Monte, CA- 2015

Profiler/Consultant/Technical Reviewer for Death Penalty Panel (Samurai Sword Case) Five Victim Mass Murder/Arson-by L.A. District Attorney 2015

Profiler/Co-Investigator/Technical Reviewer for Death Penalty Panel Corey King, Serial Killer/Serial Arsonist – by L.A.D.A. 2014

Lead Investigator- Eli Swifteagle Serial Arson Case 2013

Lead Investigator – Jesse James Ellison Serial Arson Case 2012

Co-Lead Investigator – Marijuana Shop Arson Series – 2009-2012

6

Curriculum Vitae
Edward Nordskog

Co-Lead Investigator– St. John Vianney Catholic Church Arson, 2011

Co-Lead Investigator-Hollywood Fire Devil Serial Arson Case 2012

Co-Lead Investigator-Charles Kritz Serial Arson Case 2012

Co-Investigator – Station Fire (Wildland) Arson/Double Murder Line of Duty Deaths of Firefighters – 2009

Technical Reviewer/Expert for Death Penalty Review Panel Acedo Family Double Murder/Arson Case – for L.A.D.A. (Not Recommended for Death Penalty) 2007

Co-Investigator- Ricky Jimenez Wildland Serial Arson Case 2007

Lead Investigator – $80 Million Universal Studios Fire – 2006

Lead Investigator/Court Expert – Gary Glazier Serial Arson Case 2005

Lead Investigator/Court Expert – "Operation Firebug" Series of 80 Arsons-for Profit–1999-2003

Co-Lead Investigator – Skinhead Hate Crimes Bombings/Arson 2001

Lead Investigator-118 Freeway Arsonist Series. 1999

Co-Investigator- Sandi Nieves Arson/Mass Murder Case 1998


## Published Documents:

Published Book Reviewer of *Scientific Protocols for Fire Investigation* by John Lentini (2006). Conducted Peer Review of this text as requested by the LASD Crime Lab. Review published in the November 2008 "Journal of Forensic Science" Vol. 53, No. 6

Course Developer/Instructor: *Arson and Explosives Investigative Course* by Institute of Criminal Investigation/California State POST. 2010

Book Author: *Torchered Minds: Case Histories of Notorious Serial Arsonists* by Ed Nordskog; Xlibris Corporation; December 2011

Expert contributor to Serial Arson study – *Random-Urban Arson Investigation Communication Strategies* by Katie Fowden, Director of Media and Corporate Communications, Northern Territory Police, Fire, and Emergency Services. Australia. April 2011

Curriculum Vitae
Edward Nordskog

Course Contributor/Subject Matter Expert – Advanced Attorney Training through Loyola Law School and the National Institute of Trial Advocacy (NITA): – *Flinders vs. Mismo-9TH Edition* 2012

Article Author: *The John Orr Effect on Arson Investigations* by Ed Nordskog.  Published in *California Fire/Arson Investigator*– January 2013

Book Author: *Fireraisers, Freaks, and Fiends-Obsessive Arsonists in the California Foothills* by Ed Nordskog; Create Space Corporation; October 2013

Article Author: *SWAT Operations and Fire-What Really Happened* by Ed Nordskog. Published in *The Tactical Edge-Winter 2014*

Book Author: *The Arsonist Profiles: Analyzing Arson Motives and Behavior* by Ed Nordskog; Create Space Corporation, August 2016

Book Contributor/Forward Writer: *The Bombs, Bombers, and Bombings of Los Angeles* by Michael Digby; BookLocker.com.  January 2017

Book Author: *Incendiary Devices-Investigation and Analysis* by Ed Nordskog; BookLocker.com.  January 2019

Book Author: *Fire Death Scene Investigation* by Joseph Konefal and Edward Nordskog; Baker and Taylor Publishing.  March 2019

Book Contributor/Expert Witness: *Burned* by Edward Humes. Dutton Publishing. 2019

Book Author: *Arson Investigation in the Wildlands* by Ed Nordskog and Joe Konefal: Baker and Taylor Publishing.  October 2020

Article Author: *The Wildland Arsonist* by Joe Konefal and Ed Nordskog; Published in *Wildfire Today.* Feb 23, 2021; https://wildfiretoday.com/2021/02/23/the-wildland-arsonist-one-of-the-most-dangerous-criminals/

Book Contributor/Profiler: *Maniac-The Bath School Disaster and the Birth of the Modern Mass Killer* by Harold Schechter; Little A Publishing. 2021

Book Contributor/Expert: *The Profiler Diaries* by Dr. Gerard Labuschagne. 2021

Book Contributor/Profiler: *Solving for X: Tracking the DC Serial Arsonist* by Robert Luckett. Salt Water Media. 2021

Course Developer/Profiler/Lecturer: *FI-310 Wildland Fire Investigation-Serial Arson Case Development*; Online Learning Portal.  NWCG  2022 Re-write.

8

Curriculum Vitae
Edward Nordskog

Book Contributor/Expert: *Malibu Burning*. Fiction by Lee Goldberg. Thomas and Mercer, 2023

Book Contributor/Expert: *Wildfire Arson Prevention Guide* by Richard Woods.  Australia. CRC Press, 2023

Cited Expert: *Wildfire Investigation Project Report* by Rhodri Jones and the Forestry Commission of UK, April 2023

Course Contributor/Cited Expert: *FI-210 Wildland Fire Origin and Cause Investigation*. NWCG 2023 Re-write.

