# EXHIBIT G

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: <br> Palisades Fire | Investigation Number: <br> ▋▋▋▋ | Report Number: <br> 380 |
|---|---|---|

**SUMMARY OF EVENT:**

<u>Interview</u>: On February 17, 2026, Special Agent/Certified Fire Investigator (SA/CFI) Matt Beals conducted an interview of Victim 3 ▋▋▋▋

**NARRATIVE:**

| Prepared by: <br> Matthew Beals | Title: <br> SA | Signature: | Date: <br> 02/27/2026 |
|---|---|---|---|
| Authorized by: <br> Armando Ochoa | Title: <br> Resident Agent in Charge | Signature: | Date: <br> 02/27/2026 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000249

| Title of Investigation: Palisades Fire | Investigation Number: ██████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000250

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>▮▮▮▮▮ | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)<br>For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000251

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>██████ | Report Number:<br>380 |
| --- | --- | --- |

ATF EF 3120.2 (10-2004)<br>For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000252

| Title of Investigation: Palisades Fire | Investigation Number: ███████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000253

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>███████ | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000254

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000255

| Title of Investigation: Palisades Fire | Investigation Number: ███████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000256

| Title of Investigation: Palisades Fire | Investigation Number: ███████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000257

| Title of Investigation: Palisades Fire | Investigation Number: ███ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000258

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
| --- | --- | --- |

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000259

| Title of Investigation: Palisades Fire | Investigation Number: ███ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000260

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>███████ | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000261

| Title of Investigation:<br>Palisades Fire | Investigation Number: ▮▮▮▮ | Report Number:<br>380 |
|---|---|---|



ATF EF 3120.2 (10-2004)<br>For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000262

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000263

| Title of Investigation: Palisades Fire | Investigation Number: ███████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000264

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000265

| Title of Investigation: Palisades Fire | Investigation Number: ██████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000266

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000267

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number:<br>380 |
| --- | --- | --- |

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000268

| Title of Investigation: Palisades Fire | Investigation Number: ████████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000269

| Title of Investigation: Palisades Fire | Investigation Number: █████████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000270

| Title of Investigation: Palisades Fire | Investigation Number: ██████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000271

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>██████ | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000272

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>█████████ | Report Number:<br>380 |
|---|---|---|

ATF EF 3120.2 (10-2004)<br>For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000273

| Title of Investigation: Palisades Fire | Investigation Number: ███████ | Report Number: 380 |
|---|---|---|

ATF EF 3120.2 (10-2004)
For Official Use Only

SUBJECT TO PROTECTIVE ORDER

USA_00000274