UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 25-0833-AH** | Date | JUNE 4, 2026 |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANABEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | **STEVEN A. HANEY** | ✗ | ✗ | |

**Proceedings:    HEARING RE: FINAL STATUS CONFERENCE**

The case is called and counsel state their appearance.  The Court and counsel confer.  Final status conference is held.   Exhibits and trial scheduled discussed.

Following discussions with counsel, the Court advises counsel to meet and confer re the final joint witness list and file them in alphabetical order by last name, no later than June 5, 2026.

Jury Trial will begin on June 8, 2026 at 8:30 in Courtroom 1.

IT IS SO ORDERED.


CC: USPO , PTS

                                                                                    : 54

| | | |
|---|---|---|
| CR0-11 | CRIMINAL MINUTES - GENERAL | **Initials of Deputy Clerk YS** |