Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net

Attorneys for Defendant

Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>JONATHAN RINDERKNECHT<br>Defendants. | Case No. 2:25-cr-00833-AH<br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DEADLINE FOR FILING MOTIONS IN LIMINE [274]**<br>NOTE CHANGES MADE BY COURT |

The Court has considered Defendant's Ex Parte Application to Continue Deadline for Filing Motions in Limine and the Declaration of Steven Alan Haney. Good cause appearing, the motion is GRANTED.

/ / /

/ / /

/ / /

IT IS ORDERED:

1. The United States' deadline to file motions in limine remains September 23, 2026.

2. Defendant's deadline to file motions in limine is continued from September 23, 2026, to September 25, 2026.

3. Defendant's oppositions to the United States' motions in limine are due October 7, 2026.

4. The United States' oppositions to Defendant's motions in limine are due October 9, 2026.

5. Replies in support of all motions in limine are due October 14, 2026.

6. The Final Pretrial Conference and motions hearing presently scheduled for October 21, 2026, at 11:00 a.m., is continued to October 22, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __SEPTEMBER 24, 2026
______________

________________________________

Hon. Anne Hwang
United States District Judge