TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

No. CR 25-833(A)-AH

JOINT PROPOSED VERDICT FORM

Trial Date: November 2, 2026

//

//

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record, Steven A. Haney, hereby submit their Joint Proposed Verdict Form for the above-captioned case.

Dated: October 6, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division

*/s/*

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 6, 2026

Respectfully submitted,

*/s/ per email authorization*

STEVEN A. HANEY, SR.

Attorney for Defendant
JONATHAN RINDERKNECHT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

No. CR 25-833(A)-AH

VERDICT FORM

<u>Count One</u>

With respect to the offense charged in Count One of the Indictment, Destruction of Property by Means of Fire, we, the Jury, unanimously find defendant JONATHAN RINDERKNECHT (check one):

_______ GUILTY

_______ NOT GUILTY

*(Continued on the next page.)*

<u>Count Two</u>

With respect to the offense charged in Count Two of the Indictment, Arson Affecting Property Used in Interstate Commerce, we, the Jury, unanimously find defendant JONATHAN RINDERKNECHT (check one):

_______ GUILTY

_______ NOT GUILTY

*(The foreperson should now sign and date this verdict form.)*

Dated __________________, 2026, in Los Angeles, California.

________________________________

Foreperson of the Jury