TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br><br>Defendant. | No. CR 25-833(A)-AH<br><br><u>STIPULATION RE: EXHIBIT LIST; [PROPOSED] ORDER</u><br><br>Trial Date: November 2, 2026<br>Location: Courtroom 9C of the Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record, Steven A. Haney, hereby stipulate as follows:

//

//

1. Trial in this matter is scheduled for November 2, 2026, and a pretrial conference is scheduled for October 22, 2026, at 10:00 a.m.

2. The Court's standing order requires the parties to file jury instructions, witness lists, exhibit list, verdict form, jury instructions, juror questionnaire, and statement of the case on October 7, 2026. With the exception of the exhibit list discussed below, the parties will be timely filing the remaining pretrial materials on or before October 7, 2026.

3. The parties have met and conferred several times regarding various pretrial matters, including experts, motions, and trial exhibits. The parties anticipate stipulating to the admissibility of many exhibits but require additional time to revise the exhibit list and work through possible objections (or lack thereof).

4. In order to avoid filing an exhibit list that could change significantly before trial, the parties respectfully request permission to file the exhibit list on October 14, 2026, so that exhibits can be added and/or removed and objections can be resolved.

//

//

5. This extension of time will allow the parties to file a more streamlined and accurate exhibit list, which in turn will allow the Court to more efficiently resolve any remaining objections and evidentiary issues.

SO STIPULATED.

Dated: October 6, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 6, 2026

Respectfully submitted,

*/s/ per email authorization*

STEVEN A. HANEY

Attorney for Defendant
JONATHAN RINDERKNECHT