Mark A. Williams (Cal. Bar No. 239351)
MatthewW. O'Brien (Cal. Bar No. 261568)
Danbee C. Kim (Cal. Bar No. 350014)
312 N. Spring St., Suite 1400
Los Angeles, CA 90012
Tel.: (213) 894-3359/8644/6530
Email: mark. williams@usdoj.gov; matt.o'brien@usdoj.gov;
danbee.kim2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br>DEFENDANT(S). | CASE NUMBER:<br><br>25-CR-833-AH<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Sealing Application
Sealing Proposed Order
Under Seal Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

October 7, 2026
Date

Mark A. Williams
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*