MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8644; Email: matthew.o'brien@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"aka "Jon Rinder,"<br>DEFENDANT(S). | CASE NUMBER:<br>25-CR-833-AH<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit 1662A
Exhibit 7003
Exhibit 0888

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

October 19, 2026
Date

Matthew O'Brien
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*


US v. Jonathan Rinderknecht
25cr833AH
Exhibits: 7003, 1662A, & 0888


32GB