MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
1400 United States Courthouse
312 N. Spring St.
Los Angeles, CA 90012
Telephone: (213) 894-3359
E-mail: mark.williams@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>JONATHAN RINDERKNECHT,<br>aka “Jonathan Rinder,” aka "Jon Rinder,"<br>DEFENDANT(S). | CASE NUMBER:<br>CR 25-833-AH<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Disputed Exhibits

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ______________
☐ Other:

October 20, 2026
Date

Mark Williams
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*


U.S. v. Jonathan Rinderknecht
25-CR-00833-AH
Gov't. Disputed Exhibits
32GB