Steven A. Haney, Sr., Esq. (Mich. Bar No. P63947)
*Admitted Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: Steve@haneygroup.net

Attorney for Defendant
JONATHAN RINDERKNECHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br>Defendant. | Case No. 2:25-cr-00833-AH<br>**JOINT STIPULATION RE: AUTHENTICITY AND ADMISSIBILITY OF 911 CALLS (GOVERNMENT EXHIBITS 42 AND 48); DECLARATION OF STEVEN A. HANEY, SR.**<br>Trial Date: November 2, 2026<br>Courtroom of the Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant Jonathan Rinderknecht ("defendant"), by and through his counsel of record, Steven A. Haney, Sr., hereby stipulate and agree as follows:

1. Government Exhibits 42 and 48 are recordings of 911 calls placed by defendant (together, the "911 Calls").

2. The 911 Calls are true and accurate recordings of the calls, are authentic under Federal Rule of Evidence 901, and can be admitted through a witness who can identify and provide foundation for the general nature of the exhibits.

3. This stipulation concerns authenticity and admissibility only. Each party remains free to argue the weight and meaning of the 911 Calls.

IT IS SO STIPULATED.

Dated: October 30th, 2026

Respectfully submitted,

/s/ Mark Williams *(with permission)*

MARK A. WILLIAMS MATTHEW W. O'BRIEN DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 30th, 2026

HANEY LAW GROUP, PLLC

/s/ Steven Haney

STEVEN A. HANEY, SR. (P63947)
Attorney for Defendant JONATHAN RINDERKNECHT

**DECLARATION OF STEVEN A. HANEY, SR.**
**REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

I, Steven A. Haney, Sr., declare as follows:

1. I am counsel of record for Defendant Jonathan Rinderknecht in this matter, admitted pro hac vice. I make this declaration under Section A.5 of the Court's Standing Order for Criminal Cases.

2. In preparing this Joint Stipulation and the accompanying proposed order, I used a generative artificial intelligence tool to assist in caption formatting and drafting.

3. I have reviewed the stipulation and proposed order and verified that the content generated is accurate and complies with my Rule 11 obligations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30th, 2026, at Los Angeles, California.

/s/ Steven A. Haney, Sr.
STEVEN A. HANEY, SR. (P63947)