Article Author:  *The Hike-In Arsonist*. Published on 11-28-23 in *SWAIT Newsletter*

Book Contributor/Expert: *Ashes Never Lie*. Fiction by Lee Goldberg. Thomas and Mercer, 2024

Article Author: *The Deliveryman Arsonist*. Published on 1-2-24 in *SWAIT Newsletter*

Article Author: *Moreno Valley Flats Arsonist*. Published on 5-20-24 in *SWAIT Newsletter*

Expert Cadre Member/Developer: *Fire Investigator-Certification Training Standards Guide (2022)*. California State Fire Training-SFM. Published August 2024

Article Author: *Murder, Arson, and Case Linkage in the Wildlands*. Published on 11-8-24 in *SWAIT Newsletter*

Book Contributor/Cited Expert: *Guide to Wildland Fire Origin and Cause Investigation-PMS 412;* National Wildfire Coordinating Group. Published March 2025

Book Contributor/Expert: *Hidden in Smoke*. Fiction by Lee Goldberg. Thomas and Mercer, 2025

Course Contributor/Cited Expert: *Fatal Fires-Investigation.*  CFITrainer.net, IAAI.   2025

Course Contributor/Cited Expert: *Fire Death Investigation*. Legal and Liability Risk Management Institute. 2025

**Professional Associations:**

California Conference of Arson Investigators (CCAI) – Member since 1997; Instructor/Training Committee 2012-Current

9

Curriculum Vitae
Edward Nordskog

International Association of Bomb Technicians and Investigators (IABTI) – Member from
1998-2011

International Association of Arson Investigators (IAAI) – Member/Instructor since 1998

California Homicide Investigator's Association (CHIA) – Past Member and Instructor

California Narcotics Officers Association (CNOA)- I have been a member of this
organization since 1987; was an instructor for five years (Booby Traps and Marijuana
Fields), and have been awarded Life Membership

Orange County Homicide Investigators Association (OCHIA)- Member since 2020

Serial Wildland Arson Investigation Training group (SWAIT): I am the Creator, Instructor,
and Training Coordinator for this organization based in Reno, NV- Since 2012

Cold Case Foundation (CCF)-Member, Expert, and Instructor since 2019, Based in Utah

International Association of Coroners and Medical Examiners (IACME)-Instructor and
Member since 2023

## Expert Contributor for the Media:

Cited in Online Blog- *Joint Commission Resources Regarding Fire Fighter Arsonists.*
11/18/2010 by Beatrice C. Yorker.
HTTP://www.crinc.com/blog/2010/11/18/The-Danger-of-Rogue-Health-Care-Workers/

Case work featured on television show *Prime Time Live-Diane Sawyer* 1994 –
Regarding Credit Card Fraud Ring

Case work featured on television show *American Detective* 1994 – Regarding a Murder
Investigation

Case work featured on television show– *L.A. Detectives* 1999 – Regarding a Fire Death
Investigation

Case work featured on television show – *L.A. Detectives* 2000 – Regarding an
Arson/Mass Murder Investigation

Case work featured on television show -*North Mission Road, Episode NM-128, Signed
in Ink.* Vantage Point Productions, 2005

Case work featured in weekly newspaper-*Los Angeles City Beat Vol. 4, No. 19.* May 4,
2006

10

Curriculum Vitae
Edward Nordskog

Expert Contributor to Special Investigative Report-*Arson in America-The Alarming Reality* by Thomas Hargrove, Scripps-Howard News Service; November 2013

Expert Contributor to Special Investigative Report- *Minnesota Fire Chief-Serial Arsonist* by *ABC News, Good Morning America and 20/20 TV shows 2013*

Expert Contributor (Wildland Arsonists) *L.A. Times* podcast; Host Patt Morrison Sep. 2016

Expert Contributor to CFI Trainer.net *Fire Investigation Profiles: Ed Nordskog.* Stonehouse Media and IAAI. Posted on YouTube. 2020

Expert Contributor to *Wildland Arsonist-Flame Front Media* podcast. Host John McDermott. May 2020

Expert Contributor (Fire Death) to *Forensics Talks* podcast.  Host Eugene Licisio; Mar 2021

Expert Contributor (Serial Arson) to *Firebug* podcast. Host Kary Antholis; Feb 2021

Expert Contributor (Serial Arson) to *San Francsico Experience* podcast. Host Jim Herlihy; Oct 2021

Expert Contributor (Serial Arson) to *Arson* podcast. Host Kara McGuirk, IAAI; Jan 2022

Expert Contributor to *CSI On Fire* podcast. Host Mike Moulden, Sep 2024

Case work featured in television show-*Women of Death Row, pilot episode*. January 2024

Expert Contributor (Fire Death) to *Into the Fire* podcast. Host Jason White, Dec 2024

Expert Contributor (Wildland Fire) to *Dan Abrams tv show*, <u>*NewsNation.*</u> January 11, 2025

Expert Contributor (Wildland Fire) to *CNN Newsroom tv show*, Host Jim Acosta. January 13, 2025

Expert Contributor (Wildland Fire) to *Elizabeth Vargas Reports* tv show, <u>*NewsNation*</u>. January 13, 2025

Expert Contributor (Wildland Fire) to *Punto de Reunion* podcast. Host Alonso Cantero, January 15, 2025

11

Curriculum Vitae
Edward Nordskog

Expert Contributor (Wildland Fire) to *LA Times Today* tv show.  Host Lisa McRee; January 16, 2025

Expert Contributor (Arson Profiling) to *Profiler Africa* podcast. May 2025

Expert Contributor (Serial Arson/Murder) to *Profiler Africa* podcast. Aug 2025

Expert Contributor (Arson Profiling) to *True Crime Tonight* radio show.  Oct 2025

## **Related Vocational Training and Education:**

### **Formal Courses Attended Related to Fire/Arson and Death Investigations:**

Sep 1991–Homicide Investigators Course, 40 hours – San Jose State University (included 8 hours training on Fire/Explosion Effects on Humans)

Nov 1997–Basic Arson/Explosives Investigators Course, 40 Hours – California State POST/ICI

Dec 1997–Assigned to LASD Arson/Explosives Detail; Began a 1-year formal training program with an experienced training officer

Jun 1998–Basic Arson Investigators Course #1A, 40 Hours-California State Fire Marshal

Nov 1998–Arson Investigators Course #1B, 40 Hours- California State Fire Marshal

Jan 1999–Arson Investigation Seminar: Serial Arson Investigations/John Orr Case, 24 Hours- California Conference of Arson Investigators (CCAI) SLO

Apr 1999–Arson Investigators Course #2A, 40 Hours, California State Fire Marshal

Jul 1999–Arson Investigators Course #2B, 40 Hours, California State Fire Marshal

Feb 2000–Advanced Fire Investigation Course-Fire Dynamics, 32 Hours – Dr. John DeHaan/Ventura County Fire Department

Jun 2000–Vehicle Fire Investigations, 8 Hours – Steve Mackaig/CCAI

Aug 2000-Fire/Arson Investigation Course, 80 Hours- National Fire Academy, Maryland

Jan 2001–Fire/Arson Investigation, 22 Hours, CCAI SLO

Aug 2002–Fire Death Investigation, 8 Hours-Jim Allen/CCAI

12

Curriculum Vitae
Edward Nordskog

Aug 2002–Violent Crime Analysis: Serial Arson/Serial Bomber, 32 Hours – FBI/ATF Behavior Analysis Unit (BAU)

Apr 2003–Wildland Fire Investigation, 28 Hours – International Association of Arson Investigators (IAAI) ITC. Reno

Jan 2004-Fire Deaths, Reconstruction, Fire Patterns, 20 Hours-DeHaan/CCAI-Seaside

Apr 2004–Fire Death Investigation, 4 Hours – IAAI ITC; St. Louis, MO
Aug 2004–Serial Arson/Profiling Seminar, 8 Hours- Dr. Dian Williams/CCAI-San Diego

Jun 2005–Advanced Arson Investigation/Courtroom Techniques, 80 Hours, ATF/FLETC-Glynco, Georgia

Sep 2005–Electrical Fire Investigation Seminar, 8 Hours; CCAI/ATF Lab

Oct 2006–Advanced Arson/Serial Arson Seminar, 32 Hours, IAAI-Nevada

Feb 2007–Neon Sign/Electrical Fires, 4 Hours; CCAI

Mar 2007–Fire/Arson Investigation Conference, 24 Hours, CCAI SLO

Nov 2007–Advanced Fire Investigation, Fire Death Seminar, 22 Hours – IAAI Nevada

Feb 2008–Homicide Investigators Seminar, Serial Offenders, 20 Hours, CHIA

May 2008–Arson/Murder Mass Casualty Case History, 8 Hours-ATF

Mar 2009–*D.C. Serial Arsonist* Case History, 8 Hours-ATF

Oct 2009–Incendiary Devices; ALF/ELF Extremism Seminar, 4 Hours- CCAI/FBI

Jun 2010–Forensic Fire Death Investigation, 40 Hours, SLO Sheriff/Coroner, Dr. Elayne Pope; Dr. John DeHaan, SLOFIST

Sep 2011–ATF Lab and National Response Team Seminar, 4 Hours-ATF/CCAI

Nov 2011–*East Texas Church Arson Series* Case History, 8 Hours-ATF

Mar 2012–Fire Reconstruction Seminar, 24 Hours- CCAI SLO

Apr 2012–Fire Behavior Analysis, 16 Hours, IAAI ITC, Dover, DE

Jul 2012–Electrical Fire Investigation, 16 Hours- ATF/AZ IAAI, Prescott, AZ

13

Curriculum Vitae
Edward Nordskog

Jul 2012-Coroner Investigations, 8 Hours- LA County Coroner

Oct 2012-Advanced Fire Investigation, 20 Hours- CCAI SLO

May 2013-Serial Arson Investigations Conference, 40 Hours- NV IAAI/LA HIDTA

Nov 2013-Advanced Fire Investigation, 20 Hours- CCAI SLO

Nov 2014-Advanced and Wildland Fire Investigation, 20 Hours- CCAI SLO

Jan 2015-Profiling the Arsonist, 8 Hours- Dr. Dian Williams/LAHIDTA

Feb 2015-Serial/Wildland Arson Investigations Seminar (SWAIT), 24 Hours- NV IAAI

Mar 2015-Death/Coroner's Investigations, 20 Hours- PATC

Sep 2015-Fresh Look at Fire Dynamics, 7 HOURS- ATF/CCAI San Diego

Nov 2015-Fire Dynamics, 20 Hours- CCAI SLO

Feb 2016- Major Arson Investigations Conference, 28 Hours- NV IAAI

Feb 2017-Serial/Wildland Arson Investigations (SWAIT), 24 Hours- NV IAAI

Mar 2017-Fire Related Death Investigations,16 Hours- UT IAAI

Mar 2017-Arc Mapping/Fire Dynamics, 20 Hours- CCAI SLO

Aug 2017-Wildland Fire Investigation, 4 Hours-South Bay Arson TF, Los Angeles

Oct 2017-Murder Scene Reconstruction, 8 Hours- AZHIA

Nov 2017-Advanced Arson Scene Investigations, 20 Hours-CCAI SLO

Feb 2018-Serial/Wildland Arson Investigations (SWAIT), 24 Hours-NV IAAI

Sep 2018-Fire Death Investigation, 20 Hours-CCAI SLO

Nov 2018-Public Utility/Powerline Attacks, 8 Hours-JRIC

Feb 2019- Fire Dynamics, 20 Hours-CCAI SLO

Feb 2019-Youth Fire setting; Arson/Murder, 8 Hour-KS IAAI

Feb 2019-Serial/Wildland Arson Investigation (SWAIT), 24 Hours-NV IAAI

14

Curriculum Vitae
Edward Nordskog

Apr 2019-Fire Death Scene Evidence, 8 Hours- CSDIAI, San Francisco

Apr 2019-Arson/Murder Case histories, 8 Hours-IAAI ITC FLA

Jun 2019-Cold Case Homicide Investigations, 16 Hours- CA State POST

Sep 2019-Electrical Fires; Wildland Fires; Extremist Fires, 28 Hours-CCAI SLO

Feb 2020-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Aug 2020-Forensic Pathology/Murder, 4 Hours- CA State POST/San Diego M.E.

Feb 2021-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Apr 2021-Investigative Psychology- 50 Hours- John Jay School of Criminal Justice, NY

May 2021-Homicide Symposium, 8 Hours- Orange Co. Homicide Investigators Assoc

May 2021-Seminar in Serial Crimes Case Linkage, 4 Hours-John Jay School of CJ, NY

Jun 2021-FI-210 Wildland Fire Investigation, 36 Hours- BLM/NWCG

Feb 2022-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

May 2022-FI-310 Serial Wildland Arson Case Development, 40 Hours- BLM/NWCG

Nov 2022-FI-110 and National Wildlife Investigators Workshop, 24 Hours- FIAA/IAAI Alberta, Canada

Feb 2023-Serial/Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Oct 2023-Fire Dynamics, 24 Hours- CCAI SLO

Feb 2024-Serial Wildland Arson Investigation (SWAIT), 24 Hours- NV IAAI

Apr 2024-Serial Arson Behavior Analysis, 8 Hours- IAAI ITC Las Vegas

Nov 2024-Homicide Autopsies, 4 Hours-OCHIA, Santa Ana

Feb 2025-Death Investigation, 16 Hours-CA State POST

Feb 2025-Serial Wildland Arson Investigation (SWAIT), 24 Hours-NV IAAI

Jun 2025-Appliance Fires, 8 Hours-CCAI/Verdugo Task Force

15

Curriculum Vitae
Edward Nordskog

Jul 2025-Human Behavior/Firesetting, 8 Hours-AZ IAAI, Dr. Jeff Thomas

Aug 2025-Fire Death Investigation, 2 Hours-LLRMI, Inv. Scott Campau

Oct 2025- Cold Case Crime Analysis, 2 Hours, Gap Science LLC, Hilary Rodela

## Formal Courses Attended Related to Explosives and Bombing Investigations:

May 1995–Tactical Marijuana Field Operations, 56 Hours–US Army Special Forces, and US Navy Seals (Explosives and Booby Traps)

Aug 1996–SWAT/Mountain Warfare/Marijuana Field Ops, 80 Hours–US Marine Corps Mountain Warfare Training Center; LASD/LAPD SWAT (Booby Traps/Explosives)

Jun 1997–Basic Post-Blast Investigators Course, 24 Hours–FBI/LASD Arson/Explosives Detail

Jan 1998–Chemical/Biological Weapons Protective Clothing Class, 8 Hours- FBI/USMC

May 1998–Advanced Post-Blast Investigators Course/Large Vehicle Bombs, 40 Hours- FBI/US NAVY EOD; China Lake, CA

Sep 1998–Hazardous Devices Technician School, 160 Hours–US Army/FBI; Redstone

Mar 1999–Special Render Safe Training for WMD, 16 Hours- USAF/FBI; Edward AFB

Jul 1999–Weapons of Mass Destruction (WMD) Bomb Investigator/Technician Course, 40 Hours- US Army/FBI; Redstone Arsenal

Sep 1999–Seminar on Terrorism/Explosives, 24 Hours- FAA/ATF

Dec 1999–Seminar on Terrorist Bombings, 8 Hours-CIA

Oct 2001–Tactical Explosives/SWAT Breaching Course, 100 Hours; US Navy Seals/LASD/LAPD SWAT

Jun 2002–Hazardous Device Technician Re-Certification Course, 32 Hours-US Army/FBI; Redstone Arsenal

Jul 2002–Bomb Technician Robot Course, 40 Hours-US Army/FBI, Redstone Arsenal

16

Curriculum Vitae
Edward Nordskog

Mar 2006–Advanced IED/Large Vehicle Bomb Threat Assessment/Booby Trap Course, 40 Hours–US Dept. of Homeland Security (DHS)/British Army Bomb Squad

May 2006–Hazardous Device Technician Re-Cert Course, 40 Hours-US Army/FBI; Redstone Arsenal

Aug 2006–Advanced IED Disruption Course, 40 Hours- British Army Bomb Squad

Sep 2006–Lifesaver/Trauma Injury Course for Bomb Tech, 8 Hours– LASD ESD Tactical Paramedics (Refresher Course in October 2008)

JAN 2007–SWAT/Bomb High Threat Entry/Disruption, Booby Traps, and Electronics Course, 80 Hours, British Army/SAS Bomb Squad

Jan 2009–Electronic Counter Measures Course (ECM) for Bomb Techs, 80 Hours-FBI Redstone Arsenal

May 2009–Aviation/Hazardous Device Advanced Training, 16 Hours-Federal Air Marshal/FAA; Burbank and San Diego Airports

Jan 2010–Advanced Bomb Squad Techniques, 80 Hours–Israeli National Police Bomb Squad; Tel Aviv, Israel

Apr 2010–Hazardous Devices Tech Re-Cert Course, 40 Hours- FBI Redstone

Mar 2012–Advanced Bomb Squad Operators Course II, Large Vehicle IED, 40 Hours British Army Bomb Squad

May 2012–Advanced Explosives Recognition/Post-Blast, 8 Hours- Tulare Bomb Squad

Oct 2012–Advanced Bomb Squad Operators Course III; WMD/SWAT Support Tactics, 40 Hours- British Army Bomb Squad

OCT 2013-Advanced Bomb Squad Operators Course IV, 40 Hours- British Army Bomb Squad

Mar 2014-Advanced High Threat Disablement Course, 16 Hours- US Navy Bomb Squad/FBI

Mar 2014-Hazardous Devices Tech Re-Cert Course, 40 Hours- FBI Redstone Arsenal

Apr 2014-Bombs, Bombers, and Bombings Conference, 36 Hours

Oct 2014-Advanced High Threat Disablement Course, 36 Hours- EWS

17

Curriculum Vitae
Edward Nordskog


Jan 2015-Advanced C-IED Search and Management, 40 Hours- EWS

Dec 2015-SWAT/Bomb Operators Course, 80 Hours- LASD SEB

Nov 2016-Advanced Render Safe/Incendiaries,16 Hours- EWS

Dec 2018-Targeting, Sabotage of Public Utilities, Extremism, 8 Hours- FEMA

\*\*\*LASD Bomb Squad conducted ongoing bi-monthly formal training on Advanced Render Safe Operations of Vehicle Bombs, Weapons of Mass Destruction (WMD), Booby Traps and Electronic Countermeasures (ECM)

### Instructor Credentials:

Nov 2001–Certified as "Instructor" by the Robert Pressly Institute of Criminal Investigation (ICI) and California State POST

May 2013-2016- Instructor for California Standards and Training for Corrections (STC); Arson/Bomb Courses (Multiple classes each year)

May 2016-2018- Instructor for California Specialized Training Institute (CSTI); Bomb/Explosives (Multiple classes each year)

Jun 2008–Present- Course Developer/Instructor for *Fire Death Issues/Homicide Investigation,* LASD Homicide Investigators Course/State POST/ICI; (at least three classes per year)

Feb 2010–Present- Course Developer/Instructor for *Arson/Explosives Investigation;* 40 Hour Course for California State POST/ICI; (at least two classes per year)

Jun 2019-Present- Instructor for *Fire Death Issues/Homicide Investigation*, San Diego Homicide Investigators Course State POST/ICI; Ongoing teaching at least three classes per year

2013-Present- Lead Instructor/Developer for *Serial Wildland Arson Investigation Training)*- 24 Hour course each year.  NV IAAI, Reno

2023-Present- Instructor for *Fire Deaths/Arson Murders*; Cold Case Foundation/Bureau of Indian Affairs; Both Online and Live classes in various locations

2023-Present-Instructor/Developer for *FI-310-Serial/Wildland Arson Case Development Course*-40 hours; BLM/USFS/NFA

### Bomb/Explosion Instruction Provided:

18

Curriculum Vitae
Edward Nordskog

Dec 1997– 2019:  Post-Blast Investigators Course for FBI Agents, 40 Hours – LASD
Arson/Explosives Detail/FBI; (I have been an instructor and proctor at 3 classes per
year and have trained over 800 FBI Agents and local investigators regarding
Explosions, Blast Investigations, Tactics, Motives and Profiles of Bombers

Mar 1998 – 2002:  Course Developer/Lead Instructor for Explosives and Booby Traps
Course for investigators/SWAT Operators; LASD Arson/Explosives Detail; Trained over
750 Detectives, Firefighters, Federal Agents, SWAT Operators, and Crime Scene Techs
(CSI) Regarding Booby Trap and Explosives Recognition

Dec 2009-Explosives/Bombings, 8 hours-w/FBI; Philippines Nat'l Police

May 2011-Explosives/Bombings, 8 hours-w/FBI; Indonesian Nat'l Police

May 2013-Criminal Bombings, Motives, and Tactics, 8 Hours-CVAI Tulare, CA

Jun 2013-Bombs and Arson, 8 Hours-State Probation Agencies, Sacramento

Jan 2014-Criminal Bombings, Motives, and Tactics, 8 Hours- LAVA, Cal State LA

Apr 2014-Criminal Bombings, Motives/Tactics, 4 Hours-Bombs/Bombers Conference

Oct 2015-Explosives and Booby Traps for CSI Techs, 4 Hours- Cal State LA

Apr 2017-Domestic Terror Bombs/Incendiaries, 4 Hours- Bombs/Bombers Conference

May 2017-Explosives and Active Shooters, 8 Hours- CVAI, Tulare, CA

Feb 2018-2020: Domestic Terror and Bombings, 8 Hours-CSTI State OES; Course
taught 3 times annually to CHP and other state employees

Sep 2021-Explosive Injuries/Post Blast Analysis, 4 Hours- CCAI, SLO

**Arson/Fire Related Instruction Provided:**

Mar 2007–Major Case Arson Investigations/Fraud-CCAI SLO

May 2007–Major Case Arson Investigations/Fraud–CCAI Roundtable 9

Nov 2007–Major Case Arson Investigations/Fraud- NV IAAI

Feb 2010–Major Case Arson/Fraud Investigations– Cal Dept of Insurance (DOI)

Jun 2010–Fire Death Scene Issues – SLOFIST/Forensic Fire Death Inv. Course

19

Curriculum Vitae
Edward Nordskog

Oct 2010-Arson for 1ST Responders- LA HIDTA

Oct 2010-Arson Murders- LASD/LAPD/Crime Lab

Jan 2011-Arson Murders/Fire Deaths- Ontario PD (CA)

Feb 2011-Arson Murders/Fire Deaths- National City PD (CA)

Apr 2011- Arson for 1st Responders- Kern County FD (CA)

May 2011- Major Arson Investigations- LA HIDTA

May 2011-Arson Murders/Major Arson; 2-day class- Fremont FD (CA)

Aug 2011-Arson Murders/Major Arson; 2-day class-Solano Co DA (CA)

Sep 2011-Major Arson Investigations- Palm Springs PD

Oct 2011-Arson Murders- LA HIDTA

Nov 2011-Serial Arsonist Profiles- ATF Los Angeles

Jan 2012- Serial Arsonist Profiles- LAVA-Cal State LA

Feb 2012-Arson Homicides-Riverside PD/LA HIDTA

Mar 2012-Serial Arson Investigations- Fremont FD

Mar 2012-Arson Murders/Serial Arson- Sac-Sierra Arson Task Force (CA)

May 2012-Serial Arson Investigations- CFED West Conference; Palm Springs

May 2012-Arson Murders-Burbank PD/HIDTA

May 2012-Serial Arsonist Profiles- Thriller Writer's School, Ventura, CA

Jun 2012- Serial Arson Investigations- Anaheim PD (CA)

Aug 2012-Arson Murders- LAHIDTA, Seal Beach PD (CA)

Aug 2012-Serial Arson Investigations-Carlsbad PD (CA)

Aug 2012-Basic Arson Invest for CSI Techs/Criminalists-Torrance PD (CA)

20

Curriculum Vitae
Edward Nordskog

Oct 2012-Complex Arson Investigations-CCAI/SLO

Oct 2012-Arson Murders- LA HIDTA, San Bernardino PD (CA)

Nov 2012-Arson Murders/Serial Arson-Boise, ID PD/FD

Nov 2012-Serial Arson Investigations- LA HIDTA, Montclair PD (CA)

Nov 2012-Arson Murders-Central Valley Arson Investigators (CVAI) Kingsburg, CA

Dec 2012-Profiling Serial Arsonists/Fire Deaths, 2-days- Marin/Sonoma Arson TF;
Petaluma, CA

Jan 2013-Arson Murders- LAVA Cal State LA

Jan 2013-Arson Murders/Fire Death- CCAI Roundtable 9

Mar 2013-Fire Death Investigation/Arson Profiling, 80 Hours- South African Police
Service (SAPS); Live Burns; Johannesburg, SA

Mar 2013-Serial Arsonists/Complex Arsons; MN IAAI, St. Cloud, MN

Apr 2013-Arson Motives/Serial Arson; SoCal Assoc of Fingerprint Officer; L.A.

May 2013-Serial Arson Investigations; NV IAAI

Aug 2013-Serial Arson Cases; FBI/BAU Violent Crime Analysis-UCLA

Aug 2013-Serial Arson/Complex Arson Investigations; Tenn IAAI

Aug 2013-Major Arson/Explosion Investigations, 24 Hours; Natl Forensic Academy.
Beijing, Peoples Republic of China

Sep 2013-Arson/Murder Investigations; SoCal Fingerprint Officers; Anaheim, CA

Sep 2013-Arson/Murders/Serial Arson (2-days); NM IAAI, Ruidoso, NM

Jan 2014-Complex Arson Investigations; Sac-Sierra Arson Task Force

Jan 2014-Advanced Arson Investigations (3-days); Vancouver, CAN

Feb 2014-Arson Homicides; LAHIDTA/Cypress PD (CA)

Mar 2014-Complex Arson Investigations; Marin/Sonoma Arson TF-Petaluma, CA

21

Curriculum Vitae
Edward Nordskog

Apr 2014-Arson for Profit Schemes; Cal Anti-Fraud Conference, Monterey, CA

May 2014-Arson Motives; LADA Investigators

Jun 2014-Fire Death Investigations (2-days); Arizona IAAI

Jul 2014-Major Arson Investigations; LAPD Major Crimes Unit

Sep 2014-Complex Arson Investigations; ND IAAI, Jamestown, North Dakota

Oct 2014-Advanced Arson Investigations (3-days); Ottawa, CAN

Jan 2015-Complex/Serial Arson Investigations; LAVA Cal State LA

Feb 2015-Profiling Wildland Serial Arsonists; SWAIT NV IAAI, Reno

May 2015-Church Arson Investigations; Cal Assoc of Criminalists, L.A.

May 2015-Arson for Profit Investigations; Western States Auto Theft Invest (WSATI)

Aug 2015-Serial Arson/Serial Killer; FBI/BAU Violent Crime Seminar, UCLA

Dec 2015-Arson for Prosecutors; Cal Assoc of District Attorneys (CADA)

Jan 2016-Making a Serial Killer/Arsonist; Cal State LA

Feb 2016-Profiling Arson Murders; Major Arson Inv Conf- NV IAAI, Las Vegas

Apr 2016-Profiling Fire Death; IAAI ITC, Orlando, FL

Jun 2016-Profiling Serial Arson; ID IAAI

Aug 2016-Arson Homicides; LA HIDTA Training Group

Sep 2016-Major Case Arson/Serial Arson; SC IAAI; Columbia, SC

Sep 2016-Fire Death Profiling; OR IAAI; Bend, OR

Sep 2016-Arson Scene Profiling; CCAI/San Diego MAST

Oct 2016-Profiling Fire Death Scenes; Ventura Co FD; Ventura, CA

Oct 2016-Arson Insurance Fraud/Auto Theft; WSATI, San Diego, CA

Oct 2016-Arson Scene Profiling; Orange County Fire Authority (CA)

22

Curriculum Vitae
Edward Nordskog

Nov 2016-Arson Scene Profiling; Central Valley Arson Investigators TF; Tulare, CA

Jan 2017-Serial Arson Investigations/Profiling; KS IAAI; Topeka, KS

Feb 2017-Body Dumps and Suicides; SWAIT Wildland Arson Course; NV IAAI, Reno

Feb 2017-Fire Death Scene Investigation; UT IAAI; Wendover, UT

Mar 2017-Profiling the Arson Scene; CCAI SLO

Mar 2017-Serial/Complex Arson Investigation; MN IAAI, St. Cloud, MN

Apr 2017-Profiling Arson/Fire Death, 40 Hours; South African Police Svc (SAPS), SA

Jun 2017-Advanced Fire Death; Intl Crime Scene Investigators Assoc-Phoenix, AZ

Aug 2017-Serial Arson Profiling; FBI/BAU Violent Crime Seminar-UCLA

Oct 2017-Arson Homicides/Body Dumps; AZ Homicide Invest Assoc (AZHIA), Phoenix

Oct 2017-Fire Death Scene Profiling (2-days); SC/NC IAAI; Myrtle Beach, SC

Nov 2017-Arson Crime Scenes/Live Burns; CCAI SLO

Feb 2018-Serial Arson Pattern Analysis/Profiling; SWAIT NV IAAI, Reno

Mar 2018-Arson Crime Scene Investigation; CVAI; Kingsburg, CA

Apr 2018-Advanced Fire Death Course (3-days); VA IAAI, Waynesboro

Jul 2018-Advanced Fire Death Investigation- AZ IAAI; Prescott, AZ

Sep 2018-Fire Death Scenes: Cold Cases/Body Dumps; CCAI SLO

Jan 2019-Fire Death Scenes; AZ Fire Institute; Chandler, AZ

Jan 2019-Cold Case Arson Murders; LA Crime Lab

Feb 2019-Advanced Arson Investigation/Courtroom; KS IAAI Topeka, KS

Feb 2019-Incendiary Devices; SWAIT NV IAAI, Reno

Feb 2019-Arson Evidence/Incendiary Devices; CCAI SLO

Curriculum Vitae
Edward Nordskog

Mar 2019-Arson Motives/Analysis/Profiling; NJ IAAI; Atlantic City, NJ

Mar 2019-Arson Homicides; AZHIA; Chandler, AZ

Apr 2019-Fire Death Scenes; Cal Div Intl Assoc of Identification (IAI) San Francisco

Apr 2019-Advanced Fire Death; IAAI ITC; Jacksonville, FL

May 2019-Fire Death Scene Inv; Kansas State Fire Marshal (KSFM), Manhattan, KS

May 2019-Fire Death Scene Inv; CCAI/San Bernardino Arson TF

Jul 2019-Fire Death Scene Inv; Monterey Co Arson TF (CA)

Sep 2019-Incendiary Devices/Extremist Arsons; CCAI SLO

Oct 2019-Advanced Arson Investigations; Edmonton Fire/Police/RCMP, Alberta, CAN

Oct 2019-Arsonist Profiles-Langley Fire/Police/RCMP; BC CAN

Nov 2019-The John Orr Effect on Arson Cases; NY Office of Fire Prevention, Syracuse

Nov 2019-Arson Case Building; Cal Fire Training Officers Seminar, Fresno, CA

Dec 2019-Fire Death Investigation; LA IAAI, Baton Rouge, LA

Dec 2019- Serial Arson/Profiling; Cent. Texas Fire Investigators Assoc, Bexar Co, TX

Jan 2020-Fire Death Investigation; NC SFM/IAAI, Charlotte, NC FD/PD

Feb 2020-Incendiary/Explosive Devices; Santa Clara Co Arson TF, CA

Sep 2020-Arson Case Building: CCAI SLO

Nov 2020-Arson Investigations in the Wildlands; BLM, Reno, NV

Jan 2021-Wildland Arson Investigations; Tri-County Arson TF, Hollister, CA

Feb 2021-Wildland Arson Profiling; SWAIT/NV IAAI, Reno

May 2021-Arson Profiling/Serial Arson; Denver FD, CO

May 2021-Serial Arson/Juvy Arson; Shasta Arson TF, Redding, CA

May 2021-Wildland Arson; Central Valley Arson Investigators (CVAI), Kingsburg, CA

24

Curriculum Vitae
Edward Nordskog

Jun 2021-Case Linkage on Serial Cases; Canadian Society of Forensic Science, online

Mar 2022-Fire Death Investigation (2-days); NM IAAI, Albuquerque, NM

Mar 2022-Wildland Arson Investigations; SC IAAI, Columbia, SC

Feb 2022-Major Case Arson Inv; NC Arson Task Force, Charlotte, NC

Mar 2022-Fire Death Investigation; NJ IAAI, Atlantic City, NJ

Mar 2022-Serial Arson Case Linkage; SWAIT/ NV IAAI, Reno

May 2022-FI-310 Serial Wildland Arson Case Development, 40 Hours; BLM/USFS, Reno

May 2022-Advanced Fire Death Investigation; AZHIA, Chandler, AZ

May 2022-Fire Death Investigation (3-days); Edmonton Police/Fire/RCMP, CAN

May 2022-Behavior Analysis; NWCG Wildland Serial Arson Training Course, online

Jun 2022-Serial Arson Investigation; WI IAAI, Stevens Point, WI

Aug 2022-Serial Arson Investigations; IN IAAI, Avon, IN

Oct 2022-Serial Arson/Expert Witnesses; Natl District Attorneys; Chandler, AZ

Oct 2022-Advanced Fire Death (2-days); CO IAAI, Vail, CO

Nov 2022-Wildland Arson Profiling/Incendiary Devices; FIAA, Edmonton, CAN

Mar 2023-Arson Case Building; NC Conference of District Attorneys, Blowing Rock, NC

Mar 2023-Fire Death Investigation (2-days); KY IAAI, Louisville, KY

Apr 2023-Fire Death Investigation (2-days); MS IAAI, Biloxi, MS

May 2023-FI-310 Serial Wildland Arson Case Development, 40 Hours; BLM/USFS Santa Ynez, CA

May 2023-Fire Death for Coroners; WACME; Vancouver, WA

May 2023-Advanced Arson Invest (4-days); Can/West; FT Saskatchewan, AB, CAN

25

Curriculum Vitae
Edward Nordskog

May 2023-Arson Case Building (2-days); KS SFM; Hays, KS

May 2023-Fire Death Scene Processing, Online; Cold Case Foundation

Jun 2023-Forensics at Fire Death Scenes; PN IAI; Spokane, WA

Jul 2023-Cold Case Arson Murders; CCF/Bureau of Indian Affairs BIA; Rapid City, SD

Aug 2023-Cold Case Arson Murders; CCF/BIA; Eureka, CA

Sep 2023-Fire Death Investigation (3-days); LA SFM; Baton Rouge, LA

Jan 2024-Fraud Related Arson Investigation; CCAI/Chino Valley TF, CA

Feb 2024-Wildland Origin and Cause Courtroom; SWAIT/NV IAAI, Reno

Feb 2024-FI-310 Serial/Wildland Case Development (40 Hours); BLM/USFS, Santa
Ynez, CA

Mar 2024-Arson Murders/Fire Death; KS SFM, Overland Park FD, KS

Apr 2024-Wildland Arson Investigation (3 days) BLM Natl Summit, Reno, NV

Jun 2024-Fraud/Serial Arson (2 days); Georgia Ins Commission Fire Safety Symposium

Aug 2024-Arson Homicides, Instruq Homicide School, Los Angeles

Aug 2024-Fraud Arsons, 8 hrs; Santa Clara Arson Task Force

Sep 2024-Arson Murders/Fire Death; (2 days) Ill IAAI; Peoria, IL

Oct 2024-Arson Murders/Fire Death; (2 days) VA IAAI; Norfolk, VA

Jan 2025-Fire Death Investigation; (2 days) IL Coroners/Med Examiners; Mt. Vernon, IL

Feb 2025- FI-310 Serial/Wildland Arson Case Development (40 Hours);
BLM/USFS/NFA, Santa Ynez, CA

May 2025-Fire Death Investigation; (2.5 days) Tenn Advisory Comm on Arson (TACA)

Jul 2025-Serial Arson Analysis; 4 hours, AZ IAAI

Aug 2025-Serial Arson Investigation; 12 hours, Georgia Fire Invest. Assn

Sep 2025-Fire Death Investigation; (2 days) No Dak IAAI; Mandan, ND

26

Curriculum Vitae
Edward Nordskog

Oct 2025-Arson and Forensics; 4 hours, SoCal Assn of Fingerprint Officers

Oct 2025-Fire Death Investigation; (2 days) IL Coroners/Med Exams; Starved Rock, IL

2010-18–Basic Arson Investigation – Los Angeles County FD Lifeguard (annually)

2005-18- Lead Fire/Arson Training Officer within LASD Arson/Explosives Detail;
Provided regular arson/fire training to all new unit members; six regularly assigned
trainees during that period

## Related Field/Street Experience:

**Search Warrants**: 1990-2019- I personally drafted and served more than 350 search
warrants re: Narcotics, Stolen Property/Vehicles, Weapons, Street Gangs, Fraud,
Murder, Arson, and Assaults.  I have further been an assisting investigator on an
additional 400 search warrants and raids.

**Tactical Operations:** 1990-2019- Lead or Assisting Investigator in over 250 Street
Operations to include Stings, Reverse Stings, Buy/Bust Operations, Clandestine drug
and weapons buys, Murder for Hire, Arson for Hire, Vice, other Criminal Conspiracies,
and Insurance Fraud Operations while acting in an Undercover role.

**SWAT Operations:** 2012-2019- SWAT Operator or Bomb Tech on SWAT calls including
Barricaded Suspects, Booby Trap locations, and High-Risk Search Warrants on 17
occasions.

**Surveillances:** 1990-2019- Lead or Assisting Investigator on over 2,000 surveillances
of persons, vehicles, locations, and marijuana fields; regarding all manner of criminal
activity.

27

# Courtroom Qualifications of Edward Nordskog

## (as of 2/5/2026)

**1987-1997: Testified in Juvenile, Municipal, Superior, Civil and Federal Courts in excess of 450 times as an Expert in the following fields: Narcotics (250+ occasions), Auto Theft, Assaults, Robbery, Burglary, Fraud, Firearms, Gang Related crimes, Undercover Operations.**

**1997-Present:  Testified in Juvenile, Superior-Criminal, the Grand Jury, Federal and Civil courts as an Expert in Fire Origin and Cause Investigations, Arson, Arson for Profit Schemes, Arson Conspiracy, Incendiary Devices, Wildland Arson, Insurance Fraud, Fire Death/Arson Murder, Arson Scene Profiling, and Serial Arsonists, on 112 occasions.**

**Below is a list of the courtroom testimony or Deposition from 2020-2025:**

**7-10-20 4:19 CV-00290-RM** Federal Civil Depo: **Serial Arson, Arson Fraud**-Tucson, AZ

**2-2-21   18 CV-2624**  Federal Civil Depo: **Arson Murder**-Chicago, IL

**7-19-21 BC-661305**  Civil Depo:  **Fire Death**- Los Angeles

**5-11-23 18 CF 2250**  Jury Trial; **Wildland Arson**-Orange Co, CA

**5-12-23 BA-480579**  Jury Trial; **Cold Case Arson Murder**-Los Angeles

**5-18-23 18 CV-2624**  Federal Civil Jury Trial; **Arson Murder**-Chicago

**8-11-25 LA-099489**   Jury Trial; **Arson/Murder**-Van Nuys

**11-19-25 20 STCV39273** Civil Depo; **Wildland Fire, Incendiary Device**-Los Angeles